Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District  District of New York
                                (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Scorpion Fitness Inc

2. **All other names debtor used in the last 8 years**

   Altum Fitness

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   20 – 3741169

4. **Debtor's address**

   Principal place of business

   220 Fifth Avenue
   Number    Street

   New York    NY    10001
   City        State  ZIP Code

   Kings
   County

   Mailing address, if different from principal place of business

   325 Fifth Avenue Suite 41E
   Number    Street

   P.O. Box

   New York    NY    10016
   City        State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

   www.altvmfitness.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Scorpion Fitness Inc | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY
        District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
                                 MM / DD / YYYY
       Case number, if known _____

Debtor  Scorpion Fitness Inc                              Case number (if known)
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _Friable asbestos throughout premise, asbestos pollution, high mold pollution_

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _220 Fifth Avenue    Cellar, Ground, and Mezzanine Floor for Gym_
                       Number    Street

_New York_                                _New York_   _10001_
City                                       State       ZIP Code

Is the property insured?

☐ No

☑ Yes. Insurance agency _Arch Insurance   Buck & Affiliates Agent_

Contact name _Steven Meisner_

Phone _509 484 6441_

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | Scorpion Fitness Inc | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/22/2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title: President

Printed name: John Shams

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date ___ MM / DD / YYYY

Printed name

Firm name

Number   Street

City                State   ZIP Code

Contact phone              Email address

Bar number                 State

| Fill in this information to identify the case and this filing: | | |
|---|---|---|
| Debtor Name | Scorpion Fitness inc | |
| United States Bankruptcy Court for the: | Southern District | District of New York (State) |
| Case number (If known): | | |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ___
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/22/2019
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

John Shams
Printed name

President
Position or relationship to debtor

*Counsel is being retained

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __Scorpion Fitness inc__

United States Bankruptcy Court for the: Southern District  District of NY
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Leasehold<br>Debtor is Lessee | 50 Beaver Street 10th Fl NY NY 10038 |
| | State the term remaining | 15 years | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | De Lage Landen Financial Services Inc | 1111 Old Eagle School Road<br>Wayne PA 19087 |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____ Case number (if known) _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

2._ State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

# DEBTOR'S AFFIDAVIT AND PROPOSED CASE CONFERENCE ORDER

(1)     the nature of the debtor's business and a concise statement of the circumstances leading to the debtor's filing under chapter 11

*Scorpion Fitness Inc. (Altum Fitness) is a high-end fitness club offering fitness and health services. The circumstances leading to the filing under chapter 11 are related to disputed claims and performance of certain creditors which have unjustly impacted the operations of the business.*

(2)     if the case originally was commenced under chapter 7 or chapter 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee

*This information is N/A at this time and will be updated*

(3)     the names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation

*This information is not available at this time will be updated*

(4)     the following information with respect to each of the holders of the twenty (20) largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, e-mail address, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed or partially secured

        *See Schedule 1*

(5)  the following information with respect to each of the holders of the five (5) largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed

        *See Schedule*

(6)     summary of the debtor's assets and liabilities

        *This information is not available at this time and will be updated*

(7) the number and classes of shares of stock, debentures or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held

*This information is not available at this time and shall be updated*

(8) a list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending

*This information is not available at this time and will be updated*

(9) a list of the premises owned, leased or held under other arrangement from which the debtor operates its business

*220 5th Avenue Cellar, Ground, Mezz Level New York NY 10001*

*325 Fifth Avenue St 41E, New York, NY 10016*

(10) the location of the debtor's substantial assets, the location of its books and records, and the nature, location and value of any assets held by the debtor outside the territorial limits of the United States;

*This information is not available at this time and will be updated*

(11) the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent

*This information is not available at this time and will be updated*

(12) the names of the individuals who comprise the debtor's existing senior management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.

*This information is not available at this time and will be updated*

Additional Information if Business is to Continue. If the debtor intends to continue to operate its business, the affidavit must so state and set forth:

(1) the estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30) day period following the filing of the chapter 11 petition

*This information is not available at this time and will be updated*


(2) the amount paid and proposed to be paid for services for the thirty (30) day period following the filing of the chapter 11 petition

    (A) if the debtor is a corporation, to officers, stockholders and directors

*This information is not available at this time and will be updated*


(3) a schedule, for the thirty (30) day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.

