ASSIGNMENT AND ASSUMPTION OF LEASES, RENTS, ARREARS, SECURITY DEPOSITS, GUARANTIES AND LANDLORD/TENANT ACTIONS

 THIS ASSIGNMENT AND ASSUMPTION OF LEASES, RENT ARREARS, SECURITY DEPOSITS, GUARANTIES AND LANDLORD/TENANT ACTIONS (this "Assignment"), is entered into as of this 22nd day of _March_ 2017, by and between, CROISIC BUILDING, LLC, a Delaware limited liability company, having an address at 1590 Troy Avenue, Brooklyn, NY 11234 ("Assignor") and 220 5TH REALTY LLC, a Delaware limited liability company, having an address at c/o Stellar Management, 156 William Street, 10th Floor, New York, NY 10038 ("Assignee").

RECITALS:

 WHEREAS, as of the date hereof, DINO & SONS REALTY CORP., as Landlord ("Landlord") and Assignor, as Tenant have entered into a net lease for the improvements at the Real Property (the "Net Lease"); and

 WHEREAS, pursuant to the terms of the Net Lease, Landlord has assigned to Assignor the Leases and other items set forth herein; and

 WHEREAS, Landlord and Assignor have entered into an Assignment and Assumption of Leases, Rent Arrears, Security Deposits, Guaranties and Landlord/Tenant Actions as of the date hereof, whereby Landlord and Assignor did memorialize the assignment of such items; and

 WHEREAS, as of the date hereof, Assignor, as Sublandlord and Assignee, as Subtenant have entered into a net sublease for the improvements at the Real Property (the "Net Sublease"); and

 WHEREAS, pursuant to the terms of the Net Sublease, Assignor has assigned to Assignee the Leases and other items set forth herein; and

 WHEREAS, Assignor and Assignee are entering into this Assignment to further memorialize such assignment.

 NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Real Property. The "Real Property" means the real property located in the County of New York, State of New York, commonly known as 220 Fifth Avenue, New York, New York, together with the buildings, structures and other improvements located thereon.

2. Leases. The "Leases" means those leases, tenancies, rental agreements and occupancy agreements now, heretofore or hereinafter affecting the Real Property, set forth on Exhibit "A" annexed hereto.

3. Rents. The "Rents" means those rents now being collected in connection with the Leases affecting the Real Property, including without limitation, as set forth on Exhibit "A" annexed hereto.

1

4. <u>Security Deposits.</u> "Security Deposits" means those security deposits, now, heretofore or hereinafter affecting the Real Property, as set forth on <u>Exhibit "B"</u> annexed hereto.

5. <u>Arrears</u>. "Arrears" means all those rental arrears affecting the Real Property, including without limitation, as set forth on <u>Exhibit "C"</u> annexed hereto.

6. <u>Guaranties</u>. "Guaranties" means all those guaranties of the obligations of the tenants under the Leases, including without limitation, those set forth on <u>Exhibit "D"</u> annexed hereto.

6. <u>Landlord/Tenant Actions</u>. "Landlord/Tenant Actions" means those landlord/tenant actions and proceedings which are pending in Part 52 of the Civil Court of the City of New York, County of New York and which affect the Real Property, as set forth on <u>Exhibit "E"</u> annexed hereto.

7. <u>Assignment</u>. For good and valuable consideration received by Assignor, the receipt and sufficiency of which are hereby acknowledged, effective as of the date of this Assignment, Assignor hereby Assigns and transfers unto Assignee, all of Assignor's right, title and interest in and to the Leases, Rents, Security Deposits, Guaranties and Landlord/Tenant Actions.

8. <u>Assumption</u>. Effective as of the date of this Assignment, Assignee hereby assumes, from and after the date hereof: (a) all of the Assignor's rights, title and interest in and to the Leases, Rents, Security Deposits to the extent actually received by the Assignee from the Assignor, Guaranties and Landlord/Tenant Actions and (b) all of Assignor's obligations first arising and first accruing from and after the date hereof thereunder.

