## NOTICE OF INTENT

**TO:**  Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:**  All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit 1** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

**LEASE:**  dated December 19, 2014, by and between Landlord's predecessor-in-interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** December 20, 2017

**PLEASE TAKE NOTICE**, you are justly indebted to the Landlord of the Premises **in the total sum of $81,644.41**, as set forth in the ledger annexed hereto as **Exhibit 2** and incorporated by reference as if fully set forth in length, which sum you are required to pay on or before **January 2, 2018**, that being at least five (5) days after the date of service of this Notice upon you. That, in accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned rental arrears on or before **January 2, 2018**, the Landlord shall be entitled to: (i) apply and retain the whole or part of the Security Deposit to the extend required for the payment of the aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount so applied or retained so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Section 31 of the referenced Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Sections 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

220 FIFTH REALTY LLC
[Landlord]

By: Matthew Lembo
Title: Authorized Signatory

*Exhibit "1"*

19-11231-mew Doc 21-5 Filed 06/24/19 Entered 06/24/19 19:30:03 Landlords notice of intent to draw down security Pg 3 of 12

Execution 12/19/2014 Page 32 of 47



24

Please Initial Here: Landlord_____ Tenant_____

19-11231-mew   Doc 21-5   Filed 06/24/19   Entered 06/24/19 19:30:03   Landlords notice of intent to draw down security   Pg 4 of 12

Execution 12/19/2014   Page 33 of 47



25

Please Initial Here:  Landlord_____  Tenant

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



23

Please Initial Here: Landlord_____ Tenant_____

*Exhibit "2"*

19-11231-mew    Doc 21-5    Filed 06/24/19    Entered 06/24/19 19:30:03    Landlords notice of intent to draw down security    Pg 7 of 12

Ledger    Page 1 of 2



# STELLAR MANAGEMENT

Date : 12/15/2017

## Lease Ledger

| | | | | |
|---|---|---|---|---|
| Code | t0819146 | Property 220fifth | Lease From | 3/15/2016 |
| Name | Scorpion Club Ventures, LLC | Unit  220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | ;Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653885 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | | (9,890.00) | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | | (12,000.00) | 81,644.41 | 6510795 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  }
                   } s.s.
COUNTY OF NEW YORK }

I, Joshua Kossoff, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Bronx, New York.

On December 20, 2017, I served the within **NOTICE OF INTENT** upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York, 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York, 10016 |

by certified mail, return receipt requested, and by first class mail with certificates of mailing, by placing the same in postpaid, properly addressed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Joshua Kossoff

Sworn to before me this
22nd day of December 2017

Notary Public

MAIRE B BARREIRA
Notary Public, State of New York
No. 01BA4975946
Qualified in Kings County
Commission Expires December 26, 20__







**USPS Certificate Of Mailing**

From: Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

$1.35 US Postage First-Class



**USPS Certificate Of Mailing**

From: Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

$1.35 US Postage First-Class



**USPS Certificate Of Mailing**

From: Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

$1.35 US Postage First-Class

