# AMENDED NOTICE OF INTENT

**TO:** Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:** All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit 1** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

**LEASE:** dated December 19, 2014, by and between Landlord's predecessor-in-interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** March 8, 2018

**PLEASE TAKE NOTICE**, you are justly indebted to the Landlord of the Premises **in the total sum of $70,053.00**, as set forth in the ledger annexed hereto as **Exhibit 2** and incorporated by reference as if fully set forth in length, which sum you are required to pay on or before **March 19, 2018**, that being at least five (5) days after the date of service of this Notice upon you. That, in accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned rental arrears on or before **March 19, 2018**, the Landlord shall be entitled to: (i) apply and retain the whole or part of the Security Deposit to the extend required for the payment of the aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount so applied or retained so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Section 31 of the referenced Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Sections 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
**[Landlord]**

By:  Matthew Lembo
Title: Vice President and Authorized Signatory

Page 1 of 1

*Exhibit "1"*

19-11231-mew    Doc 21-6    Filed 06/24/19    Entered 06/24/19 19:30:03    Landlords amended notice of intent    Pg 2 of 15

Execution                          12/19/2014                          Page 31 of 47

## Exhibit "A"
### The Demised Premises
Not to scale; all dimensions approximate; subject to actual conditions.



23

Please Initial Here: Landlord _____ Tenant _____

Execution 12/19/2014 Page 32 of 47



Please Initial Here: Landlord_____ Tenant_____

Execution 12/19/2014 Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "2"*

## 220 5th Avenue
Scorpion Club Ventures, LLC Ledger

### Summary Ledger

| Charge Type | Total Charges |
|---|---|
| Base Rent | $142,834 |
| Reimbursements | 9,227 |
| Submetering Charges | 2,486 |
| Other Charges | 109,965 |
| Late Fees | 16,087 |
| **Total Charges** | **$280,599** |
| Less: Payments | ($210,546) |
| **Net Due** | **$70,053** |

## 220 5th Avenue
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18
CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

