## NOTICE AND DEMAND TO REPLENISH AND PAY

**TO:**           Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:**     All rooms/areas of a portion of the ground floor, mezzanine, and
                  lower level, as shown hatched on the floor plans annexed hereto
                  as **Exhibit A** and incorporated by reference as if fully set forth in
                  length, in the building known as and located at 220 Fifth Avenue,
                  New York, New York 10001.

**LEASE:**        dated December 19, 2014, by and between Landlord's predecessor-
                  in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
                  tenant. Said Lease being modified by a First Lease Modification
                  Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** May 10, 2018.

**PLEASE TAKE NOTICE**, in accordance with Article 31 of the Lease, on May 9, 2018 and from
your Security Deposit of $100,000.00, the sum of $65,000.00 from your Security Deposit was
used, applied, and retained for outstanding rent and additional rent due, as set forth in the ledger
annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length, upon the
grounds that you failed to comply with a certain Amended Notice of Intent, dated March 8, 2018, a
copy of which together with proof of service thereof is annexed hereto as **Exhibit C** and incorporated
herein with the same force and effect as if fully set forth at length. You are now required, **on or
before May 20, 2018,** that being more than five (5) days after service of this Notice upon you, to
pay to the Landlord the sum of $65,000.00 representing the sum so used, applied, and retained,
which shall be added to the Security Deposit so that the same shall be replenished to its former
amount, and so that Landlord shall have the full Security Deposit on hand at all times during the
Term pursuant to Article 31 of the Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Sections 17,
27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you
are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed
to the below-named attorneys for the Landlord.

Kossoff, PLLC                           **220 FIFTH REALTY LLC**
Attorneys for Landlord                  [Landlord]
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401                 By: /    Matthew Lembo
New York, New York 10007                Title:    Vice President and Authorized Signatory
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

*Exhibit "A"*

Execution                    12/19/2014                    Page 31 of 47

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant

Execution                              12/19/2014                              Page 32 of 47



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

24

Please Initial Here: Landlord_____ Tenant_____



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant_____

*Exhibit "B"*



**STELLAR MANAGEMENT**

**Date : 5/9/2018**

# Lease Ledger

| | | | | |
|---|---|---|---|---|
| Code | t0819146 | Property | 220fifth | Lease From | 3/15/2016 |
| Name | Scorpion Club Ventures, LLC | Unit | 220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | :Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653885 |

| Date | Description | | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | | (9,890.00) | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | | (12,000.00) | 81,644.41 | 6510795 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | | | 22,036.00 | 59,608.41 | 6513384 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | | | 24,047.10 | 35,561.31 | 6516257 |
| 12/31/2017 | December 2017 Late fees. | 220-SUBC | 1,900.00 | | 37,461.31 | 31764836 |
| 1/1/2018 | Electric sub-meter 11/9/17-12/13/17 | 220-SUBC | 298.69 | | 37,760.00 | 31764387 |
| 1/1/2018 | Commercial Rent (01/2018) | 220-SUBC | 18,237.63 | | 55,997.63 | 31764884 |

19-11231-mew    Doc 21-7    Filed 06/24/19    Entered 06/24/19 19:30:03    Landlords
notice of demand to replenish security    Pg 9 of 33

Ledger                                                                                    Page 9 of 4

