## NOTICE OF DEFAULT

**TO:** Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:** All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit 1** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

**LEASE:** dated December 19, 2014, by and between Landlord's predecessor-in-interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** May 29, 2018.

**PLEASE TAKE NOTICE** that you are in default of Articles 17 and 31 of the Lease, which provisions deal in pertinent part with your obligations: (a) after five (5) days written notice, to redeposit with Owner any portion of the Security Deposit which Landlord has applied to the payment of any rent and additional rent due and payable; and (b) what actions on your part are deemed defaults under the Lease. More specifically, you have violated and continue to violate the aforementioned provisions of the Lease by failing to pay to the Landlord the sum of $65,000.00 representing the sum so used, applied, and retained on or before May 20, 2018, that being more than five (5) days after service of a notice upon you, a copy of which with proof of service is annexed hereto as **Exhibit 2** and incorporated by reference as if fully set forth in length.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Articles 17 and 31 of the Lease, you are hereby required cure such defaults **on or before June 18, 2018**, that being more than fifteen (15) days after service of this Notice upon you, by tendering and paying to Landlord the sum of $65,000.00 representing the sum so used, applied, and retained, which shall be added to the Security Deposit so that the same shall be replenished to its former amount pursuant to Article 31 of the Lease. Upon your failure to so cure, the Landlord will elect to terminate your tenancy in accordance with Article 17 of the Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Articles 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Koshoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
**[Landlord]**

Name:   Matthew Lembo
Title:   Vice President and Authorized Signatory

*Exhibit "1"*

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here.  Landlord_____  Tenant



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

Please Initial Here:  Landlord_____  Tenant _____



MEZZANINE

Please Initial Here: Landlord_____ Tenant_____

*Exhibit "2"*

## NOTICE AND DEMAND TO REPLENISH AND PAY

**TO:**    Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:**    All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit A** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

**LEASE:**    dated December 19, 2014, by and between Landlord's predecessor-in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** May 10, 2018.

**PLEASE TAKE NOTICE,** in accordance with Article 31 of the Lease, on May 9, 2018 and from your Security Deposit of $100,000.00, the sum of $65,000.00 from your Security Deposit was used, applied, and retained for outstanding rent and additional rent due, as set forth in the ledger annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length, upon the grounds that you failed to comply with a certain Amended Notice of Intent, dated March 8, 2018, a copy of which together with proof of service thereof is annexed hereto as **Exhibit C** and incorporated herein with the same force and effect as if fully set forth at length. You are now required, **on or before May 20, 2018,** that being more than five (5) days after service of this Notice upon you, to pay to the Landlord the sum of $65,000.00 representing the sum so used, applied, and retained, which shall be added to the Security Deposit so that the same shall be replenished to its former amount, and so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Article 31 of the Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Sections 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
[Landlord]

By:    Matthew Lembo
Title:    Vice President and Authorized Signatory

*Exhibit "A"*

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

24

Please Initial Here: Landlord_____ Tenant_____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "B"*



## STELLAR MANAGEMENT

**Date : 5/9/2018**

## Lease Ledger

| Code | t0819146 | Property | 220fifth | Lease From | 3/15/2016 |
|------|----------|----------|----------|------------|-----------|
| Name | Scorpion Club Ventures, LLC | Unit | 220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|------|-------------|------|--------|---------|---------|---------|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | :Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653885 |

| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | | (9,890.00) | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | | (12,000.00) | 81,644.41 | 6510795 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | | | 22,036.00 | 59,608.41 | 6513384 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | | | 24,047.10 | 35,561.31 | 6516257 |
| 12/31/2017 | December 2017 Late fees. | 220-SUBC | 1,900.00 | | 37,461.31 | 31764836 |
| 1/1/2018 | Electric sub-meter 11/9/17-12/13/17 | 220-SUBC | 298.69 | | 37,760.00 | 31764387 |
| 1/1/2018 | Commercial Rent (01/2018) | 220-SUBC | 18,237.63 | | 55,997.63 | 31764884 |

