## SUPPLEMENTAL NOTICE OF DEFAULT

**TO:**          Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant")
and John Shams ("Guarantor").

**PREMISES:**    All rooms/areas of a portion of the ground floor, mezzanine, and
lower level, as shown hatched on the floor plans annexed hereto
as **Exhibit 1** and incorporated by reference as if fully set forth in
length, in the building known as and located at 220 Fifth Avenue,
New York, New York 10001.

**LEASE:**       dated December 19, 2014, by and between Landlord's predecessor-
in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
tenant. Said Lease being modified by a First Lease Modification
Agreement, dated June 30, 2017.

**GUARANTY:**    dated December 22, 2014, by Guarantor, as guarantor.

**DATE OF THIS NOTICE:** October 26, 2018.

**PLEASE TAKE NOTICE** that Tenant is in default of Articles 3, 13, 17, 47(a), 47(b), 47(c),
47(d), 47(f), 53, 58, and 69 of the Lease and Article 4 of the First Lease Modification Agreement,
which provisions deal in pertinent part with Tenant's obligations: (a) to, on or before December
31, 2017, complete all of Tenant's Work in full compliance with law, and violation and lien free
and fully open for business to the public within the Premises as a fully operable physical fitness
center with reasonable, regular daily hours of operation; (b) to comply with all laws, rules, orders,
ordinances, and regulations at any time issued or in force of the Federal, State and Local
Governments, and of each and every department, bureau and official thereof; (c) to provide the
Landlord access to the Premises to examine and inspect the Premises and Tenant's Work; (d) to,
prior to undertaking any alterations, obtain all permits, approvals and certificates and deliver the
same to Landlord; (e) to obtain prior written approval from Landlord of all alterations, of
contractors retained by Tenant, and of all contractors undertaking work in the Premises on Tenant's
behalf; (f) to hire contractors that will not interfere or cause conflict with other contractors or
laborers at the building; (g) to use contractors that maintain the required insurance and furnish
evidence of said insurance for all contractors to the Landlord; (h) to undertake alterations in
compliance with plans approved by Landlord and by contractors approved by Landlord; and (i)
what actions on Tenant's part are deemed defaults under the Lease.

**PLEASE TAKE FURTHER NOTICE**, more specifically, Tenant has violated and continue to
violate the aforementioned provisions of the Lease by:

(i) failing, on or prior to December 31, 2017, to fully complete all of Tenant's Work and all other
alterations necessary or desirable for the conduct of Tenant's business within the Premises (with
all work performed in accordance with the Lease, in full compliance with law, and violation and
lien free), in all events in full compliance with the terms and provisions of the Lease and fully open
for business to the public within the demised premises as a fully operable physical fitness center
with reasonable, regular daily hours of operation;

(ii) failing to have work and/or construction undertaken in the Premises in a good and workmanlike manner, by using contractors or laborers which have interfered or caused conflict with other contractors or laborers at the building, and by failing to maintain in effect permits for work and/or construction undertaken in the Premises. A copy of the list of permits for Job No: 122665188 showing all the permits are expired is annexed hereto as **Exhibit A** and incorporated by reference as if fully set forth in length;

(iii) failing to furnish evidence of the requisite insurance for all contractors or laborers employed by Tenant in the Premises;

(iv) having work and/or construction undertaken in the Premises in violation of New York City Construction Codes resulting in the issuance of two (2) Stop Work Orders, on September 25, 2018 and October 15, 2018, and the issuance of DOB Violation Nos. 092518C0502EH and 101118CSPOBA03, a copy of which is annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length;

(v) continuing to have work and/or construction undertaken in the Premises in violation of the Stop Work Orders, without the prior written permission of the Landlord, without contractors submitted to the Landlord for approval, without permits from the NYC Department of Buildings, and without presenting proof that the contractors maintain the required insurance. Landlord has been advised of the same by four (4) contractors claiming to have done so at Tenant's behest. Letters and/or contracts signed by Tenant and received by Landlord from three (3) contractors unknown to Landlord who state they have undertaken work in the Premises at Tenant's direction in violation of the Stop Work Orders, without permits from the NYC Department of Buildings, and without presenting proof of insurance are collectively annexed hereto as **Exhibit C** and incorporated by reference as if fully set forth in length;