*This information is not available at this time and will be updated*


*(13)* *PROPOSED CASE CONFERENCE ORDER*

*This information will be amended*


John Shams

President
Scorpion Fitness Inc
325 Fifth Avenue 41E
New York, NY 10016

# Schedule 1

## 20 LARGEST CREDITORS

Pursuant to Local Bankruptcy Rule 1007-2(1), the following lists the Debtors' twenty largest unsecured claims, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101.

| Creditor Name | Mailing Address | Est.Claim/Debt |
|---|---|---|
| 220 Fifth Realty LLC | 156 William Street<br>10th Floor<br>New York NY 10022 | N/A |
| New York Business Development Development Corporation | 50 Beaver Street<br>Albany New York<br>12207 | N/A |
| De Lage Landen Financial Services Inc1 | 111 Old Eagle School Road<br>Wayne PA<br>19087 | N/A |

# Schedule 2

## SECURED CREDITORS

De Lage Landen Financial Services Inc1    111 Old Eagle School Road    N/A
                                           Wayne PA
                                           19087

# Certificate of Incorporation
# of
# SCORPION FITNESS, INC.

## Pursuant to Section 402 of the Business Corporation Law

It is Hereby Certified That:

1. The name of the corporation is **SCORPION FITNESS, INC.**

2. The purpose for which the corporation is formed is:

To do any act or activity for which corporations may be formed under the Business Corporation Law, provided that the corporation shall not engage in any act or activity which requires the consent or approval of any state office, agency, board, department or any other body without first obtaining such consent or approval.
For the accomplishment of the aforesaid purposes, and in furtherance thereof, the corporation shall have and may exercise all of the powers conferred by the Business Corporation Law upon corporations formed thereunder, subject to any limitations contained in Article 2 of said law or in accordance with the provisions of any other statute of the State of New York.

3. The office of the corporation shall be located in the County of **New York**

4. The aggregate number of shares, which the corporation shall be authorized to issue, is **200** shares with **no** par value.

5. The Secretary of State is hereby designated as agent of the corporation upon whom process against the corporation may be served. The Post office address to which the Secretary of State shall mail a copy of any such process is:

**C/O THE CORP., 88 LEXINGTON AVENUE, STE 9D, NEW YORK, NY 10016**

6. No Director of this corporation shall be personally liable to the corporation, or its shareholders for damages for any breach of duty in such capacity, provided that this provision shall not limit the liability of any director if a judgment or other final adjudication, adverse to him, establishes that his act or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage, to which he was not legally entitled or that his acts violated Section 719 of the New York Business Corporation Law.

In Witness Whereof, the undersigned incorporator affirms under the penalties of perjury that the statements contained herein are true.

Dated: **10/31/2005**

*s/ John P. Gordon*
John P. Gordon
Incorporator
46 State Street 3rd Floor
Albany, NY 12207

# Written Consent
## Of
## Incorporator to
## Organizational Action
## Of
## SCORPION FITNESS, INC.

The following action is taken this day through this instrument by the incorporator of the above named corporation.

1. The adoption of the initial Bylaws for the corporation.

2. The election of the following person(s) to serve as director(s) of the corporation until the first shareholders' meeting at which directors are elected.;

Dated: 10/31/2005

John P. Gordon
Incorporator

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on December 05, 2014.

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/07

# RESOLUTIONS ADOPTED BY INCORPORATOR

## OF
_Scorpion Fitness, Inc_

The undersigned, being the sole Incorporator of the corporation hereby adopts the following resolutions:

(1) RESOLVED, that a copy of the Certificate of Incorporation of the Corporation, together with the original receipt showing payment of the statutory organization tax and filing fee, be inserted in the Minute Book of the Corporation.

(2) RESOLVED, that the form of First By-Laws submitted to the meeting be, and the same hereby are, adopted as and for the By-Laws of the Corporation, and that a copy thereof be placed in the Minute Book of the Corporation, directly following the Certificate of Incorporation.

(3) RESOLVED, that the following persons be, and they hereby are, elected as Directors of the Corporation, to serve until the first annual meeting of shareholders, and until their successors are elected and qualify:

_JOHN SHAMES_

Dated: _10/31/2005_

_____
Incorporator

LIST OF CREDITORS

New York Business Development Corporation
50 Beaver Street
Albany, New York
12207

220 Fifth Realty LLC
156 Beaver Street 10th Floor
New York, New York
10038

De Lage Landen Financial Services Inc
1111 Old Eagle School Road,
Wayne PA
19087

# LIST OF CREDITORS

New York Business Development Corporation
50 Beaver Street
Albany, New York
12207

220 Fifth Realty LLC
156 Beaver Street 10th Floor
New York, New York
10038

De Lage Landen Financial Services Inc
1111 Old Eagle School Road,
Wayne PA
19087