9. <u>Arrears</u>. All Arrears shall be retained by Assignor, however, Assignee shall use reasonable efforts, and is hereby granted the right on Assignor behalf, to recover such arrears from the applicable tenants, provided, however, that (i) Assignee shall have no obligation to initiate a suit against any such tenant or to terminate such tenant's lease or right to possession to recover any Arrears, and (ii) to the extent that Assignee receives after the date hereof rents or additional rents under any Lease in respect of which Arrears are due Assignor which are applicable to a period before the date hereof, Assignee shall render an accounting to Assignor with respect thereto, and the amount of such rents and additional rent shall, after deducting Assignee's reasonable costs of collection, be applied in the following order of priority: (x) first, to the calendar month of the date of this Assignment, (y) second, to any calendar month or months following the date hereof until such tenant is current on rents and additional rents accruing after the date hereof, and (z) third, to the calendar months preceding the date hereof until such tenant is current on rents or additional rents which accrued prior to the date hereof.

10. <u>Security Deposits</u>. On the date hereof, Assignor shall cause any Letter of Credit held by Assignor as part of a tenant security deposit otherwise assigned to Assignee hereunder, together with all documents required for the transfer any such letter of credit to Assignee to be executed by Assignor and delivered to Assignee. After the date hereof, Assignor shall reasonably cooperate with Assignee to cause each such letter of credit, either to be: (x) reissued,

2

assigned or transferred in favor of Assignee (or its designee or lender, as requested by Assignee); or (y) otherwise amended or endorsed so as to render Assignee (or its designee or lender, as requested by Assignee) the beneficiary of the letter of credit. All reasonable costs, fees and expenses incurred in connection with Assignee obtaining the letter of credit shall be borne by Assignee. Until each letter of credit is re-issued or assigned to Assignee as provided herein Assignor shall reasonably operate, at the request of Assignee, to draw on any such letter of credit should Assignee direct Assignor to do so and shall deliver the proceeds thereof to Assignee to be applied by Assignee in accordance with the applicable lease.

       11.    <u>Scorpion Mechanics Lien</u>. As of the date hereof, Landlord has bonded over a lien filed by PCCM Management Corp. ("<u>PCCM</u>") which lien claims a sum of $190,760.87 allegedly due to PCCM by Scorpion Fitness Inc., ("<u>Scorpion</u>") a tenant of the Property. The bond filed by Landlord is in the sum of $209,836.96 (the "Bond Amount"). Assignee hereby agrees that (i) if the bond is drawn upon Landlord shall have the right to pursue Scorpion after the date hereof to recover such sums as are drawn upon to the extent actually paid for by Assignor, including the right to initiate a suit or action against Scorpion, provided however that Assignor shall have no right to terminate the Lease to Scorpion or to terminate Scorpion's right to possession of its premises as part of any such recovery action; and (ii) Assignee shall, as a result of Scorpion failing to comply with its lease obligations to discharge or bond over such lien, withhold from the balance of the tenant improvement allowance due to Scorpion an amount equal to the Bond Amount, until such time as Scorpion delivers and files a substitute bond and the Landlord's bond is released, provided such is permitted under the terms of the Scorpion Lease.

       12.    <u>Correction of Apportionments</u>. Assignor and Assignee hereby agree to adjust the apportionments of additional rent made between Assignor and Assignee as of the date hereof based upon any new information received on or before that day which is one hundred eighty (180) days after the date hereof if such new information reveals that the apportionments made on the date hereof are inaccurate.

       13.    <u>Power and Authority.</u> Assignor and Assignee each represents and warrants to the other that it is fully empowered and authorized to execute and deliver this Assignment, and the individual signing this Assignment on behalf of such party is fully empowered and authorized to do so.

       14.    <u>Enforceability</u>. Assignor and Assignee each represents and warrants to the other that his Assignment constitutes a legal, valid and binding obligation of such party, enforceable against such party in accordance with its terms, except as enforceability may be limited by applicable bankruptcy, insolvency, reorganization, moratorium or similar laws affecting the enforcement of creditors' rights generally.

       15.    <u>Counterparts</u>. This Assignment may be executed in any number of counterparts, each of which shall constitute an original and all of which when taken together, shall constitute one and the same original. Facsimile and/or electronically transmitted PDF signatures shall be deemed originals for the purposes of this Assignment.