### Detailed Ledger

| Date | Description | Charge Type | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 04/01/2017 | Previous balance carried forward | Base Rent | $18,320 | | $18,320 |
| 04/01/2017 | Previous balance carried forward | Other Charges | 4,197 | | 22,517 |
| 04/01/2017 | Commercial Rent (04/2017) | Base Rent | 17,706 | | 40,223 |
| 04/01/2017 | Sprinkler Charge (04/2017) | Other Charges | 200 | | 40,423 |
| 04/01/2017 | :Posted by QuickTrans (secdep) | Other Charges | 100,000 | | 140,423 |
| 04/01/2017 | Chk# :QuickTrans :Posted by QuickTrans | Payment | | 100,000 | 40,423 |
| 05/01/2017 | Electric Sub-meter 03/21/17-04/19/17 | Submetering Charges | 227 | | 40,651 |
| 05/01/2017 | Commercial Rent (05/2017) | Base Rent | 17,706 | | 58,357 |
| 05/01/2017 | Sprinkler Charge (05/2017) | Other Charges | 200 | | 58,557 |
| 06/01/2017 | Commercial Rent (06/2017) | Base Rent | 17,706 | | 76,264 |
| 06/01/2017 | Sprinkler Charge (06/2017) | Other Charges | 200 | | 76,464 |
| 06/01/2017 | Electric Sub-meter 4/19/17-05/09/17 | Submetering Charges | 155 | | 76,619 |
| 07/01/2017 | Electric Sub-meter 5/09/17-06/08/17 | Submetering Charges | 244 | | 76,863 |
| 07/01/2017 | Commercial Rent (07/2017) | Base Rent | 17,706 | | 94,569 |
| 07/01/2017 | Commercial Sprinkler and Water (07/2017) | Other Charges | 200 | | 94,769 |
| 07/25/2017 | Chk# 1679718332 :CHECKscan Payment | Payment | | 19,538 | 75,232 |
| 08/01/2017 | Real Estate Tax for the period 07/17-06/18 | Reimbursements | 9,227 | | 84,459 |
| 08/01/2017 | Electric sub-meter 06/08/17-07/10/17 | Submetering Charges | 201 | | 84,660 |
| 08/01/2017 | Commercial Rent (08/2017) | Base Rent | 17,706 | | 102,366 |
| 08/01/2017 | Commercial Sprinkler and Water (08/2017) | Other Charges | 200 | | 102,566 |
| 09/01/2017 | Electric sub-meter 7/10/17-08/08/17 | Submetering Charges | 180 | | 102,747 |
| 09/01/2017 | Commercial Rent (09/2017) | Base Rent | 17,706 | | 120,453 |
| 09/01/2017 | Commercial Sprinkler and Water (09/2017) | Other Charges | 200 | | 120,653 |
| 10/01/2017 | Electric sub-meter 08/08/17-09/07/17 | Submetering Charges | 165 | | 120,818 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 7,996 | | 128,815 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 10,001 | | 138,816 |
| 10/01/2017 | Commercial Sprinkler and Water (10/2017) | Other Charges | 200 | | 139,016 |
| 10/18/2017 | Credit October 2017 Rent | Base Rent | (86,461) | | 52,555 |
| 10/18/2017 | October 2017 Debit Judgement | Base Rent | 3,510 | | 56,065 |
| 10/18/2017 | Credit Sprinkler charge | Other Charges | (600) | | 55,465 |
| 11/01/2017 | Electric sub-meter 09/07/17-10/06/17 | Submetering Charges | 285 | | 55,750 |
| 11/01/2017 | Commercial Rent (11/2017) | Base Rent | 18,238 | | 73,987 |
| 11/01/2017 | Commercial Sprinkler and Water (11/2017) | Other Charges | 200 | | 74,187 |
| 11/01/2017 | Judgement Receivable (11/2017) | Base Rent | 3,506 | | 77,693 |
| 11/02/2017 | Chk# 001111 :CHECKscan Payment | Payment | | 22,035 | 55,658 |
| 11/15/2017 | 1 Replacement Meter | Other Charges | 2,143 | | 57,801 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | Payment | | 12,000 | 45,801 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | Payment | | 9,890 | 35,911 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 9,890 | 26,021 |
| 12/01/2017 | Electric sub-meter 10/12/17-11/09/17 | Submetering Charges | 193 | | 26,214 |
| 12/01/2017 | Commercial Rent (12/2017) | Base Rent | 18,238 | | 44,451 |
| 12/01/2017 | Commercial Sprinkler and Water (12/2017) | Other Charges | 200 | | 44,651 |
| 12/01/2017 | Judgement Receivable (12/2017) | Base Rent | 3,506 | | 48,157 |
| 12/01/2017 | Late fees as of December 2017 | Late Fees | 24,572 | | 72,729 |
| 12/07/2017 | Chk# :ACHWEB Online Payment | Payment | | 13,000 | 59,729 |
| 12/15/2017 | Returned check charge | Other Charges | 25 | | 59,754 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | Payment | | (9,890) | 69,644 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | Payment | | (12,000) | 81,644 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | Payment | | 22,036 | 59,608 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 24,047 | 35,561 |
| 12/31/2017 | December 2017 Late fees | Late Fees | 1,900 | | 37,461 |
| 01/01/2018 | Electric sub-meter 11/9/17-12/13/17 | Submetering Charges | 299 | | 37,760 |
| 01/01/2018 | Commercial Rent (01/2018) | Base Rent | 18,238 | | 55,998 |
| 01/01/2018 | Commercial Sprinkler and Water (01/2018) | Other Charges | 200 | | 56,198 |
| 01/01/2018 | Judgement Receivable (01/2018) | Base Rent | 3,506 | | 59,704 |
| 01/29/2018 | late fees | Late Fees | 1,892 | | 61,596 |
| 02/01/2018 | Electric sub-meter 12/13/18-1/12/18 | Submetering Charges | 241 | | 61,836 |
| 02/01/2018 | Commercial Rent (02/2018) | Base Rent | 18,238 | | 80,074 |
| 02/01/2018 | Commercial Sprinkler and Water (02/2018) | Other Charges | 200 | | 80,274 |
| 02/01/2018 | Judgement Receivable (02/2018) | Base Rent | 3,506 | | 83,780 |
| 02/27/2018 | late fees | Late Fees | 1,390 | | 85,170 |
| 02/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building | Other Charges | 1,800 | | 86,970 |
| 02/27/2018 | Reverse write off on 10/18/17 | Base Rent | 86,461 | | 173,431 |
| 02/27/2018 | Write-off the correct amount on 7/25/17 | Base Rent | (76,538) | | 96,893 |
| 02/27/2018 | 8/1/17 Rent concession | Base Rent | (17,706) | | 79,187 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/1/17 | Late Fees | (24,572) | | 54,615 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/31/17 | Late Fees | (1,900) | | 52,715 |
| 02/27/2018 | Credit incorrect amount of late fee in 1/29/18 | Late Fees | (1,892) | | 50,823 |
| 02/27/2018 | Late fee as of 12/1/17 | Late Fees | 13,231 | | 64,054 |
| 02/27/2018 | Late fee as of 12/31/17 | Late Fees | 781 | | 64,835 |
| 02/27/2018 | Late fees as of 1/29/18 | Late Fees | 685 | | 65,520 |
| 02/28/2018 | 9/1/17 Rent concession | Base Rent | (17,706) | | 47,814 |
| 03/01/2018 | Electric Sub-meter 1/12/18-2/13/18 | Submetering Charges | 296 | | 48,110 |
| 03/01/2018 | Commercial Rent (03/2018) | Base Rent | 18,238 | | 66,348 |
| 03/01/2018 | Commercial Sprinkler and Water (03/2018) | Other Charges | 200 | | 66,548 |
| 03/01/2018 | Judgement Receivable (03/2018) | Base Rent | 3,506 | | 70,053 |
| Total | | | $280,699 | $210,546 | $70,053 |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } s.s.
COUNTY OF NEW YORK   }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On March 8, 2018, I served the within **AMENDED NOTICE OF INTENT** upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Massimo F. D'Angelo<br>ADAM LEITMAN BAILEY, P.C.<br>One Battery Park Plaza, Eighteenth Floor<br>New York, New York 10004 |
| Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | |

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728781US, EF139728778US, EF139728764US, EF139728821US, EF139728818US, EF139728804US, EF139728795US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Tara George

Sworn to before me this
9th day of March, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20

19-11231-mew Doc 21-6 Filed 06/24/19 Entered 06/24/19 19:30:03 Landlords amended notice of intent Pg 10 of 15





## Priority Mail Express — Label 1

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion    (ASM)

USPS Corporate Acct. No.: 092004

Label: EF 139728781 US

TO: (PLEASE PRINT)
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP+4: 10001

Amended notice of intent

Date Accepted: 3/8/18
Time Accepted: 16 PM
Postage: $24.70
Return Receipt Fee: $2
Total Postage & Fees: $27.45

$100.00 insurance included.

---

## Priority Mail Express — Label 2

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion    (ASM)

USPS Corporate Acct. No.: 092004

Label: EF 139728821 US

TO: (PLEASE PRINT)
Scorpion Fitness, Inc.
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP+4: 10016

Amended notice of intent

Date Accepted: 3/8/18
Time Accepted: 16 PM
Postage: $24.70
Return Receipt Fee: $2
Total Postage & Fees: $27.45

$100.00 insurance included.

**Label 1 (Priority Mail Express — EF 139 728 804 US)**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth-Scorpion (ASM)

USPS Corporate Acct. No: 092004

TO:
Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP+4: 10016

Date Accepted: 3/6/18
Time Accepted: 16:4? PM
Weight: lbs 3 ozs
Postage: $27.40
Scheduled Delivery Date: 3/9
Total Postage & Fees: $29.40

Amended notice of intent

---

**Label 2 (Priority Mail Express — EF 139 728 818 US)**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth-Scorpion (ASM)

USPS Corporate Acct. No: 092004

TO:
Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP+4: 10016

Date Accepted: 3/8/18
Time Accepted: 16:?? PM
Postage: $27.40
Scheduled Delivery Date: 3/9
Total Postage & Fees: $29.40

Amended notice of intent

## Label 1

**CUSTOMER USE ONLY**

FROM: KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. S(corpion)   (ASM)

PAYMENT BY ACCOUNT: 092004

TO: Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP: 10004

Amended notice of intent

USPS Priority Mail Express — EF 139728795 US
Date Accepted: 3/8/18
Time Accepted: 16:__ PM
Weight: 1 lb __ oz
Scheduled Delivery Date: 3/9
Postage: $27.40

## Label 2

**CUSTOMER USE ONLY**

FROM: KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth S(corp)  (ASM)

PAYMENT BY ACCOUNT: 092004

TO: Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP: 10001

Amended notice of intent

USPS Priority Mail Express — EF 139728778 US
Date Accepted: 3/8/18
Time Accepted: 16:__ PM
Scheduled Delivery Date: 3/9
Postage: $27.40