| 1/1/2018 | Commercial Sprinkler and Water (01/2018) | 220-SUBC | 200.00 | | 56,197.63 | 31764885 |
| 1/1/2018 | Judgement Receivable (01/2018) | 220-SUBC | 3,505.99 | | 59,703.62 | 31764886 |
| 1/29/2018 | late fees | 220-SUBC | 1,892.00 | | 61,595.62 | 31794549 |
| 2/1/2018 | Electric sub-meter 12/13/18-1/12/18 | 220-SUBC | 240.65 | | 61,836.27 | 31791326 |
| 2/1/2018 | Commercial Rent (02/2018) | 220-SUBC | 18,237.63 | | 80,073.90 | 31794675 |
| 2/1/2018 | Commercial Sprinkler and Water (02/2018) | 220-SUBC | 200.00 | | 80,273.90 | 31794676 |
| 2/1/2018 | Judgement Receivable (02/2018) | 220-SUBC | 3,505.99 | | 83,779.89 | 31794677 |
| 2/27/2018 | late fees | 220-SUBC | 1,390.00 | | 85,169.89 | 31822813 |
| 2/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building. | 220-SUBC | 1,800.00 | | 86,969.89 | 31822825 |
| 2/27/2018 | Reverse write off on 10/18/17. | 220-SUBC | 86,461.00 | | 173,430.89 | 31822826 |
| 2/27/2018 | Write-off the correct amount on 7/25/17. | 220-SUBC | (76,538.00) | | 96,892.89 | 31822827 |
| 2/27/2018 | 8/1/17 Rent concession | 220-SUBC | (17,706.00) | | 79,186.89 | 31822828 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/1/17. | 220-SUBC | (24,572.00) | | 54,614.89 | 31822829 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/31/17. | 220-SUBC | (1,900.00) | | 52,714.89 | 31822830 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,832.00) | | 50,882.89 | 31822831 |
| 2/27/2018 | Late fee as of 12/1/17 | 220-SUBC | 13,231.00 | | 64,113.89 | 31822832 |
| 2/27/2018 | Late fee as of 12/31/17 | 220-SUBC | 781.00 | | 64,894.89 | 31822833 |
| 2/27/2018 | Late fees as of 1/29/18 | 220-SUBC | 685.00 | | 65,579.89 | 31822834 |
| 2/27/2018 | Reverse - Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | 1,832.00 | | 67,411.89 | 31824032 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,892.00) | | 65,519.89 | 31824033 |
| 2/28/2018 | 9/1/17 Rent concession | 220-SUBC | (17,706.00) | | 47,813.89 | 31822907 |
| 3/1/2018 | Electric Sub-meter 1/12/18-2/13/18 | 220-SUBC | 295.98 | | 48,109.87 | 31819677 |
| 3/1/2018 | Commercial Rent (03/2018) | 220-SUBC | 18,237.63 | | 66,347.50 | 31822886 |
| 3/1/2018 | Commercial Sprinkler and Water (03/2018) | 220-SUBC | 200.00 | | 66,547.50 | 31822887 |
| 3/1/2018 | Judgement Receivable (03/2018) | 220-SUBC | 3,505.99 | | 70,053.49 | 31822888 |
| 3/20/2018 | Electric Sub-meter 2/13/18-3/15/2018 | 220-SUBC | 139.93 | | 70,193.42 | 31847922 |
| 3/29/2018 | late fees | 220-SUBC | 2,241.00 | | 72,434.42 | 31851231 |
| 4/1/2018 | Commercial Rent (04/2018) | 220-SUBC | 18,237.63 | | 90,672.05 | 31851287 |

| 4/1/2018 | Commercial Sprinkler and Water (04/2018) | 220-SUBC | 200.00 | | 90,872.05 | 31851288 |
|---|---|---|---|---|---|---|
| 4/1/2018 | Judgement Receivable (04/2018) | 220-SUBC | 3,505.99 | | 94,378.04 | 31851289 |
| 4/25/2018 | Electric Sub Meter 3/15/2018-4/13/2018 | 220-SUBC | 67.09 | | 94,445.13 | 31879060 |
| 4/27/2018 | Late fees. | 220-SUBC | 3,013.00 | | 97,458.13 | 31879372 |
| 5/1/2018 | Commercial Rent (05/2018) | 220-SUBC | 18,237.63 | | 115,695.76 | 31898407 |
| 5/1/2018 | Commercial Sprinkler and Water (05/2018) | 220-SUBC | 200.00 | | 115,895.76 | 31898408 |
| 5/1/2018 | Judgement Receivable (05/2018) | 220-SUBC | 3,505.99 | | 119,401.75 | 31898409 |
| 5/9/2018 | Security Deposit Drawdown | 220-SUBC | (65,000.00) | | 54,401.75 | 31901424 |

*Exhibit "C"*

## AMENDED NOTICE OF INTENT

**TO:**        Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:**        All rooms/areas of a portion of the ground floor, mezzanine, and
lower level, as shown hatched on the floor plans annexed hereto
as **Exhibit 1** and incorporated by reference as if fully set forth in
length, in the building known as and located at 220 Fifth Avenue,
New York, New York 10001.