| 1/1/2018 | Commercial Sprinkler and Water (01/2018) | 220-SUBC | 200.00 | | 56,197.63 | 31764885 |
| 1/1/2018 | Judgement Receivable (01/2018) | 220-SUBC | 3,505.99 | | 59,703.62 | 31764886 |
| 1/29/2018 | late fees | 220-SUBC | 1,892.00 | | 61,595.62 | 31794549 |
| 2/1/2018 | Electric sub-meter 12/13/18-1/12/18 | 220-SUBC | 240.65 | | 61,836.27 | 31791326 |
| 2/1/2018 | Commercial Rent (02/2018) | 220-SUBC | 18,237.63 | | 80,073.90 | 31794675 |
| 2/1/2018 | Commercial Sprinkler and Water (02/2018) | 220-SUBC | 200.00 | | 80,273.90 | 31794676 |
| 2/1/2018 | Judgement Receivable (02/2018) | 220-SUBC | 3,505.99 | | 83,779.89 | 31794677 |
| 2/27/2018 | late fees | 220-SUBC | 1,390.00 | | 85,169.89 | 31822813 |
| 2/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building. | 220-SUBC | 1,800.00 | | 86,969.89 | 31822825 |
| 2/27/2018 | Reverse write off on 10/18/17. | 220-SUBC | 86,461.00 | | 173,430.89 | 31822826 |
| 2/27/2018 | Write-off the correct amount on 7/25/17. | 220-SUBC | (76,538.00) | | 96,892.89 | 31822827 |
| 2/27/2018 | 8/1/17 Rent concession | 220-SUBC | (17,706.00) | | 79,186.89 | 31822828 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/1/17. | 220-SUBC | (24,572.00) | | 54,614.89 | 31822829 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/31/17. | 220-SUBC | (1,900.00) | | 52,714.89 | 31822830 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,832.00) | | 50,882.89 | 31822831 |
| 2/27/2018 | Late fee as of 12/1/17 | 220-SUBC | 13,231.00 | | 64,113.89 | 31822832 |
| 2/27/2018 | Late fee as of 12/31/17 | 220-SUBC | 781.00 | | 64,894.89 | 31822833 |
| 2/27/2018 | Late fees as of 1/29/18 | 220-SUBC | 685.00 | | 65,579.89 | 31822834 |
| 2/27/2018 | Reverse - Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | 1,832.00 | | 67,411.89 | 31824032 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,892.00) | | 65,519.89 | 31824033 |
| 2/28/2018 | 9/1/17 Rent concession | 220-SUBC | (17,706.00) | | 47,813.89 | 31822907 |
| 3/1/2018 | Electric Sub-meter 1/12/18-2/13/18 | 220-SUBC | 295.98 | | 48,109.87 | 31819677 |
| 3/1/2018 | Commercial Rent (03/2018) | 220-SUBC | 18,237.63 | | 66,347.50 | 31822886 |
| 3/1/2018 | Commercial Sprinkler and Water (03/2018) | 220-SUBC | 200.00 | | 66,547.50 | 31822887 |
| 3/1/2018 | Judgement Receivable (03/2018) | 220-SUBC | 3,505.99 | | 70,053.49 | 31822888 |
| 3/20/2018 | Electric Sub-meter 2/13/18-3/15/2018 | 220-SUBC | 139.93 | | 70,193.42 | 31847922 |
| 3/29/2018 | late fees | 220-SUBC | 2,241.00 | | 72,434.42 | 31851231 |
| 4/1/2018 | Commercial Rent (04/2018) | 220-SUBC | 18,237.63 | | 90,672.05 | 31851287 |