(vi) removing the fire stair landing door without the permission or consent of Landlord, in violation of the plans approved by the NYC Department of Buildings, without proper permits, and in violation with law, a photograph of which is annexed hereto as **Exhibit D** and incorporated by reference as if fully set forth in length;

(vii) removing the wall and fire proof self-closing doors on the plans approved by the NYC Department of Buildings, as shown on the plans annexed hereto as **Exhibit E** and incorporated by reference as if fully set forth in length, without approval from the Landlord or the NYC Department of Buildings and without permits from the NYC Department of Buildings and which has a material and adverse effect on the building, its systems and/or facilities; and

(vii) installing a two by four piece of wood to block access to the Premises and the emergency egress into and out of the Premises resulting in the issuance on 08/29/2018 of ECB Violation Nos. 35355136J and 35355135H, a copy of which is annexed hereto as **Exhibit F** and incorporated by reference as if fully set forth in length.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Articles 17 and 31 of the Lease, you are hereby required cure such defaults **on or before November 15, 2018**, that being more than

fifteen (15) days after service of this Notice upon you, and, upon Tenant's failure to so cure, the Landlord will elect to terminate Tenant's tenancy in accordance with Article 17 of the Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Articles 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, that this Notice will not serve to vitiate a certain Notice of Default, dated May 29, 2018, and served upon you, is being served upon you without prejudice to a certain Notice of Default, dated May 29, 2018, and is merely being served as a supplement of additional defaults and breaches that must be cured and which act as a separate and independent notice and basis for Tenant's ouster from the Premises in not cured in accordance with this Notice and in the event the Landlord fails to secure Tenant's ouster from the Premises pursuant to the aforementioned Notice of Default, dated May 29, 2018.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

**220 FIFTH REALTY LLC**
**[Landlord]**

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

By: Pawan Melgiri
Title: Senior Vice President & Authorized
Signatory

*Exhibit "1"*

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here:  Landlord_____  Tenant_____

LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

Please Initial Here. Landlord_____ Tenant



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "A"*

10/19/2018    Issued and Possible Permits

    

## Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

### Issued and Possible Permits

| Premises: 218 5 AVENUE MANHATTAN | Job No: 122665188 |
|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | Job Type: A2 - ALTERATION TYPE 2 |

### PERMIT INFORMATION

| NUMBER-DOC-TYPE | HISTORY | SEQ NO | FIRST ISSUE DATE | LAST ISSUE DATE | STATUS | APPLCNT |
|---|---|---|---|---|---|---|
| 122665188-01-EW OT | History | 03 | 08/16/2016 | 10/16/2017 | ISSUED | BRYANT |
| 122665188-02-EW MH | History | 03 | 08/16/2016 | 02/15/2018 | ISSUED | ALLICK |
| 122665188-02-PL | History | 02 | 08/23/2016 | 10/16/2017 | ISSUED | ANAGNOSTO |
| 122665188-03-EW OT | History | 03 | 08/16/2016 | 10/16/2017 | ISSUED | BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018

# NYC

## Buildings



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

### Permit History

| Premises: 218 5 AVENUE MANHATTAN | | | | | Job No: 122665188 | |
|---|---|---|---|---|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | | | | | Job Type: A2 - ALTERATION TYPE 2 | |

**PERMIT INFORMATION**

| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
|---|---|---|---|---|---|---|
| 122665188-03-EW | OT | 01 | 08/16/2016 | 07/28/2017 | T - ISSUED | PAUL GAMBINO |
| 122665188-03-EW | OT | 02 | 05/18/2017 | 05/01/2018 | T - ISSUED | JOSEPH ANTHONY |
| 122665188-03-EW | OT | 03 | 10/16/2017 | 05/24/2018 | T - ISSUED | PETER BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018                                                   Permit History





✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## Permit History

| Premises: 218 5 AVENUE MANHATTAN | | | | | | Job No: 122665188 |
|---|---|---|---|---|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | | | | | | Job Type: A2 - ALTERATION TYPE 2 |

| PERMIT INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
| 122665188-02-PL | | 01 | 08/23/2016 | 08/23/2017 | T - ISSUED | MARC BRESLAW |
| 122665188-02-PL | | 02 | 10/16/2017 | 10/16/2018 | T - ISSUED | JAMES ANAGNOSTOS |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018    Permit History





✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
## Permit History

| Premises: 218 5 AVENUE MANHATTAN | Job No: 122665188 |
|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | Job Type: A2 - ALTERATION TYPE 2 |

### PERMIT INFORMATION

| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
|---|---|---|---|---|---|---|
| 122665188-01-EW | OT | 01 | 08/16/2016 | 07/28/2017 | T - ISSUED | PAUL GAMBINO |
| 122665188-01-EW | OT | 02 | 05/16/2017 | 05/01/2018 | T - ISSUED | JOSEPH ANTHONY |
| 122665188-01-EW | OT | 03 | 10/16/2017 | 05/24/2018 | T - ISSUED | PETER BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

*Exhibit "B"*

10/26/2018                                              Overview for Complaint #:1492389 = RESOLVED





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## Overview for Complaint #:1492389 = RESOLVED

| Complaint at: **220 5 AVENUE** | **BIN:** 1015650 | **Borough:** MANHATTAN | **ZIP:** 10001 |
| --- | --- | --- | --- |

Re:  SAFETY COMPLIANCE INSPECTION

**Category Code:**          1Z    ENFORCEMENT WORK ORDER (DOB)
                        ENFORCEMENT WORK ORDER : INTRA-AGENCY REFERRAL

**Assigned To:**          EXECUTIVE INSPECTIONS                        **Priority:** D

**Received:**     10/11/2018                    **Block:** 828    **Lot:** 35          **Community Board:** 105
**Owner:**       DINO SON REALTY CORP

          **Last Inspection:** 10/11/2018 - - BY BADGE # 2727
               **Disposition:** 10/15/2018 - L1 - PARTIAL STOP WORK ORDER
          **DOB Violation #:**  101118CSPOBA03
          **ECB Violation #:**   35361767R
               **Comments:** ACTIVE WOTRK@GROUND FL GYM WITH INTERIOR STAIR CASE MISSING ALL
                         HAND/GUARD RAILS

### Complaint Disposition History

| # | Disposition Date | Code | Disposition | Inspection By | Date |
| --- | --- | --- | --- | --- | --- |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018    Overview for Complaint #:1490546 = RESOLVED





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings

## Overview for Complaint #:1490546 = RESOLVED

Complaint at: 220 FIFTH AVENUE          BIN: 1015650          Borough: MANHATTAN    ZIP: 10001

Re: BOROUGH COMMISSIONER HAS ISSUE STOP WORK ORDER FOR PERMIT #122662188 DUE TO CONTRACTOR WITHDRAWAL

**Category Code:**          1X    CONSTRUCTION ENFORCEMENT WORK ORDER (DOB)
ENFORCEMENT WORK ORDER : INTER-AGENCY REFERRAL

**Assigned To:**          MANHATTAN BOROUGH OFFICE                    **Priority:** D

**Received:**    09/24/2018          **Block:** 828    **Lot:** 35          **Community Board:** 105
**Owner:**       X X

**Last Inspection:** 09/25/2018 - - BY BADGE # 2669
**Disposition:** 09/25/2018 - L1 - PARTIAL STOP WORK ORDER
**DOB Violation #:** 092518C0502EH/305844
**Comments:** STOP WORK ORDER ISSUED TO APPLICATION/PERMITS #122662188, DUE TO CONTRACTOR WITHDRAWAL

### Complaint Disposition History

| # | Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/19/2018    DOB Violation Display for 092518C0502EH

    

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## DOB Violation Display for 092518C0502EH

| Premises: 218 5 AVENUE MANHATTAN | BIN: 1015650 | Block: 828 | Lot: 35 |
| --- | --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| **Issue Date:** | 09/25/2018 | **Violation Category:** | V - DOB VIOLATION - ACTIVE |
| **Violation Type:** | C - CONSTRUCTION | | |
| **Violation Number:** | 0502EH | **Device No.:** | |
| **ECB No.:** | | | |
| **Infraction Codes:** | | | |
| **Description:** | THE BOROUGH COMMISSIONER HAS ISSUED A STOP WORK ORDER FOR APPLICATION/ PERMITS # 122662188 DUE TO CONTRACTOR WITHDRAWL. STOP ALL WORK, MAKE S ITE SAFE, PROVIDE ALL REQUIRED INFORMATION TO BOROUGH COMMISSIONER'S O FFICE FORTHWITH | | |

| Disposition: | | |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| **Code:** | **Date:** | |
| **Inspector:** | | |
| **Comments:** | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