**<u>END OF TEXT - SIGNATURE PAGE(S) FOLLOW</u>**

**IN WITNESS WHEREOF,** Assignor and Assignee have executed this Assignment as of the day and year first above written.

ASSIGNOR:
CROISIC BUILDING, LLC, a Delaware limited liability company

By _____
Name: Dino Tomassetti
Title: Authorized Signatory


ASSIGNEE:
220 5TH REALTY LLC. a Delaware limited liability company

_____
Name: Matthew Lembo
Title: Authorized Signatory

4

STATE OF _New York_        )
                           ) ss.:
COUNTY OF _New York_   )

On the 22ⁿᵈ day of _March_, in the year 20_17_, before me the undersigned, a Notary Public in and for said state, personally appeared _Oiro Tomasschi_, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

PATRICK JOSEPH QUINN
Notary Public, State of New York
No. 02QU6348001
Qualified in Rockland County
Commission Expires September 19, 2020

STATE OF _____        )
                               ) ss.:
COUNTY OF _____   )

On the ___ day of _____, in the year 20___, before me the undersigned, a Notary Public in and for said state, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

5

Rent Roll

Dino & Sons Realty Corp

220 Fifth Avenue, New York, NY 10001

As of: February 23, 2017 (Revised)

| Premises/Address | Tenant | Lease Term | SQ. Ft. | Monthly Rent | Annual Rent | Current Lease Term | Option to Extend Lease Term |
|---|---|---|---|---|---|---|---|
| "A portion of 20th Floor" (Penthouse West) 220 Fifth Ave., NY, NY 10001 | Vanguard Management Group, LLC | 11/1/2013 – 10/31/2023 | | $6,866.67 | $82,400.00 | 11/1/2016 - 10/31/2017 | Currently in 4th year of 10 year extension provided by Second Amendment to the Lease. |
| 220 Fifth Ave., 19th Floor NY, NY 10001 | Bridgeton Holdings | 9/1/2015 – 12/31/2025 | | $23,280.75 | $279,368.96 | 9/2016 – 8/2017 | Option to renew for an additional 5 years. |
| 220 Fifth Ave., 19th Floor NY, NY 10001 | Signature Partners, LLC | 2/2013 – 5/31/2018 | | $8,632.54 | $103,590.52 | 2/2017 – 1/2018 | Option to extend and renew for an additional 5 years from Expiration Date |
| 220 Fifth Ave., 17th and 18th Fl NY, NY 10001 | Racher Press, Inc. | 9/1/2008 - 8/31/2018 | | $42,042.52 | $504,510.20 | 9/1/2016 - 8/31/2017 | No Option |
| 220 Fifth Ave., 17th Floor NY, NY 10001 | 1-800-Flowers | 2/1/2013 - 6/30/2018 | 3,700 | $11,799.08 | 141,589.01 | 2/2017 – 1/2018 | Currently in 4th year of a 5 year extension, with an additional "New Option" to extend for |

1

Rent Roll

Dino & Sons Realty Corp

220 Fifth Avenue, New York, NY 10001

As of: February 23, 2017 (Revised)

| Premises/ Address | Tenant | Lease Term | SQ. Ft. | Monthly Rent | Annual Rent | Current Lease Term | Option to Extend Lease Term |
|---|---|---|---|---|---|---|---|
| | | | | | | | five years from 7/1/2018 to 6/30/2023 |
| 220 Fifth Avenue 14th Floor, NY, NY 10001 | Clarick Gueron Reisbaum, LLP | 3/1/2014 – 6/30/2024 | | $34,874.61 | $418,495.34 | 3/1/2016 – 2/28/2017 | No Option |
| 220 Fifth Avenue 12th Floor, NY, NY 10001 | Manchengo, LLC and Arcade Edit New York LLC d/b/a "Arcade Edit" | 8/01/2014 – 12/31/2024 | | $32,191.95 | $386,303.40 | 08/01/2016 – 07/31/2017 | Option to Renew for five (5) years. |
| 220 Fifth Avenue 11th Floor, NY, NY 10001 | KCM & Associates, LLC, c/o Kathleen C. Maher, L.C.S.W (11th Floor – "Additional Space") | 3/14/2016 – 3/31/2031 | 7,586 | $16,436.33 | $197,236.00 | 4/1/2016 – 3/31/2017 | No Option |
| 220 Fifth Avenue 3rd Floor, NY, NY 10001 | KCM & Associates, LLC, c/o Kathleen C. Maher, L.C.S.W | 7/1/2015 – 8/31/2025; this 3rd Floor expiration date later extended by 3/14/2016 Lease | | $14,282.67* *($14,282.67 - minus $1,733.00 rent | $171,392.00 | 7/1/2016 – 6/30/2017 | No Option |