**LEASE:**        dated December 19, 2014, by and between Landlord's predecessor-
in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
tenant. Said Lease being modified by a First Lease Modification
Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** March 8, 2018

**PLEASE TAKE NOTICE,** you are justly indebted to the Landlord of the Premises in the total
sum of $70,053.00, as set forth in the ledger annexed hereto as **Exhibit 2** and incorporated by
reference as if fully set forth in length, which sum you are required to pay on or before **March 19,
2018,** that being at least five (5) days after the date of service of this Notice upon you. That, in
accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned
rental arrears on or before **March 19, 2018,** the Landlord shall be entitled to: (i) apply and retain
the whole or part of the Security Deposit to the extend required for the payment of the
aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount
so applied or retained so that Landlord shall have the full Security Deposit on hand at all times
during the Term pursuant to Section 31 of the referenced Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Sections 17,
27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Sections 19, 31, and 51(B) of the Lease, you
are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed
to the below-named attorneys for the Landlord.

Kosson, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

220 FIFTH REALTY LLC
[Landlord]

By:  /  Matthew Lembo
Title:    Vice President and Authorized
Signatory

Page 1 of 1

*Exhibit "1"*

Execution                    12/19/2014                    Page 31 of 47

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant_____

LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

Please Initial Here: Landlord_____ Tenant_____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "2"*

**220 5th Avenue**
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18
CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

### Summary Ledger

| Charge Type | Total Charges |
|---|---|
| Base Rent | $142,834 |
| Reimbursements | 9,227 |
| Submetering Charges | 2,486 |
| Other Charges | 109,985 |
| Late Fees | 16,067 |
| Total Charges | $280,599 |
| Less: Payments | ($210,546) |
| Net Due | $70,053 |