| 4/1/2018 | Commercial Sprinkler and Water (04/2018) | 220-SUBC | 200.00 | | 90,872.05 | 31851288 |
| 4/1/2018 | Judgement Receivable (04/2018) | 220-SUBC | 3,505.99 | | 94,378.04 | 31851289 |
| 4/25/2018 | Electric Sub Meter 3/15/2018-4/13/2018 | 220-SUBC | 67.09 | | 94,445.13 | 31879060 |
| 4/27/2018 | Late fees. | 220-SUBC | 3,013.00 | | 97,458.13 | 31879372 |
| 5/1/2018 | Commercial Rent (05/2018) | 220-SUBC | 18,237.63 | | 115,695.76 | 31898407 |
| 5/1/2018 | Commercial Sprinkler and Water (05/2018) | 220-SUBC | 200.00 | | 115,895.76 | 31898408 |
| 5/1/2018 | Judgement Receivable (05/2018) | 220-SUBC | 3,505.99 | | 119,401.75 | 31898409 |
| 5/9/2018 | Security Deposit Drawdown | 220-SUBC | (65,000.00) | | 54,401.75 | 31901424 |

*Exhibit "C"*

AMENDED NOTICE OF INTENT

TO:        Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

PREMISES:    All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit 1** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

LEASE:      dated December 19, 2014, by and between Landlord's predecessor-in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

DATE OF THIS NOTICE:  March 8, 2018

**PLEASE TAKE NOTICE**, you are justly indebted to the Landlord of the Premises in the total sum of $70,053.00, as set forth in the ledger annexed hereto as **Exhibit 2** and incorporated by reference as if fully set forth in length, which sum you are required to pay on or before **March 19, 2018**, that being at least five (5) days after the date of service of this Notice upon you. That, in accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned rental arrears on or before **March 19, 2018**, the Landlord shall be entitled to: (i) apply and retain the whole or part of the Security Deposit to the extend required for the payment of the aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount so applied or retained so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Section 31 of the referenced Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Sections 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

**220 FIFTH REALTY LLC**
[Landlord]

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

By:  / Matthew Lembo
Title:  Vice President and Authorized Signatory

*Exhibit "1"*

Execution                    12/19/2014                    Page 31 of 47

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant

Execution                    12/19/2014                    Page 32 of 47



220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

LOWER LEVEL

Please Initial Here: Landlord_____ Tenant_____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here;  Landlord _____  Tenant 

*Exhibit "2"*

**220 5th Avenue**
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18

CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

### Summary Ledger

| Charge Type | Total Charges |
|---|---|
| Base Rent | $142,834 |
| Reimbursements | 9,227 |
| Submetering Charges | 2,486 |
| Other Charges | 109,985 |
| Late Fees | 16,067 |
| Total Charges | $280,599 |
| Less: Payments | ($210,546) |
| Net Due | $70,053 |