*Exhibit "C"*

September 26, 2018

Landlord
220 Fifth Avenue
New York, NY 10000

Re:    Fitness Club in cellar work

Dear Sir,

I want to advise you that I have performed carpentry work for John Shams along with a lot of other contractors in the cellar level of your building.    I performed carpentry work, removing existing work built by other contractors before me, and modifying and building new work the John wanted changed from the original plan.  I built some new framing for walls and ceilings, sheetrock, took existing new ceilings down, built new ceilings with structural supports to the underside of the slab in the reception area, built lighting track coves, installed flooring in the studio, built millwork bases for lockers.    John said he would pay in Cash.  He gave me a small amount of money at the start, but did not pay any balance of money owed, and he has not allowed me back in to get my tools.  He claims the tools have disappeared, but there are others working down there at night and weekends who have said they have seen my tools down there. These other men doing electrical, plumbing, and carpentry on the weekend are also owed money and are going to get attorneys to get paid.  He never asked us to get insurance, he just wanted us to hurry and build and not let anyone know we were down there working.  I am letting you know I will be getting an attorney or filing a lien to get the money owed to me.

I performed this work from September 10, 2018 through September 24, 2018.

Sincerely,

Matthew Breen
144 North 7th Street
Brooklyn, NY    11211
347.221.4043

October 12, 2018

Letter for:
Security desk at 220 Fifth Avenue
New York, NY 10001

I am Jamal Kazokov.  I performed tile work in the cellar at 220 Fifth Avenue from September 30 to October 4, days and nights.  I tiled the showers and set the plumbing drains.  Mr. John Shams promised to pay me cash.  He paid us nothing.  I am getting an attorney to collect my money.

Signed:

Jamaladdin Kazokov   (347) 962-4211

1245 Avenue H
Apt 1P
Brooklyn, NY  11235

7/12/18

THIS IS TO STATE THAT
MATT BRUNE WILL BE PAID
$250 PER DAY FOR THE
SCOPE OF WORK AT THIS
PROJECT

*Exhibit "D"*



*Exhibit "E"*



*Exhibit "F"*

10/19/2018                                         ECB Violation Details



# Buildings



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
## ECB Violation Details

| Premises: 218 5 AVENUE MANHATTAN | Filed At: 220 5 AVENUE , MANHATTAN , NY 10001 |
|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | Community Board: 105 |

## ECB Violation Summary                                    VIOLATION OPEN

ECB Violation Number: 35355136J

**Severity: CLASS - 1**                        **Certification Status:** NO COMPLIANCE RECORDED
**Penalty Balance Due:** $0.00                 **Hearing Status:** PENDING

## Respondent Information
**Name:**            IDDC LLC GIC #617506
**Mailing Address:**  420 E 79 ST SUITE 2A , NEW YORK , NY 10075

## Violation Details
**Violation Date:**   08/29/2018        **Violation Type:**   CONSTRUCTION
**Served Date:**      08/29/2018        **Inspection Unit:**   EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 109 | BC 3301.2,27-1009(A) | FAIL TO SAFEGUARD PERS/PROPERTY AFFECTED BY CONSTRUCTION OP |

**Specific Violation Condition(s) and Remedy:**
FAILURE TO SAFEGUARD ALL PERSONS AND PROEPRTY AFFECTED BY
CONSTRUCTIONOPERATION.NOTED:PREMISES 20 STORY COMMERCIAL BUILDING A GYM CONSTRUCTION IN
PROGRESS UNDER PERMIT #122665188 AT 1ST FLOOR AND BASEMENT LEVEL

**Issuing Inspector ID:**   2748                    **DOB Violation Number:** 10182018CERMA02
**Issued as Aggravated Level:**  NO

## Dept. of Buildings Compliance History and Events
**Certification Status:**   NO COMPLIANCE RECORDED          **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information
**Scheduled Hearing Date/Time:** 10/18/2018  8:30    **Hearing Status:**    PENDING