2

Rent Roll

Dino & Sons Realty Corp

220 Fifth Avenue, New York, NY 10001

As of: February 23, 2017 (Revised)

| Premises/ Address | Tenant | Lease Term | SQ. Ft. | Monthly Rent | Annual Rent | Current Lease Term | Option to Extend Lease Term |
|---|---|---|---|---|---|---|---|
| | (3rd Floor – "Existing Space") | Modification to match expiration for "Additional Space," i.e., 11th Fl, listed above. | | abatement through 7/2017) | | | |
| 220 Fifth Avenue 10th Floor, NY, NY 10001 | WMM Tenants Corp (aka Weiner, Milo Morgan, and Bonanno, LLC) | 9/01/2014 – 8/31/2024 | | $27,185.56 | $326,226.75 | 9/01/2016 – 8/31/2017 | No Option |
| 220 Fifth Ave. 9th Fl. NY, NY 10001 | Suite 900 Partners, Inc. | 9/1/2014 – 8/31/2017 | | $13,331.27 | $159,975.23 | 9/01/2016 – 8/31/2017 | No Option |
| 220 Fifth Ave. 8th Fl. NY, NY 10001 | Top Spin Creative Corp. | 9/1/2013 – 8/31/2018 | | $10,380.95 | $124,570.88 | 9/1/2016 – 8/31/2017 | No Option |
| 220 Fifth Ave. 6th and 7th Fl. NY, NY 10001 | Deborah Berke & Partners Architects, LLP d/b/a "Deborah Berke Partners (6th Floor & 7th Floor) | 4/1/2013 (+90 Days for Rent Commencement Date) - 6/30/2023* *Per Article 5 of 12/19/2012 Lease Amendment Agreement, "New Lease Expiration | | $53,881.28 | $646,575.31 | 7/1/2016 – 6/30/2017 | No Option |

3

Rent Roll

Dino & Sons Realty Corp

220 Fifth Avenue, New York, NY 10001

As of: February 23, 2017 (Revised)

| Premises/ Address | Tenant | Lease Term | SQ. Ft. | Monthly Rent | Annual Rent | Current Lease Term | Option to Extend Lease Term |
|---|---|---|---|---|---|---|---|
| | | Date" is "the last day of the month in which the 10th anniversary of the 6th Floor Rent Commencement Date Occurs." | | | | | |
| 220 Fifth Ave. 4th Fl. NY, NY 10001 | The Marymont Group [4th Fl. Before March 1st, 2016, also included "Original Premises" of 20th Floor] | 2/1/16 – 12/31/2025 | | $24,932.18 | $299,186.16 | 1/1/2017 – 12/31/2017 | No Option |
| 220 Fifth Ave. 4th Fl. NY, NY 10001 | AH + Associates, Inc. | 7/11/2013 – 8/11/2018 | | $4,188.79* | $50,265.48 | 7/11/2016 – 7/11/2017 | Option to renew for an additional five (5) years |
| 220 Fifth Ave. 3rd Fl. NY, NY 10001 | Ram Development, Inc. | 1/1/2012 – 12/31/2021 | | $6,762.43 | $81,149.19 | 1/1/2017 – 12/31/2017 | No Option |
| Portions of the ground floor, mezzanine floor, Lower Level of the Building. | BEERCO | 3/1/2013 – 1/31/2029 | | $79,166.67 | $950,000.00 | 3/1/2016 – 2/28/2017 | No Option |