## 220 5th Avenue

Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18

CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

**Detailed Ledger**

| Date | Description | Charge Type | Charges / Payments Charge | Payment | Balance |
|------|-------------|-------------|--------|---------|---------|
| 04/01/2017 | Previous balance carried forward. | Base Rent | $18,320 | | $18,320 |
| 04/01/2017 | Previous balance carried forward. | Other Charges | 4,197 | | 22,517 |
| 04/01/2017 | Commercial Rent (04/2017) | Base Rent | 17,706 | | 40,223 |
| 04/01/2017 | Sprinkler Charge (04/2017) | Other Charges | 200 | | 40,423 |
| 04/01/2017 | Posted by QuickTrans (aedtop) | Other Charges | 100,000 | | 140,423 |
| 04/01/2017 | Chk# :QuickTrans :Posted by QuickTrans | Payment | | 100,000 | 40,423 |
| 05/01/2017 | Electric Sub-meter 03/21/17-04/19/17 | Submetering Charges | 227 | | 40,651 |
| 05/01/2017 | Commercial Rent (05/2017) | Base Rent | 17,706 | | 58,357 |
| 05/01/2017 | Sprinkler Charge (05/2017) | Other Charges | 200 | | 58,557 |
| 06/01/2017 | Commercial Rent (06/2017) | Base Rent | 17,706 | | 76,264 |
| 06/01/2017 | Sprinkler Charge (06/2017) | Other Charges | 200 | | 76,464 |
| 06/01/2017 | Electric Sub-meter 4/19/17-05/09/17 | Submetering Charges | 155 | | 76,619 |
| 07/01/2017 | Electric Sub-meter 5/09/17-06/08/17 | Submetering Charges | 244 | | 76,863 |
| 07/01/2017 | Commercial Rent (07/2017) | Base Rent | 17,706 | | 94,569 |
| 07/01/2017 | Sprinkler Charge (07/2017) | Other Charges | 200 | | 94,769 |
| 07/25/2017 | Chk# 1679/18332 :CHECKscan Payment | Payment | | 19,538 | 75,232 |
| 08/01/2017 | Real Estate Tax for the period 07/17-06/18 | Reimbursements | 9,227 | | 84,459 |
| 08/01/2017 | Electric sub-meter 06/08/17-07/10/17 | Submetering Charges | 201 | | 84,660 |
| 08/01/2017 | Commercial Rent (08/2017) | Base Rent | 17,706 | | 102,366 |
| 08/01/2017 | Commercial Sprinkler and Water (08/2017) | Other Charges | 200 | | 102,566 |
| 09/01/2017 | Electric sub-meter 7/10/17-08/08/17 | Submetering Charges | 180 | | 102,747 |
| 09/01/2017 | Commercial Rent (09/2017) | Base Rent | 17,706 | | 120,453 |
| 09/01/2017 | Commercial Sprinkler and Water (09/2017) | Other Charges | 200 | | 120,653 |
| 10/01/2017 | Electric sub-meter 08/08/17-09/07/17 | Submetering Charges | 165 | | 120,818 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 7,996 | | 128,815 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 10,001 | | 138,816 |
| 10/01/2017 | Commercial Sprinkler and Water (10/2017) | Other Charges | 200 | | 139,016 |
| 10/18/2017 | Credit October 2017 Rent | Base Rent | (86,461) | | 52,555 |
| 10/18/2017 | October 2017 Debit Judgement. | Base Rent | 3,510 | | 56,065 |
| 10/18/2017 | Credit Sprinkler charge | Other Charges | (600) | | 55,465 |
| 11/01/2017 | Electric sub-meter 09/07/17-10/06/17 | Submetering Charges | 285 | | 55,750 |
| 11/01/2017 | Commercial Rent (11/2017) | Base Rent | 18,238 | | 73,987 |
| 11/01/2017 | Commercial Sprinkler and Water (11/2017) | Other Charges | 200 | | 74,187 |
| 11/01/2017 | Judgement Receivable (11/2017) | Base Rent | 3,506 | | 77,693 |
| 11/02/2017 | Chk# 001111 :CHECKscan Payment | Payment | | 22,035 | 55,658 |
| 11/15/2017 | 1 Replacement Meter | Other Charges | 2,143 | | 57,801 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | Payment | | 12,000 | 45,801 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | Payment | | 9,890 | 35,911 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 9,890 | 26,021 |
| 12/01/2017 | Electric sub-meter 10/12/17-11/09/17 | Submetering Charges | 193 | | 26,214 |
| 12/01/2017 | Commercial Rent (12/2017) | Base Rent | 18,238 | | 44,451 |
| 12/01/2017 | Commercial Sprinkler and Water (12/2017) | Other Charges | 200 | | 44,651 |
| 12/01/2017 | Judgement Receivable (12/2017) | Base Rent | 3,506 | | 48,157 |
| 12/01/2017 | Late fees as of December 2017 | Late Fees | 24,572 | | 72,729 |
| 12/07/2017 | Chk# :ACHWEB Online Payment | Payment | | 13,000 | 59,729 |
| 12/15/2017 | Returned check charge | Other Charges | 25 | | 59,754 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | Payment | | (9,890) | 69,644 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Call# 6489636 | Payment | | (12,000) | 81,644 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | Payment | | 22,035 | 59,609 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 24,047 | 35,561 |
| 12/31/2017 | December 2017 Late fees. | Late Fees | 1,000 | | 37,461 |
| 01/01/2018 | Electric sub-meter 11/09/17-12/13/17 | Submetering Charges | 299 | | 37,760 |
| 01/01/2018 | Commercial Rent (01/2018) | Base Rent | 18,238 | | 55,998 |
| 01/01/2018 | Commercial Sprinkler and Water (01/2018) | Other Charges | 200 | | 56,198 |
| 01/01/2018 | Judgement Receivable (01/2018) | Base Rent | 3,506 | | 59,704 |
| 01/29/2018 | late fees | Late Fees | 1,892 | | 61,596 |
| 02/01/2018 | Electric sub-meter 12/13/018-1/12/18 | Submetering Charges | 241 | | 61,836 |
| 02/01/2018 | Commercial Rent (02/2018) | Base Rent | 18,238 | | 80,074 |
| 02/01/2018 | Commercial Sprinkler and Water (02/2018) | Other Charges | 200 | | 80,274 |
| 02/01/2018 | Judgement Receivable (02/2018) | Base Rent | 3,506 | | 83,780 |
| 02/27/2018 | late fees | Late Fees | 1,390 | | 85,170 |
| 02/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building | Other Charges | 1,800 | | 86,970 |
| 02/27/2018 | Reverse write off on 10/18/17 | Base Rent | 86,461 | | 173,431 |
| 02/27/2018 | Write-off the correct amount on 7/25/17 | Base Rent | (76,538) | | 96,893 |
| 02/27/2018 | 8/1/17 Rent concession | Base Rent | (17,706) | | 79,187 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/1/17 | Late Fees | (24,572) | | 54,615 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/31/17 | Late Fees | (1,900) | | 52,715 |
| 02/27/2018 | Credit incorrect amount of late fee in 1/29/18 | Late Fees | (1,892) | | 50,823 |
| 02/27/2018 | Late fee as of 12/1/17 | Late Fees | 13,231 | | 64,054 |
| 02/27/2018 | Late fee as of 12/31/17 | Late Fees | 781 | | 64,835 |
| 02/27/2018 | Late fees as of 1/29/18 | Late Fees | 685 | | 65,520 |
| 02/28/2018 | 8/1/17 Rent concession | Base Rent | (17,706) | | 47,814 |
| 03/01/2018 | Electric Sub-meter 1/12/18-2/13/18 | Submetering Charges | 255 | | 48,110 |
| 03/01/2018 | Commercial Rent (03/2018) | Base Rent | 18,238 | | 66,348 |
| 03/01/2018 | Commercial Sprinkler and Water (03/2018) | Other Charges | 200 | | 66,548 |
| 03/01/2018 | Judgement Receivable (03/2018) | Base Rent | 3,506 | | 70,053 |
| Total | | | $280,699 | $210,546 | $70,053 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                          } s.s.