**220 5th Avenue**
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18

CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

## Detailed Ledger

| Date | Description | Charge Type | Charges / Payments | | Balance |
|------|-------------|-------------|--------|---------|---------|
| | | | Charge | Payment | |
| 04/01/2017 | Previous balance carried forward. | Base Rent | 518,320 | | 518,320 |
| 04/01/2017 | Previous balance carried forward. | Other Charges | 4,197 | | 22,517 |
| 04/01/2017 | Commercial Rent (04/2017) | Base Rent | 17,706 | | 40,223 |
| 04/01/2017 | Sprinkler Charge (04/2017) | Other Charges | 200 | | 40,423 |
| 04/01/2017 | Posted by QuickTrans (sectep) | | 100,000 | | 140,423 |
| 04/01/2017 | Chk# QuickTrans: Posted by QuickTrans | Payment | | 100,000 | 40,423 |
| 05/01/2017 | Electric Sub-meter 03/21/17-04/19/17 | Submetering Charges | 227 | | 40,651 |
| 05/01/2017 | Commercial Rent (05/2017) | Base Rent | 17,706 | | 58,357 |
| 05/01/2017 | Sprinkler Charge (05/2017) | Other Charges | 200 | | 58,557 |
| 06/01/2017 | Commercial Rent (06/2017) | Base Rent | 17,706 | | 76,264 |
| 06/01/2017 | Sprinkler Charge (06/2017) | Other Charges | 200 | | 76,464 |
| 08/01/2017 | Electric Sub-meter 4/19/17-05/09/17 | Submetering Charges | 155 | | 76,619 |
| 08/01/2017 | Electric Sub-meter 5/09/17-06/08/17 | Submetering Charges | 244 | | 76,863 |
| 07/01/2017 | Commercial Rent (07/2017) | Base Rent | 17,706 | | 94,569 |
| 07/01/2017 | Commercial Sprinkler and Water (07/2017) | Other Charges | 200 | | 94,769 |
| 07/25/2017 | Chk# 1679/18032 :CHECKscan Payment | Payment | | 19,538 | 75,232 |
| 08/01/2017 | Real Estate Tax for the period 07/17-06/18 | Reimbursements | 9,227 | | 84,459 |
| 08/01/2017 | Electric sub-meter 06/08/17-07/10/17 | Submetering Charges | 201 | | 84,660 |
| 08/01/2017 | Commercial Rent (08/2017) | Base Rent | 17,706 | | 102,366 |
| 08/01/2017 | Commercial Sprinkler and Water (08/2017) | Other Charges | 200 | | 102,566 |
| 09/01/2017 | Electric sub-meter 7/10/17-08/08/17 | Submetering Charges | 180 | | 102,747 |
| 09/01/2017 | Commercial Rent (09/2017) | Base Rent | 17,706 | | 120,453 |
| 09/01/2017 | Commercial Sprinkler and Water (09/2017) | Other Charges | 200 | | 120,653 |
| 10/01/2017 | Electric sub-meter 08/08/17-09/07/17 | Submetering Charges | 165 | | 120,818 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 7,996 | | 128,815 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 10,001 | | 138,816 |
| 10/01/2017 | Commercial Sprinkler and Water (10/2017) | Other Charges | 200 | | 139,016 |
| 10/18/2017 | Credit October 2017 Rent | Base Rent | (80,461) | | 58,555 |
| 10/18/2017 | October 2017 Debit Judgement. | Base Rent | 3,510 | | 58,065 |
| 10/18/2017 | Credit Sprinkler charge | Other Charges | (600) | | 58,465 |
| 11/01/2017 | Electric sub-meter 09/07/17-10/05/17 | Submetering Charges | 285 | | 58,780 |
| 11/01/2017 | Commercial Rent (11/2017) | Base Rent | 18,238 | | 70,982 |
| 11/01/2017 | Commercial Sprinkler and Water (11/2017) | Other Charges | 200 | | 74,187 |
| 11/01/2017 | Judgement Receivable (11/2017) | Base Rent | 3,506 | | 77,693 |
| 11/02/2017 | Chk# 001111 :CHECKscan Payment | Payment | | 22,035 | 55,658 |
| 11/15/2017 | 1 Replacement Meter | Other Charges | 2,143 | | 57,801 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by cu# 6510705 | Payment | | 12,000 | 45,801 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by cu# 6510793 | Payment | | 9,890 | 35,911 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 3,890 | 39,021 |