## ECB Penalty Information
**Penalty Imposed:**        $0.00
**Adjustments:**            $0.00          **Amount Paid:**    $0.00
**Penalty Balance Due:**    $0.00

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

10/19/2018                                    ECB Violation Details





**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## ECB Violation Details

| Premises: 218 5 AVENUE MANHATTAN | Filed At: 220 5 AVENUE , MANHATTAN , NY 10001 |
|---|---|
| BIN: 1015650  Block: 828  Lot: 35 | Community Board: 105 |

## ECB Violation Summary                                    **VIOLATION OPEN**

ECB Violation Number: 35355135H

**Severity: CLASS - 1**                    Certification Status: NO COMPLIANCE RECORDED
Penalty Balance Due: $0.00                 Hearing Status: PENDING

## Respondent Information
**Name:**                DINO SON REALTY CORP
**Mailing Address:**     156 WILLIAMS AT 10TH FL , NY , NY 10038

## Violation Details
| **Violation Date:** | 08/29/2018 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 08/29/2018 | **Inspection Unit:** | EMERGENCY RESPONSE TEAM (ERT) |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 127 | 27-369,BC 1020.2 | FAIL TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY |

**Specific Violation Condition(s) and Remedy:**
FAILURE TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY.NTOED:PREMISES 20 STORY MASONRY COMMERCIAL BUILDING.AT THE TIME OF INSPECTION I OBSERVED EMERGENCY EXIT FROM BELGIAN CAFE KITCHEN TO STREET LEVEL THROUGH UNDER CO

**Issuing Inspector ID:**     2748                    **DOB Violation Number:** 10182018CCER01
**Issued as Aggravated Level:**  NO

## Dept. of Buildings Compliance History and Events
**Certification Status:**     NO COMPLIANCE RECORDED                **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information
**Scheduled Hearing Date/Time:**  10/18/2018  8:30    **Hearing Status:**    PENDING

## ECB Penalty Information
**Penalty Imposed:**     $0.00
**Adjustments:**         $0.00          **Amount Paid:**     $0.00
**Penalty Balance Due:** $0.00

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       } s.s.
COUNTY OF NEW YORK }

I, Raven Kerr, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Brooklyn, New York.

On October 26, 2018, I served the within ***SUPPLEMENTAL NOTICE OF DEFAULT*** upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| John Shams<br>220 Fifth Avenue<br>New York, New York 10001 | John Shams<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | John Shams<br>88 Lexington Ave., Ste. 41E<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Massimo F. D'Angelo<br>ADAM LEITMAN BAILEY, P.C.<br>One Battery Park Plaza, Eighteenth Floor<br>New York, New York 10004 |

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728075US, EF139728089US, EF139728092US, EF139728101US, EF139728035US, EF139728614US, EF139728605US, EF139728628US, EF139728591US, EF139728588US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Sworn to before me this
____ day of October, 2018

_____
Notary Public

_____
Raven Kerr

ANDRENEE BOOTHE
Notary Public, State of New York
No. 01BO6112402
Qualified in Kings County
Commission Expires 07/06/20__







**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41H
New York, New York 11001

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
88 Lexington Ave Str. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
88 Lexington Ave. Ste. 9D
New York, New York

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: John Shams
325 Fifth Avenue Ste. 41H
New York, New York

PS Form 3817, April 2007 PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
John Shams
88 Lexington Ave., Ste. D
New York, New York 10017

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861481
10007



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Fl.
New York, New York 10004

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

EF 139728588 US

**PRIORITY MAIL EXPRESS**

**UNITED STATES POSTAL SERVICE**

$20 off fifth scorpion          (ASI)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. 092004     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental Default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   Military   ☐ DPO

PO ZIP Code     Scheduled Delivery Date (MM/DD/YY)

Date Accepted (MM/DD/YY)   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON   Insurance Fee   COD Fee

Time Accepted ☐ AM ☐ PM   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee

Weight ☐ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees

lbs. ozs.   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

EF 139728591 US

**PRIORITY MAIL EXPRESS**

**UNITED STATES POSTAL SERVICE**

220 Fifth Scorpion          (ASI)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. 092004     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   Military   ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage

Date Accepted (MM/DD/YY)   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON   Insurance Fee   COD Fee

Time Accepted ☐ AM ☐ PM   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee

Weight ☐ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees

lbs. ozs.   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY (REVERSE)