4

Rent Roll

Dino & Sons Realty Corp

220 Fifth Avenue, New York, NY 10001

As of: February 23, 2017 (Revised)

| Premises/ Address | Tenant | Lease Term | SQ. Ft. | Monthly Rent | Annual Rent | Current Lease Term | Option to Extend Lease Term |
|---|---|---|---|---|---|---|---|
| Ground floor, Mezzanine and lower level | Scorpion Fitness, Inc. and Scorpion Club Ventures, LLC | 03/1/2016 - 10/01/2031 | | $17,706.44 | $212,477.30 | 03/01/2016 – 2/28/2017 | No Option |

# EXHIBIT "B"

# SECURITY DEPOSITS

# [SEE ATTACHED]

# Dino & Sons Realty Corp.
## 220 Fifth Avenue
## New York, NY 10001
*Security as of: February 28, 2017 (REVISED)*

| Tenant | Floor | Security Deposit Held |
|---|---|---|
| 1-800-Flowers.com, Inc. | 17th | Security: $0<br>See Prepaid Rent |
| AH & Associates, Inc. | 9th | $7,666.66 |
| Manchengo, LLC and Arcade Edit New York, LLC d/b/a: "Arcade Edit" | 12th | $182,064.00 |
| Restaurant & Beer Co. | 3rd | Security: $0. *See* STANDBY Letter of Credit. |
| Bridgeton Holdings, LLC. | 19th | $45,205.33 |
| Clarick Gueron Reisbaum, LLP | 14th | $131,490.67 |
| Deborah Berke & Partners Architects, LLC d/b/a "Deborah Berke Partners" | 6th & 7th | $102,885.25 |
| KCM & Associates, LLC, c/o Kathleen C. Maher, L.C.S.W. | 11th (i.e., the "Additional Space") | $98,618.01 |
| KCM & Associates, LLC, c/o Kathleen C. Maher, L.C.S.W. | 3rd (i.e., the "Existing Space") | $55,466.67 |
| The Marymont Group | 4th | $72,618.00 |
| Racher Press, Inc. | 17th & 18th Floors | $66,377.50 |
| Ram Development, Inc. | 3rd | $9,848.24*<br><br>*Security minus partial forfeitures for late rent payments. See 12/2011 Lease, pg. 3, Section 1.10. |
| Scorpion Fitness Inc. and Scorpion Club Ventures, LLC | Partial Ground Floor, Mezzanine, and Lower Level | $100,000.00 |
| Signature Partners, LLC | 19th | $7,900.00 |
| Suite 900 Partners, Inc. | 9th | $25,132.00 |
| Top Spin Creative Corp. | 8th | $21,000.00 |
| Vanguard Management Group, LLC | 20th | $22,000.00 |
| WMM Tenants Corp. (aka Weiner, Milo, Morgan, and Bonanno, LLC) | 10th | $51,250.00 |

## EXHIBIT "C"

## ARREARS

## [SEE ATTACHED]

8

Revised Arrears as of March 22, 2017

| Tenants | Arrears |
|---|---|
| Ram Development, Inc. | 3,499.94 |
| Scorpion Fitness | 18,319.96 |
| Scorpion Fitness Bond fee | 4,197.00 |

# EXHIBIT "D"

## GUARANTIES

| Tenant | Guarantor |
|---|---|
| BEERCO 220, INC. | BeerCo Limited, LLC |
| SCORPION FITNESS | John Shams |
| KCM ASSOCIATES | Kathleen Maher |
| RAM DEVELOPMENT, INC. | None |
| MARYMOUNT GROUP, INC. | Peter Bohner |
| DEBORAH BERKE & PARTNERS | None |
| TOP SPIN CREATIVE CORP | None |
| AH & ASSOCIATES INC. | Lease |
| SUITE 900 PARTNERS | None |
| WMM TENANTS CORP. | None |
| MANCHENGO, LLC & ARCADE EDIT | Damian Stevens |
| CLARICK, GEURON, REISBAUM LLP | Nicole Gueron, Emily Reisbaum, Gregory Clarick. |
| 1-800-FLOWERS | None |
| RACHER PRESS, INC | None |
| SIGNATURE PARTNERS | Andrew M Weiss, Jr. |
| BRIDGETON HOLDINGS | Atit Jariwala |
| VANGUARD MANAGEMENT | David Guc |

9

# EXHIBIT "E"

# LANDLORD/TENANT ACTIONS

**None**