COUNTY OF NEW YORK  }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On March 8, 2018, I served the within *AMENDED NOTICE OF INTENT* upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Massimo F. D'Angelo<br>ADAM LEITMAN BAILEY, P.C.<br>One Battery Park Plaza, Eighteenth Floor<br>New York, New York 10004 |
| Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | |

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728781US, EF139728778US, EF139728764US, EF139728821US, EF139728818US, EF139728804US, EF139728795US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Tara George

Sworn to before me this
___ day of March, 2018

Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20



**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

The Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpinn Fitness, Inc.
8A Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

The Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41B
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

The Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
8A Lexington Ave, ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

The Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Massimo F. D'Angelo
Adam Leitman Bailey P.C.
One Battery Park Plaza, 18th Floor
New York, NY 10004

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness Inc.
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220Fifth. Scorpion    (Asm)

**PAYMENT BY ACCOUNT (if applicable)**

USPS* Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)    PHONE (    )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

**PRIORITY MAIL EXPRESS™**

EF 139728781 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage

10001    /    9    $ 24.70

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee

3.8.19    ☐ 10:30 AM ☐ 3:00 PM    $    $
             ☐ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee

10    ☐ AM    $    $ 2
      ☐ PM

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees

lbs.    ozs.    $    $ 27.45

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220Fifth. Scorpion    (Asm)

**PAYMENT BY ACCOUNT (if applicable)**

USPS* Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)    PHONE (    )

Scorpion Fitness, Inc.
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

**PRIORITY MAIL EXPRESS™**

EF 139728821 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage

10001    /    9    $ 24.70

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee

3.8.19    ☐ 10:30 AM ☐ 3:00 PM    $    $
             ☐ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee

10    ☐ AM    $    $ 2
      ☐ PM

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees

lbs.    ozs.    $    $ 27.45

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion    (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended Notice of intent

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

EF 139728804 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
10001    2/9    27 40
Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/6/18    ☐ 10:30 AM ☐ 3:00 PM    $    $
Time Accepted    ☐ 12 NOON    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
16 4    ☐ AM ☐ PM    $    $    $
Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
lbs.    5    ozs.    $    $ 27 48
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion    (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service
092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

EF 139728818 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
1    2/9    27
Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/8/18    ☐ 10:30 AM ☐ 3:00 PM    $    $
Time Accepted    ☐ 12 NOON    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
16    ☐ AM ☐ PM    $    $    $
Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
lbs.    ozs.    $    $ 27 4
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

EF 139728795 US

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL EXPRESS™

TO: (PLEASE PRINT)

Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

EF 139728778 US

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL EXPRESS™

TO: (PLEASE PRINT)

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent



**CUSTOMER USE ONLY**

FROM: *(PLEASE PRINT)*                    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion          (Asm)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

EF 139726764 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL ★ EXPRESS™**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

**TO:** *(PLEASE PRINT)*          PHONE ( )

Scorpion Fitness, Inc
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance included.

Amended notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 2-Day    ☐ Military    ☐ DPO

Scheduled Delivery Date (MM/DD/YY)    3/9    Postage    $ 27.40

Scheduled Delivery Time    ☐ 10:30 AM  ☐ 3:00 PM    ☑ 12 NOON    Insurance Fee $    COD Fee $

Time Accepted    16    ☐ AM  ☐ PM    Return Receipt Fee $ 2    Live Animal Transportation Fee $

Weight    3 oz.    ☐ Flat Rate    Sunday/Holiday Premium Fee $

Acceptance Employee Initials    Total Postage & Fees $ 27.4

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          }
                                                   } s.s.
COUNTY OF NEW YORK     }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On May 10, 2018, I served the within *NOTICE AND DEMAND TO REPLENISH AND PAY* upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

Massimo F. D'Angelo
ADAM LEITMAN BAILEY, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF167483824US, EF167483775US, EF167483807US, EF167483798US, EF167483577US, EF167483550US, EF167483563US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Tara George

Sworn to before me this
11th day of May, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B25604.18
MAY 10 2018
NEW YORK, NY 10007
CHURCH STATION

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
325 Fifth Avenue Ste. 41E
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B25604.20
MAY 10 2018
NEW YORK, NY 10007
CHURCH STATION

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

S Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B25604.19
MAY 10 2018
NEW YORK, NY 10007
CHURCH STATION

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

S Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B25604.17
MAY 10 2018
NEW YORK, NY 10007
CHURCH STATION



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC

88 Lexington Ave., Ste. 9D

New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

stamps
$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007
Postmark Here
CHURCH ST STATION MAY 10 2018 NEW YORK, NY 10007
82050.11

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

88 Lexington Ave., Ste. 9D

New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

stamps
$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007
Postmark Here
CHURCH ST STATION MAY 10 2018 NEW YORK, NY 10007
82050.06

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Massimo F. D'Angelo

Adam Leitman Bailey, P.C.

One Battery Park Plaza, Eighteenth Floor

New York, New York 10004

PS Form 3817, April 2007  PSN 7530-02-000-9065

stamps
$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007
Postmark Here
CHURCH ST STATION MAY 10 2018 NEW YORK, NY 10007
82050.12

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483775 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.  092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code  1007
Scheduled Delivery Date (MM/DD/YY)  5-11-18
Postage  24.70
Date Accepted (MM/DD/YY)  5-10-18
Scheduled Delivery Time  ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON
Time Accepted  4:59  ☐ AM ☐ PM
Weight  ☐ Flat Rate  2  lbs.  oz.

**TO: (PLEASE PRINT)**  PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220fifth.scorpion

Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   **2-CUSTOMER COPY**

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )  212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483824 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.  092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code  1007
Scheduled Delivery Date (MM/DD/YY)  5-11-18
Postage  24.70
Date Accepted (MM/DD/YY)  5-10-18
Scheduled Delivery Time  ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON
Time Accepted  4:58  ☐ AM ☐ PM
Weight  ☐ Flat Rate  2  lbs.  oz.