| 12/01/2017 | Electric sub-meter 10/12/17-11/03/17 | Submetering Charges | 193 | | 39,214 |
| 12/01/2017 | Commercial Rent (12/2017) | Base Rent | 18,238 | | 44,451 |
| 12/01/2017 | Commercial Sprinkler and Water (12/2017) | Other Charges | 200 | | 42,651 |
| 12/01/2017 | Judgement Receivable (12/2017) | Base Rent | 3,506 | | 46,157 |
| 12/01/2017 | Late fees as of December 2017 | Base Rent | 24,572 | | 72,729 |
| 12/07/2017 | Chk# :ACHWEB Online Payment | Payment | | 13,000 | 59,729 |
| 12/15/2017 | Returned check charge | Other Charges | 25 | | 59,754 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Chk# 6489474 | Payment | | (9,890) | 69,644 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Chk# 6466036 | Payment | | (12,000) | 81,644 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | Payment | | 22,035 | 59,609 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | Payment | | 24,047 | 35,561 |
| 12/31/2017 | December 2017 Late fees | Late Fees | 1,900 | | 37,461 |
| 01/01/2018 | Electric submeter 11/03/17-12/13/17 | Submetering Charges | 259 | | 37,720 |
| 01/01/2018 | Commercial Rent (01/2018) | Base Rent | 18,238 | | 55,959 |
| 01/01/2018 | Commercial Sprinkler and Water (01/2018) | Other Charges | 200 | | 56,159 |
| 01/01/2018 | Judgement Receivable (01/2018) | Base Rent | 3,506 | | 59,704 |
| 01/31/2018 | Late fees | Late Fees | 1,892 | | 61,596 |
| 02/01/2018 | Electric submeter 12/13/18-01/2018 | Submetering Charges | 241 | | 61,926 |
| 02/01/2018 | Commercial Rent (02/2018) | Base Rent | 18,238 | | 80,074 |
| 02/01/2018 | Commercial Sprinkler and Water (02/2018) | Other Charges | 200 | | 80,274 |
| 02/01/2018 | Judgement Receivable (02/2018) | Base Rent | 3,506 | | 83,780 |
| 02/31/2018 | Late fees | Late Fees | 1,399 | | 85,170 |
| 02/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building | Other Charges | 1,000 | | 86,170 |
| 02/27/2018 | Reverse write off on 12/18/17 | Base Rent | 38,461 | | 123,631 |
| 02/27/2018 | Write-off the correct amount on 7/29/17 | Base Rent | (76,538) | | 58,893 |
| 02/27/2018 | 8/1/17 Rent concession | Base Rent | (17,706) | | 79,197 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/1/17 | Late Fees | (24,572) | | 54,615 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/31/17 | Late Fees | (1,900) | | 52,715 |
| 02/27/2018 | Credit incorrect amount of late fee in 1/29/18 | Late Fees | (1,892) | | 50,823 |
| 02/27/2018 | Late fee as of 12/1/17 | Late Fees | 13,231 | | 64,054 |
| 02/27/2018 | Late fee as of 12/31/17 | Late Fees | 901 | | 64,955 |
| 02/27/2018 | Late fees as of 1/29/18 | Late Fees | 695 | | 65,523 |
| 02/24/2018 | 8/1/17 Rent concession | Base Rent | (17,706) | | 47,654 |
| 03/01/2018 | Electric Submeter 1/12/18-2/13/18 | Submetering Charges | 259 | | 47,913 |
| 03/01/2018 | Commercial Rent (03/2018) | Base Rent | 18,238 | | |
| 03/01/2018 | Commercial Sprinkler and Water (03/2018) | Other Charges | 200 | | |
| 03/01/2018 | Judgement Receivable (03/2018) | Base Rent | 3,506 | | |
| **Total** | | | **$280,699** | **$210,546** | **$70,053** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        }
                                           } s.s.
COUNTY OF NEW YORK    }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On March 8, 2018, I served the within *AMENDED NOTICE OF INTENT* upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Massimo F. D'Angelo
ADAM LEITMAN BAILEY, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728781US, EF139728778US, EF139728764US, EF139728821US, EF139728818US, EF139728804US, EF139728795US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Tara George