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth S(or)(on)          (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct.
092004

EF 139728628 US

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE®

OCT 26 2018

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

John Shams
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage $

Date Accepted (MM/DD/YY)   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON   Insurance Fee $   COD Fee $

Time Accepted ☐ AM ☐ PM   10:30 AM Delivery Fee $   Return Receipt Fee $   Live Animal Transportation Fee $

Weight ___ lbs ___ ozs.   ☐ Flat Rate   Sunday/Holiday Premium Fee $   Total Postage & Fees $

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015          PSN 7690-02-000-9996          2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth S(or)(on)          (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct.
092004

EF 139728605 US

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE®

OCT 26 2018

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

Scorpion Fitness, Inc
325 Fifth Avenue Ste #41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage $

Date Accepted (MM/DD/YY)   Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON   Insurance Fee $   COD Fee $

Time Accepted ☐ AM ☐ PM   10:30 AM Delivery Fee $   Return Receipt Fee $   Live Animal Transportation Fee $

Weight ___ lbs ___ ozs.   ☐ Flat Rate   Sunday/Holiday Premium Fee $   Total Postage & Fees $

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015          PSN 7690-02-000-9996          2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion (Acm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.  092004   Federal Agency Acct. No. or Postal Service™ Acct.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)   1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

EF 139728614 US

OCT 26 2018

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion (Acm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.  092004   Federal Agency Acct. No. or Postal Service™ Acct.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)   1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

EF 139728035 US

OCT 26 2018

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9998   2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion (ASm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. 092004
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Supplemental default notice

**PRIORITY MAIL EXPRESS™**

EF 139728101 US

UNITED STATES POSTAL SERVICE®

OCT 26 2018

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code
Scheduled Delivery Date (MM/DD/YY)
Postage $
Date Accepted (MM/DD/YY)
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee $
COD Fee $
Time Accepted ☐ AM ☐ PM
10:30 AM Delivery Fee $
Return Receipt Fee $
Live Animal Transportation Fee $
Weight ☐ Flat Rate
Sunday/Holiday Premium Fee $
Total Postage & Fees $
lbs. ozs.
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Employee Signature

LABEL 11-F, SEPTEMBER 2015 PSN 7690-02-000-9998 2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion (ASm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. 092004
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

220 Fifth Scorpion Supplemental default notice

**PRIORITY MAIL EXPRESS™**

EF 139728092 US

UNITED STATES POSTAL SERVICE®

OCT 26

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code
Scheduled Delivery Date (MM/DD/YY)
Postage $
Date Accepted (MM/DD/YY)
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee $
COD Fee $
Time Accepted ☐ AM ☐ PM
10:30 AM Delivery Fee $
Return Receipt Fee $
Live Animal Transportation Fee $
Weight ☐ Flat Rate
Sunday/Holiday Premium Fee $
Total Postage & Fees $
lbs. ozs.
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Employee Signature

LABEL 11-F, SEPTEMBER 2015 PSN 7690-02-000-9998 2-CUSTOMER COPY

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Option (Atm)

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )
John Shams
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

supplemental default notice

EF 139728089 US

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

OCT 26 2018

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage $
Date Accepted (MM/DD/YY)  Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON  Insurance Fee $  COD Fee $
Time Accepted ☐ AM ☐ PM  10:30 AM Delivery Fee $  Return Receipt Fee $  Live Animal Transportation Fee $
Weight ☐ Flat Rate  Sunday/Holiday Premium Fee $  Total Postage & Fees $
___ lb ___ ozs  Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-F, SEPTEMBER 2015  PSN 7690-02-000-9996  2-CUSTOMER COPY

---

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Option (Atm)

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

supplemental default notice

EF 139728075 US

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

OCT 26 2018

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage $
Date Accepted (MM/DD/YY)  Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON  Insurance Fee $  COD Fee $
Time Accepted ☐ AM ☐ PM  10:30 AM Delivery Fee $  Return Receipt Fee $  Live Animal Transportation Fee $
Weight ☐ Flat Rate  Sunday/Holiday Premium Fee $  Total Postage & Fees $
___ lb ___ ozs  Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-F, SEPTEMBER 2015  PSN 7690-02-000-9996  2-CUSTOMER COPY