**TO: (PLEASE PRINT)**  PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220fifth.scorpion

Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.   (C.R.) 220 fifth Scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

**ORIGIN (POSTAL SERVICE ONLY)**

| | ☑1-Day | ☐2-Day | ☐Military | ☐DPO |
|---|---|---|---|---|

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 5-11-18
Postage: $24.70

Date Accepted (MM/DD/YY): 5.10.18
Scheduled Delivery Time: ☐10:30 AM ☐3:00 PM ☑12 NOON
Insurance Fee
COD Fee

Time Accepted: 5:03 ☐AM ☑PM
10:30 AM Delivery Fee
Return Receipt Fee
Live Animal Transportation Fee

Weight: 2   ☐Flat Rate   lbs.   ozs.
Sunday/Holiday Premium Fee
Total Postage & Fees: $24.70

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature

**EF 167483798 US**

**PRIORITY MAIL EXPRESS™**
UNITED STATES POSTAL SERVICE®

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.   (C.R.) 220 fifth Scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

**ORIGIN (POSTAL SERVICE ONLY)**

| | ☑1-Day | ☐2-Day | ☐Military | ☐DPO |
|---|---|---|---|---|

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 5-11-18
Postage: $24.70

Date Accepted (MM/DD/YY): 5.10.18
Scheduled Delivery Time: ☐10:30 AM ☐3:00 PM ☑12 NOON
Insurance Fee
COD Fee

Time Accepted: 5:01 ☐AM ☑PM
10:30 AM Delivery Fee
Return Receipt Fee
Live Animal Transportation Fee

Weight: 2   ☐Flat Rate   lbs.   ozs.
Sunday/Holiday Premium Fee
Total Postage & Fees

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature

**EF 167483807 US**

**PRIORITY MAIL EXPRESS™**
UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483550 US

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.   092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: **10007**   Scheduled Delivery Date (MM/DD/YY): **5-11-18**   Postage: **2670**

Date Accepted (MM/DD/YY): **5-10-18**   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ NOON   Insurance Fee   COD Fee

Time Accepted **5:07** ☐ AM ☐ PM   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee

Weight **2** ☐ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees

Acceptance Employee Initials

TO: (PLEASE PRINT)   PHONE (   )

Scorpion Club Ventures LLC
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)   **1 0 0 1 6**

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature   MAY 10 2018

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature   NEW YORK NY

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.   (C.C.) 220fifth, scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

---

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE **212 267 6344**

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483577 US

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.   092004   Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: **10007**   Scheduled Delivery Date (MM/DD/YY): **5-11-18**   Postage: **2670**

Date Accepted (MM/DD/YY): **5-10-18**   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON   Insurance Fee   COD Fee

Time Accepted **5:05** ☐ AM ☐ PM   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee

Weight ☐ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees: **2470**

Acceptance Employee Initials

TO: (PLEASE PRINT)   PHONE (   )

Scorpion Fitness, Inc.
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)   **1 0 0 1 6**

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature   MAY 10 2018

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.   (CR) 220fifth, Scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE (        ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483563 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (        )

Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
▲ $100.00 insurance included.   C.R. 22 Fifth Scorpion
Notice and Demand to Replenish and Pay

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)          Postage
10004               5.11.18                                    $ 24.70

Date Accepted (MM/DD/YY)          Scheduled Delivery Time          Insurance Fee          COD Fee
5.10.18                          ☐ 10:30 AM  ☑ 3:00 PM
                                 ☑ 12 NOON            $                    $

Time Accepted                    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
4:56    ☐ AM
        ☑ PM                     $                        $                    $

Weight          ☐ Flat Rate    Sunday/Holiday Premium Fee          Total Postage & Fees
2 lbs                           $                                   $ 24.70

                                Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                      ☐ PM

Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                      ☐ PM

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**