Sworn to before me this
___ day of March, 2018

Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6169649
Qualified in Kings County
Commission Expires April 10, 20 20



UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.,
6A Lexington Ave, Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
0625S0007861483
10007

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41C
New York, New York 100 New York

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
0625S0007861483
10007

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC
6A Lexington Ave, Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
0625S0007861483
10007

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
0625S0007861483
10007





CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (Asm)

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED

TO: (PLEASE PRINT)    PHONE (
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.
Amended notice of intent

EF 139728781 US

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

2-CUSTOMER COPY

---

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (Asm)

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED

TO: (PLEASE PRINT)    PHONE (
Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.
Amended notice of intent

EF 139728821 US

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE (

Scorpion Club Ventures LLC
88 Lexington Ave.; Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

4 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Amended notice of intent

EF 139728804 US

UNITED STATES POSTAL SERVICE® PRIORITY ★ MAIL ★ EXPRESS™

Date Accepted (MM/DD/YY)    3/6/18
Time Accepted    16
Weight    5

2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE (

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Amended notice of intent

EF 139728818 US

UNITED STATES POSTAL SERVICE® PRIORITY ★ MAIL ★ EXPRESS™

Date Accepted (MM/DD/YY)    3/8/18
Time Accepted    16

2-CUSTOMER COPY

#1

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (   )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion          (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (   )

Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

EF 139728795 US

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Date Accepted (MM/DD/YY)   3 8 18
Time Accepted   16   ☐ AM ☐ PM
Weight   ☐ Flat Rate

Scheduled Delivery Date (MM/DD/YY)   3 9
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
10:30 AM Delivery Fee
Sunday/Holiday Premium Fee
Acceptance Employee Initials

Postage   27 45
Insurance Fee
COD Fee
Return Receipt Fee   2
Live Animal Transportation Fee
Total Postage & Fees   $ 27 45

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2016   PSN 7690-02-000-9996   2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (   )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion          (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (   )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Amended notice of intent

EF 139728778 US

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Date Accepted (MM/DD/YY)   3 8 18
Time Accepted   16   ☐ AM ☐ PM
Weight   ☐ Flat Rate

Scheduled Delivery Date (MM/DD/YY)   3 9
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
10:30 AM Delivery Fee
Sunday/Holiday Premium Fee
Acceptance Employee Initials

Postage   27 45
Insurance Fee
COD Fee
Return Receipt Fee
Live Animal Transportation Fee
Total Postage & Fees   $ 77 45

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2016   PSN 7690-02-000-9996   2-CUSTOMER COPY



Amended Notice of Intent

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                            } s.s.
COUNTY OF NEW YORK   }

      I, Tara George being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

      On May 10, 2018, I served the within ***NOTICE AND DEMAND TO REPLENISH AND PAY*** upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Massimo F. D'Angelo
ADAM LEITMAN BAILEY, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF167483824US, EF167483775US, EF167483807US, EF167483798US, EF167483577US, EF167483550US, EF167483563US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

                                                  _____
                                                  Tara George

Sworn to before me this
11th day of May, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

220 Fifth Avenue

New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

MAY 10 2018
CHURCH STATION NEW YORK, NY 10007



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

325 Fifth Avenue, Ste. 41E

New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

MAY 10 2018
CHURCH STATION NEW YORK, NY 10007

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC

220 Fifth Avenue

New York, New York 10001

S Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

MAY 10 2018
CHURCH STATION NEW YORK, NY 10007

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC

325 Fifth Avenue, Ste. 41E

New York, New York 10016

S Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

MAY 10 2018
CHURCH STATION NEW YORK, NY 10007



UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

88 Lexington Ave, Ste. 9D

New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007851483
10007
B28050.06

MAY 10 2018
NEW YORK, NY 10007

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Massimo F. D'Angelo

Adam Leitman Bailey, P.C.

One Battery Park Plaza, Eighteenth Floor

New York, New York 10004

PS Form 3817, April 2007  PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007851483
10007
B28050.12

MAY 10 2018
NEW YORK, NY 10007

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )    1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    092004    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.    (C.R.) 220 Fifth. Scorpion
   Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**ORIGIN (POSTAL SERVICE USE ONLY)**
EF 167483775 US
PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

PO ZIP Code: 10007
Scheduled Delivery Date: 5.11.8
Postage: $24.70
Date Accepted: 5.10.8
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ NOON
Time Accepted: 4:59 AM
Weight: 2 lb
Flat Rate ☐

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )    1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    092004    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.    (C.R.) 220 Fifth. Scorpion
   Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**ORIGIN (POSTAL SERVICE USE ONLY)**
EF 167483824 US
PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

PO ZIP Code: 10007
Scheduled Delivery Date: 5.11.8
Postage: $24.70
Date Accepted: 5.10.8
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ NOON
Time Accepted: 4:58 AM
Weight: 2 lb
Flat Rate ☐

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483798 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue Ste 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code    10007    Scheduled Delivery Date (MM/DD/YY) 5.11.18    Postage $ 26.70
Date Accepted (MM/DD/YY) 5.10.18    Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON    Insurance Fee $    COD Fee $
Time Accepted 5.03 ☐ AM ☐ PM    10:30 AM Delivery Fee $    Return Receipt Fee $    Live Animal Transportation Fee $
Weight ☐ Flat Rate 2 lbs    Acceptance Employee Initials    Total Postage & Fees $ 26.70

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM    Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220 Fifth. Scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483807 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code    10007    Scheduled Delivery Date (MM/DD/YY) 5.11.18    Postage $ 26.70
Date Accepted (MM/DD/YY) 5.10.18    Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON    Insurance Fee $    COD Fee $
Time Accepted 5.01 ☐ AM ☐ PM    10:30 AM Delivery Fee $    Return Receipt Fee $    Live Animal Transportation Fee $
Weight ☐ Flat Rate 2 lbs    Acceptance Employee Initials    Total Postage & Fees $ 26.70

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM    Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220 Fifth. Scorpion
Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COP

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE ( )  212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF FLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (If applicable)**

USPS™ Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

TO: (PLEASE PRINT)                    PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220 fifth, Scorpion

Notice and Demand to Replenish and Pay

**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL EXPRESS**™

EF 167483550 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 5-11-18
Postage: 24.70
Date Accepted (MM/DD/YY): 5-10-18
Time Accepted: 5-0 □AM
Weight: lbs.

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE ( )  212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF FLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (If applicable)**

USPS™ Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

TO: (PLEASE PRINT)                    PHONE ( )

Scorpion Fitness, Inc.
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.  (C.R.) 220 fifth, Scorpion

Notice and Demand to Replenish and Pay

**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL EXPRESS**™

EF 167483577 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 5-11-18
Postage: 24.70
Date Accepted (MM/DD/YY): 5-10-18
Time Accepted: 5-05 □AM
Total Postage & Fees: 24.70
Weight: lbs.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  212-267-6364

MITCHELL H. KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 16748356 3 US

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.
092004

Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

**ORIGIN (POSTAL SERVICE USE ONLY)**

Orig. ZIP Code: 1000
Scheduled Delivery Date (MM/DD/YY): 5-11-18
Postage: 24b

Date Accepted (MM/DD/YY): 5-10-18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON

Time Accepted: 4:56 ☐ AM ☑ PM
Weight: 2

TO: (PLEASE PRINT)    PHONE ( )

Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 4 —

Total Postage & Fees: 24b

► For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

C.R. 220 fifth. Scorpion

Notice and Demand to Replenish and Pay

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

Notice and Demand to Replenish and Pay

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        }
                         } s.s.
COUNTY OF NEW YORK    }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On May 29, 2018, I served the within **NOTICE OF DEFAULT** upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Massimo F. D'Angelo
ADAM LEITMAN BAILEY, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF167483679US, EF167483665US, EF167483648US, EF167483722US, EF167483719US, EF167483651US, EF167483705US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Tara George

Sworn to before me this
30th day of May, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
325 Fitness Avenue Ste. 4E
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
325 Fifth Avenue Ste. 4E
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m...
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
88 Lexington Ave, Ste. 9D
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for...
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures, LLC
88 Lexington Ave, Ste. 9D
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for...
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

PS Form 3817, April 2007  PSN 7530-02-000-9065



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (If applicable)**

Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

EF 167483665 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ PO ZIP Code    ☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

Date Accepted (MM/DD/YY)    Scheduled Delivery Date (MM/DD/YY)    Postage  $

Time Accepted    ☐ AM ☐ PM    Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM    Insurance Fee  $    COD Fee  $

☐ 12 NOON    Return Receipt Fee  $    Live Animal Transportation Fee  $

Weight    ☐ Flat Rate    10:30 AM Delivery Fee  $    lbs.    ozs.

Sunday/Holiday Premium Fee  $    Total Postage & Fees  $

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

$100.00 insurance included.

Default notice

EF 167483548 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

## CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( ) 212 267 6964

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

220 6th. 11/09/19    (ASI)

### PAYMENT BY ACCOUNT (If applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

0929904

### DELIVERY OPTIONS (Customer Use Only)
- ☐ SIGNATURE REQUIRED
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Default notice

### ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code        Scheduled Delivery Date (MM/DD/YY)    Postage $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee $    COD Fee $
                            ☐ 10:30 AM ☐ 3:00 PM
                            ☐ 12 NOON

Time Accepted ☐ AM ☐ PM    10:30 AM Delivery Fee    Return Receipt Fee $    Live Animal Transportation Fee $

Weight ☐ Flat Rate    Sunday/Holiday Premium Fee $    Total Postage & Fees $
___ lb. ___ oz.

                            Acceptance Employee Initials

### DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

220 4th Scorpion            (AKM)

PAYMENT BY ACCOUNT (If applicable)
SBFP Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

Default notice

---

EF 167483722 US

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL ★ EXPRESS™

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)          Postage $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
                            ☐ 10:30 AM  ☐ 3:00 PM     $              $

Time Accepted  ☐ AM    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
               ☐ PM    $                        $                     $

Weight  ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
  lbs.   ozs.          $                             $

                       Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 212 267 4364.

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. 072004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

TO: (PLEASE PRINT)

Scorpion Fitness, Inc.
86 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

Default Notice

**PRIORITY**
**★ MAIL ★**
**EXPRESS™**

**UNITED STATES POSTAL SERVICE®**

EI 167483719 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Date Accepted (MM/DD/YY)

Time Accepted  ☐ AM  ☐ PM

Weight    ☐ Flat Rate    lbs.    ozs.

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

Scheduled Delivery Date (MM/DD/YY)

Scheduled Delivery Time  ☐ 10:30 AM  ☐ 3:00 PM  ☐ 12 NOON

Sunday/Holiday Premium Fee  $

Postage  $

Insurance Fee  $

Return Receipt Fee  $

Total Postage & Fees  $

10:30 AM Delivery Fee

Acceptance Employee Initials

COD Fee  $

Live Animal Transportation Fee  $

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996

**2-CUSTOMER COPY**

EF 16743651 US

**USPS / UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS™**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE ( ) 212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

22of 4th Scorpion    (KH)

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED (Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

☐ $100.00 insurance included.

Default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
                                                        $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
                            ☐ 10:30 AM  ☐ 3:00 PM    $              $
Time Accepted  ☐ AM  ☐ PM   ☐ 12 NOON
                            10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
                            $                        $                     $

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
___ lbs. ___ ozs.         $                            $

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  212 267 6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.    092004    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED

TO: (PLEASE PRINT)    PHONE ( )

Massimo F. D'Angelo
Adam Leitman Bailey P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)    1 0 0 0 4 -

Default notice

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

EF 167483705 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
Scheduled Delivery Date (MM/DD/YY)    Postage  $
Date Accepted (MM/DD/YY)
Scheduled Delivery Time  ☐ 10:30 AM  ☐ 3:00 PM  ☐ 12 NOON
Insurance Fee  $
Time Accepted  ☐ AM  ☐ PM
10:30 AM Delivery Fee  $
Return Receipt Fee  $
COD Fee  $
Live Animal Transportation Fee  $
Weight    lbs.    oz.
☐ Flat Rate
Sunday/Holiday Premium Fee  $
Total Postage & Fees  $
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY