## NOTICE TO DISCHARGE MECHANIC'S LIEN

**TO**: Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES**: All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit A** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

**LEASE**: dated December 19, 2014, by and between Landlord's predecessor-in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE**: March 20, 2019.

**PLEASE TAKE NOTICE**, (a) on July 31, 2018 a Mechanic's Lien was filed against the Premises, or the building of which the same forms a part, for work claimed to have been done for or materials furnished to Tenant, a certified copy of which is annexed hereto as **Exhibit B**; (b) on January 18, 2019 a Mechanic's Lien was filed against the Premises, or the building of which the same forms a part, for work claimed to have been done for or materials furnished to Tenant, a certified copy of which is annexed hereto as **Exhibit C**; (b) on March 18, 2019 a Mechanic's Lien was filed against the Premises, or the building of which the same forms a part, for work claimed to have been done for or materials furnished to Tenant, a certified copy of which is annexed hereto as **Exhibit D**; (b) on March 19, 2019 a Mechanic's Lien was filed against the Premises, or the building of which the same forms a part, for work claimed to have been done for or materials furnished to Tenant, a certified copy of which is annexed hereto as **Exhibit E**. Each of the foregoing is incorporated by reference as if fully set forth in length. In accordance with Articles 3 and 47A(D) of the Lease, you are required, **on or before April 22, 2019**, that being more than thirty (30) days after service of this Notice upon you, to have the foregoing Mechanic's Liens discharged, at Tenant's expense, by payment or filing a bond as permitted by law.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Articles 17 and 27 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Articles 4, 19, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
[Landlord]

By: Matthew Lembo
Title: Vice President and Authorized Signatory

*Exhibit "A"*

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



220 5TH AVENUE, NEW YORK, NY - GROUND FLOOR PREMISES

23

Please Initial Here. Landlord_____ Tenant

LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

24

Please Initial Here, Landlord_____ Tenant_____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25
Please Initial Here: Landlord_____ Tenant

*Exhibit "B"*

No. 915123

## Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on March 20, 2019 I have compared

the document attached hereto,

IDDC LLC V STELLAR MANAGEMENT ET AL AND SCORPION FITNESS INC
BLOCK 828 LOT 35 FILED JULY 31ST 2018 page(s) 5

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

Recording Requested by IDDC, LLC
Please Return To the IDDC, LLC
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343
Refernce ID: 1460409

SPACE ABOVE FOR RECORDER'S USE

# NOTICE UNDER MECHANIC'S LIEN LAW FOR ACCOUNT OF PRIVATE IMPROVEMENT

TO THE CLERK OF THE COUNTY OF New York County, STATE OF NEW YORK, AND TO ALL OTHERS WHOM IT MAY CONCERN:

**Lienor**
IDDC, LLC
420 East 79th Street, Suite 2A
New York, New York 10075
917-478-3658

Company is a: Limited Liability Company (LLC)

If a corporation formed outside New York, the company's principal address in New York is:

If a Partnership, the names of the Partners are:

**Property Owner**

Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038

Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234

220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038

**Tenant**
Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
Not Found, New York 10016

**Services:** The lien is claimed for the following labor, services, equipment or materials:

Furnished and installed labor and materials for the interior renovation of ground floor and cellar including demolition and construction of walls, ceilings, flooring, insulation, metals, masonry, carpentry, doors, frames, hardware, HVAC systems and equipment, pluming piping and fixtures, electrical systems wiring and equipment, sprinkler systems and piping, fire alarm systems wiring and equipment and detailed finishes such as tile, plaster, paint and woodwork.

Property Liened (**"Property"**)

State of New York
County: New York County

220 Fifth Avenue
New York, New York 10001

Legal Property Description:
Town of: Manhattan  Parcel (BBL):    1-828-35

**Agreed Price for Services:** $882,379.20

**Amount Unpaid For Services and Total Amount For Which Lien Is Filed:**
$375,205.55

**First Date** Services Furnished:  September 04, 2017

Upon information and belief the listed property
owner owns 100% of the Property in fee simple    **Last Date** Services Furnished:  July 23, 2018
unless otherwise described herein.

**Hiring Party**
Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
Not Found, New York 10016

**NOTICE IS HEREBY GIVEN** that Lienor, undersigned, has and claims a mechanic's lien pursuant to the Lien Law of the State of New York, on the real property above-described and identified as the Property.

The name and identity of the lienor is above-indicated as the Lienor. The name of the owner of the Property against whose interests therein Lienor claims a lien is above-identified as the Property Owner, and his interest therein, so far as is known to the lienor is the sole owner of the Property, unless multiple Property Owners are above-listed, in which case these are the owners of the property together or in the alternative, so far as is known to the lienor.

The name and identity of the party with whom the contract was made by Lienor and pursuant to which the labor was performed and the materials were furnished is above-identified as the Hiring Party. The contract made between the Lienor and the Hiring Party provided that the above-described Services were to be furnished to the Property.

The agreed price for the Services is above-identified as the Agreed Price for Services. After consideration of all offsets, adjustments, additions or deletions to the work, and just credits, the amount unpaid to the Lienor and now due and owing is above-identified as the Unpaid Amount.

The statements and matters within this notice Under Mechanic's Lien Law for Account of Private Improvement are alleged upon information and belief

State Of: _Louisiana_
County Of: _Orleans_

**Notary:** On the date indicated hereon, Evan Ruda, agent for Lienor, personally came and appeared before me and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing notice under mechanic's lien law for account of private improvement and knows the contents thereof, and that as the appointed agent for the Lienor the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

Sworn to and subscribed before me, Notary Public, on the below date:

Signed:

_____
Notary Public
Date: July 27, 2018

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, upon information and belief believe them to be true.

Name of Claimant:
IDDC, LLC

Signed:

_____
Claimant, by Authorized and Disclosed Agent
Print Name: Evan Ruda
Date: July 27, 2018





New York County Clerk's Office
Paym 608493 07/31/2018 3:08
Cashier TLTRAINER Register #

Tr.795344          $30.0
Mechanics Lien -----------31119
RM 109B MECHANIC LIEN #1735, AFF
        DAVIT OF SERVICE #165

Tr.795345          $5.0
Affidavit of Service -----------31119
RM 109B MECHANIC LIEN #1735, AFF
        DAVIT OF SERVICE #1

Total:          $35.

Check          $35.



337

001735
FILED
COUNTY CLERK
N.Y. COUNTY

2018 JUL 31 PM 3:07



DOCKETED BY

Affidavit of Delivery

Delivery on behalf of:  IDDC, LLC
Re:  *220 Fifth Avenue, New York, New York 10001*
Item Delivered:  Mechanics Lien

I, Evan Ruda, declare that I am over 18 years of age, and that on July 27, 2018, I delivered copies
of above-referenced item to the following parties, and through the following methods:

**Property Owner / Public Entity**, Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038
**By**: US Certified Mail, **No.** 7017 2620 0000 7980 9574 **at** July 27, 2018

**Property Owner / Public Entity**, Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234
**By**: US Certified Mail, **No.** 7017 2620 0000 7980 9604 **at** July 27, 2018

**Property Owner / Public Entity**, 220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038
**By**: US Certified Mail, **No.** 7017 2620 0000 7975 4041 **at** July 27, 2018

**Tenant**, Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
Not Found, New York 10016
**By**: US Certified Mail, **No.** 7017 2620 0000 7980 9598 **at** July 27, 2018

**Lender**, Excelsior Growth Fund
50 Beaver Street, 5th Floor
Albany, NY 12207
**By**: US Certified Mail, **No.** 7017 2620 0000 7980 9581 **at** July 27, 2018

I swear to and declare under penalty of perjury
that the foregoing is true and correct.

Signature: _____

Sworn to and subscribed, on July 27, 2018,
before me, Notary Public

_____
Notary Public



*Exhibit "C"*

No. 915002

# Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on March 20, 2019 I have compared

the document attached hereto,

KUNDIG CONTRACTING INC V. DINO & SONS REALTY CORP AND ALTUM
FITNESS FILED JANUARY 18TH, 2019 UNDER BLOCK 828 LOT 35 page(s) 4

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Milton Adair Tingling*

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

NO DISCHARGE MECHANICS LIENS UNDER LIEN LAW

 ORIGIN

To the Clerk of the County of   New York   and all others whom it may concern:

## Please Take Notice, that         Kundig Contracting Inc.

as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are Kundig Contracting Inc.
        2201-P Fifth Avenue
        Ronkonkoma ,  NY    11779


being a Corporation  Duly organized and existing under and by virtue of the laws of the State of New York

(2) The owner of the real property is Dino & Sons Realty Corp.
    and the interest of the owner as far as known to the lienor(s) is Fee Simple

(3) The name of the party by whom the lienor(s) was (were) employed is:
        Altum Fitness

The name of the party to whom the lienor(s) furnished or is (are) to furnish materials or for whom
the lienor(s) performed or is (are) to perform professional services is:
        Altum Fitness

(4) The labor performed and    Supplied and Installed Millwork, Wall Panels, Display Window, Etc.
    material furnished were

<u>Block</u>:
828

<u>Lot</u>:
35         The materials actually manufactured for but not delivered to the real property are N/A

The agreed price and value of the labor
performed and value of the material furnished is        $26,250.00
The agreed price and value of the material actually mfd. for but not delivered to the real prop. is
The agreed fee for professional services is

                                        Total agreed price and value $26,250.00

(5) The amount unpaid to the lienor(s) for said labor
    performed and said material furnished is          $12,915.00
    The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is

                                        Total amount unpaid  $12,915.00

The total amount claimed for which this lien is filed is    $12,915.00
(6) The time when the first item of work was performed was    9/13/2018
    The time when the first item of material was furnished was    9/13/2018
    The time when the last item of work was performed was    10/4/2018
    The time when the last item of material was furnished was    10/4/2018

(7) The property subject to the lien is situated in   New York, County of  New York , State of New York
            Known as:    220 Fifth Avenue "Altum Fitness"
            New York ,  NY

    That said labor and materials were performed and furnished for and used, and that the professional services rendered were
used, in the improvement of the real property hereinbefore described.

Dated  January 18, 2019

                Mark Nash , as Agent of
                Kundig Contracting Inc.
                For Filing Purposes Only

ORIGINA...

STATE OF NEW YORK, COUNTY OF                                             INDIVIDUAL OR PARTNER

being duly sworn, says

that deponent is of the co-partnership named in the within notice of lien and the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

STATE OF NEW YORK, COUNTY OF  New York                                   CORPORATION

Mark Nash  being duly sworn, says

that deponent is the  Agent  of  Kundig Contracting Inc.

herein, that deponent has read the foregoing notice of lien and the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer,

to wit, the  Agent  of  Kundig Contracting Inc.

which is a  Domestic  corporation, and deponent is familiar with circumstances herein based upon information provided.

**Mark Nash , as Agent of**
**Kundig Contracting Inc.**
**For Filing Purposes Only**

State of  New York

County of  Nassau

On the  18  day of  January  in the year  2019 , before me, the undersigned, a Notary Public in and for said

State, personally appeared  Mark Nash, Agent   personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which individual acted, executed the instrument.

Signature of Notary Public

ZACHARY NASH
Notary Public, State of New York
Registration #01NA6304347
Qualified In Nassau County
Commission Expires May 27, 2022



000136

FILED
COUNTY CLERK
N.Y. COUNTY
2019 MAR 18 AM 9:54

DOCKETED BY

New York County Clerk's Office
Payw 677139 01/18/2019 10:02a
Cashier CWTHOMAS Register # 3

Tr.822455 $5.00x5                                    $25.00
Affidavit of Service --------------------------
1139' - MECH LIENS & 134-138, AFF OF SER
1098- MECH LIENS & 134-138, SPEEDY LIEN
& 135-139, SPEEDY LIEN

Tr.822454 $30.00x5                                  $150.00
Mechanics Lien --------------------------------
1195                                   
1098- MECH LIENS & 134-138, AFF OF SER
& 135-139, SPEEDY LIEN

Total:                                             $175.00

Check                                              $175.00

# Affidavit of Service by Certified Mail

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and on 1/18/2019   the undersigned served the within Notice of Lien on

*ORIGINAL*

Dino & Sons Realty Corp.
1590 Troy Avenue
Brooklyn , NY 11234

Altum Fitness
Att: John Sham
220 Fifth Avenue
New York, NY 10016

Dino & Sons Realty Corp.
c/o Stellar Management          10FL
156 William Street    Att: Adam Roman
New York, NY  10038

#12,915.00

*Premises known as:*
220 Fifth Avenue "Altum Fitness"
New York, NY
*Block:*   828
*Lot:*    35

FILED
COUNTY CLERK
N.Y. COUNTY
2019 JAN 18 AM 9: 54

A00137

by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United State Postal Service in New York State.

**Mark Nash**

State of New York

County of  Nassau

On the  18  day of  January  in the year  2019 , before me, the undersigned, a Notary Public in and for said State, personally appeared  Mark Nash  personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which individual acted, executed the instrument.

Signature of Notary Public

ZACHARY NASH
Notary Public State of New York
Registration #01NA6334347
Qualified In Nassau County

*Exhibit "D"*

No. 915016

## Certification

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on March 20, 2019 I have compared

the document attached hereto,

IDDC LLC V STELLAR MANAGEMENT ET AL AND SCORPION FITNESS FILED MARCH 18TH, 2019 UNDER BLOCK 828 LOT 35 page(s) 5

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

Recording Requested by IDDC, LLC
Please Return To the IDDC, LLC
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Refernce ID: 2227158

SPACE ABOVE FOR RECORDER'S USE

# NOTICE UNDER MECHANIC'S LIEN LAW FOR ACCOUNT OF PRIVATE IMPROVEMENT

TO THE CLERK OF THE COUNTY OF New York County, STATE OF NEW YORK,
AND TO ALL OTHERS WHOM IT MAY CONCERN:

**Lienor**
IDDC, LLC
420 East 79th  Street, Suite 2A
New York, New York 10075
917-478-3658

Company is a: Limited Liability Company (LLC)

If a corporation formed outside New York, the company's principal address in New York is:

If a Partnership, the names of the Partners are:

**Property Owner**
Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038

Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234

220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038

DINO & SONS REALTY CORP.
C/O: LEO V. LEYVA, ESQ., C/O COLE SCHOTZ
P.C. 1325 AVENUE OF THE AMERICAS 19TH FLOOR
New York, New York 10019

**Tenant**

**Services:**  The lien is claimed for the following labor, services, equipment or materials:

Furnished and installed  labor and materials for the interior renovation of ground floor and cellar including demolition and construction of  walls, ceilings, flooring, insulation, metals, masonry, carpentry, doors, frames, hardware, HVAC systems and equipment, pluming piping and fixtures, electrical systems wiring and equipment, sprinkler systems and piping, fire alarm systems wiring and equipment and detailed finishes such as tile, plaster, paint and woodwork.

Property Liened (**"Property"**)
State of New York
County:  New York County

220 Fifth Avenue
New York, New York 10001

Legal Property Description:
Town of: Manhattan  MANHATTAN, Block:828, Lot:35

**Agreed Price for Services:**  $882,089.00

**Amount Unpaid For Services and Total Amount For Which Lien Is Filed:**
$374,915.33

**First Date** Services Furnished:  September 04, 2017

Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
New York, New York 10016
Upon information and belief the listed property
owner owns 100% of the Property in fee simple
unless otherwise described herein.

**Last Date** Services Furnished:  August 03, 2018

**Hiring Party**
Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
New York, New York 10016

**NOTICE IS HEREBY GIVEN** that Lienor, undersigned, has and claims a mechanic's lien pursuant to the Lien Law of the State of New York, on the real property above-described and identified as the Property.

The name and identity of the lienor is above-indicated as the Lienor. The name of the owner of the Property against whose interests therein Lienor claims a lien is above-identified as the Property Owner, and his interest therein, so far as is known to the lienor is the sole owner of the Property, unless multiple Property Owners are above-listed, in which case these are the owners of the property together or in the alternative, so far as is known to the lienor.

The name and identity of the party with whom the contract was made by Lienor and pursuant to which the labor was performed and the materials were furnished is above-identified as the Hiring Party. The contract made between the Lienor and the Hiring Party provided that the above-described Services were to be furnished to the Property.

The agreed price for the Services is above-identified as the Agreed Price for Services. After consideration of all offsets, adjustments, additions or deletions to the work, and just credits, the amount unpaid to the Lienor and now due and owing is above-identified as the Unpaid Amount.

The statements and matters within this notice Under Mechanic's Lien Law for Account of Private Improvement are alleged upon information and belief

State Of: Louisiana

County Of: Orleans

**Notary:** On the date indicated hereon, Justin Gitelman, agent for Lienor, personally came and appeared before me and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing notice under mechanic's lien law for account of private improvement and knows the contents thereof, and that as the appointed agent for the Lienor the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, upon information and belief believe them to be true.

Name of Claimant:
IDDC, LLC

Signed:



Claimant, by Authorized and Disclosed Agent
Print Name: Justin Gitelman

Sworn to and subscribed before me, Notary Public, on Date: March 12, 2019
the below date:

Signed:

Notary Public
Date: March 12, 2019



000592

FILED
COUNTY CLERK
N.Y. COUNTY

2019 MAR 18  PM 12: 47

155



DOCKETED BY

New York County Clerk's Office
Paym 701076 03/18/2019 1:39p
Cashier ORICHARD Register # 8

Tr.913531                    $30.00
Mechanics Lien ------------------------31
1195
RM 109B FILING MECHANICS LIEN #592 & AFFIDA
VIT #564 FOR  EXPRESS LIEN SEE SHANICE

Tr.913530                    $5.00
Affidavit of Service --------------------3
11339
RM 109B FILING MECHANICS LIEN #592 & AFFIDA
VIT #564 FOR  EXPRESS LIEN SEE SHANICE

Total:                       $35.00

Check                        $35.00

Affidavit of Delivery

Delivery on behalf of: IDDC, LLC
Re: *220 Fifth Avenue, New York, New York 10001*
Item Delivered: Mechanics Lien

I, Justin Gitelman, declare that I am over 18 years of age, and that on March 12, 2019, I delivered copies of above-referenced item to the following parties, and through the following methods:

**Property Owner / Public Entity**, Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038
**By**: US Certified Mail, **No.** 70181130000132334382 **at** March 12, 2019

*(handwritten: Block 828 Lot 35)*

**Property Owner / Public Entity**, Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234
**By**: US Certified Mail, **No.** 70181130000132334399 **at** March 12, 2019

*(handwritten: 374,915,33)*

**Property Owner / Public Entity**, 220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038
**By**: US Certified Mail, **No.** 70181130000132334382 **at** March 12, 2019

**Property Owner / Public Entity**, DINO & SONS REALTY CORP.
C/O: LEO V. LEYVA, ESQ., C/O COLE SCHOTZ P.C. 1325 AVENUE OF THE AMERICAS 19TH FLOOR
New York, New York 10019
**By**: US Certified Mail, **No.** 70181130000132334405 **at** March 12, 2019

**Tenant**, Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
New York, New York 10016
**By**: US Certified Mail, **No.** 70181130000132334412 **at** March 12, 2019

**Lender**, Excelsior Growth Fund
50 Beaver Street, 5th Floor
Albany, NY 12207
**By**: US Certified Mail, **No.** 70181130000132334429 **at** March 12, 2019

*(stamp: 2019 MAR 13 PM 12:48 FILED COUNTY CLERK N.Y. COUNTY AQ0564)*

*(notary seal: ETHAN LOBO - #153500 NOTARY PUBLIC MY COMMISSION IS FOR LIFE ORLEANS PARISH, LA)*

I swear to and declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

Sworn to and subscribed, on March 12, 2019, before me, Notary Public.

_____
Notary Public

*Exhibit "E"*

No. 914988

## Certification

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on March 20, 2019 I have compared

the document attached hereto,

**ALL PURPOSE ELECTRIC CORP; N&K PLUMBING AND HEATING CORP; SHEFF HVAC INC V. STELLAR MANAGEMENT ET AL BLOCK 828 LOT 35 FILED MARCH 19TH, 2019 page(s) 4**

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK



Recording Requested by All Purpose Electric
Corp., N&K Plumbing and Heating Corp., Sheff
HVAC Inc.
Please Return To the All Purpose Electric Corp.,
N&K Plumbing and Heating Corp., Sheff HVAC
Inc.
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Refernce ID: 2227213

SPACE ABOVE FOR RECORDER'S USE

# NOTICE UNDER MECHANIC'S LIEN LAW FOR ACCOUNT OF PRIVATE IMPROVEMENT

TO THE CLERK OF THE COUNTY OF New York County, STATE OF NEW YORK,
AND TO ALL OTHERS WHOM IT MAY CONCERN:

**Lienor**
All Purpose Electric Corp., N&K Plumbing and
Heating Corp., Sheff HVAC Inc.
24-63 46th Street
Astoria, New York 11103
917-478-3658

Company is a: Partnership

If a corporation formed outside New York, the
company's principal address in New York is:

If a Partnership, the names of the Partners are: All
Purpose Electric Corp., N&K Plumbing and
Heating Corp., Sheff HVAC Inc.

**Property Owner**
Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038

Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234

220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038

**Services:** The lien is claimed for the following
labor, services, equipment or materials:

Furnish labor, equipment and materials for
Sprinkler, Plumbing, Electrical and HVAC systems
for the tenant renovation of an existing open
space into a fitness center.

Property Liened (**"Property"**)
State of New York
County:  New York County

220 Fifth Avenue
New York, New York 10001

Legal Property Description:
Town of: Manhattan  MANHATTAN, Block:828,
Lot:35

**Agreed Price for Services:**  $467,338.00

**Amount Unpaid For Services and Total
Amount For Which Lien Is Filed:**
$190,000.00

**First Date** Services Furnished:  September 04,
2017

**Last Date** Services Furnished:  August 03, 2018

DINO & SONS REALTY CORP.
C/O: LEO V. LEYVA, ESQ., C/O COLE SCHOTZ
P.C. 1325 AVENUE OF THE AMERICAS 19TH
FLOOR
New York, New York 10019
Upon information and belief the listed property
owner owns 100% of the Property in fee simple
unless otherwise described herein.

**Hiring Party**
Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
New York, New York 10016

**NOTICE IS HEREBY GIVEN** that Lienor, undersigned, has and claims a mechanic's lien pursuant to the Lien Law of the State of New York, on the real property above-described and identified as the Property.

The name and identity of the lienor is above-indicated as the Lienor. The name of the owner of the Property against whose interests therein Lienor claims a lien is above-identified as the Property Owner, and his interest therein, so far as is known to the lienor is the sole owner of the Property, unless multiple Property Owners are above-listed, in which case these are the owners of the property together or in the alternative, so far as is known to the lienor.

The name and identity of the party with whom the contract was made by Lienor and pursuant to which the labor was performed and the materials were furnished is above-identified as the Hiring Party.  The contract made between the Lienor and the Hiring Party provided that the above-described Services were to be furnished to the Property.

The agreed price for the Services is above-identified as the Agreed Price for Services. After consideration of all offsets, adjustments, additions or deletions to the work, and just credits, the amount unpaid to the Lienor and now due and owing is above-identified as the Unpaid Amount.

The statements and matters within this notice Under Mechanic's Lien Law for Account of Private Improvement are alleged upon information and belief

State Of: Louisiana

County Of: Orleans

**Notary:** On the date indicated hereon, Justin Gitelman, agent for Lienor, personally came and appeared before me and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing notice under mechanic's lien law for account of private improvement and knows the contents thereof, and that as the appointed agent for the Lienor the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

Sworn to and subscribed before me, Notary Public, on the below date:

Signed:

Notary Public
Date:  March 14, 2019

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, upon information and belief believe them to be true.

Name of Claimant:
All Purpose Electric Corp., N&K Plumbing and Heating Corp., Sheff HVAC Inc.

Signed:

Claimant, by Authorized and Disclosed Agent
Print Name:  Justin Gitelman
Date:  March 14, 2019



### Affidavit of Delivery

Delivery on behalf of:  All Purpose Electric Corp., N&K Plumbing and Heating Corp., Sheff HVAC Inc.
Re:  *220 Fifth Avenue, New York, New York 10001*
Item Delivered:  Mechanics Lien

I, Justin Gitelman, declare that I am over 18 years of age, and that on March 14, 2019, I delivered copies of above-referenced item to the following parties, and through the following methods:

**Property Owner / Public Entity**, Stellar Management
156 Williams Street, 10th Floor
New York, NY 10038
**By**: US Certified Mail, **No.** 70181130000132334498 **at** March 14, 2019

**Property Owner / Public Entity**, Dino & Sons Realty Corp.
1590 Troy Ave
Brooklyn, New York 11234
**By**: US Certified Mail, **No.** 70181130000132334504 **at** March 14, 2019

**Property Owner / Public Entity**, 220 Fifth Avenue Holder LLC
C/O Stellar Management, 156 William St. 10th Flr
New York, New York 10038
**By**: US Certified Mail, **No.** 70181130000132334498 **at** March 14, 2019

**Property Owner / Public Entity**, DINO & SONS REALTY CORP.
C/O: LEO V. LEYVA, ESQ., C/O COLE SCHOTZ P.C. 1325 AVENUE OF THE AMERICAS 19TH FLOOR
New York, New York 10019
**By**: US Certified Mail, **No.** 70181130000132334511 **at** March 14, 2019

**Other**, Mr. John Shams - Scorpion Fitness Inc.
325 Fifth Avenue, Suite 41E
New York, New York 10016
**By**: US Certified Mail, **No.** 70181130000132334528 **at** March 14, 2019

**Lender**, Excelsior Growth Fund
50 Beaver Street, 5th Floor
Albany, NY 12207
**By**: US Certified Mail, **No.** 70181130000132334535 **at** March 14, 2019

I swear to and declare under penalty of perjury that the foregoing is true and correct.

Sworn to and subscribed, on March 14, 2019, before me, Notary Public.

Signature: _____

Notary Public _____

B 828  L 35   $190,000.00

A/S 572

New York County Clerk's Office
Paym 701900 03/19/2019 3:02p
Cashier CMTHOMAS Register # 7

Tr:914604
Affidavit of Service --------- $5.00
11339  RM109B MECHANIC LIEN  599  AFFIDAVIT OF SER
VICE 572  ZLIEN (SHANICE)

Tr:914603
Mechanics Lien ---------$30.00
11195  RM109B MECHANIC LIEN  599  AFFIDAVIT OF SER
VICE 572  ZLIEN (SHANICE)

Total:                              $35.00

:Check                              $35.00

000599

FILED
COUNTY CLERK
N.Y. COUNTY

2019 MAR 19  PM 2:58

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                             } s.s.

COUNTY OF NEW YORK     }

I, Tara George, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On March 21, 2019, I served the within **_NOTICE TO DISCHARGE MECHANIC'S LIEN_** upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

John Shams
220 Fifth Avenue,
New York, New York 10001

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139729416US, EF139729402US, EF139729393US, EF139729464US, EF139729455US, EF139729447US, EF139729495US, EF139729433US, EF139729504US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Tara George

Sworn to before me this
____ day of March, 2019.

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 20



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B50093.17

MAR 21 2019
CHURCH STREET STATION
NEW YORK NY 10007

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: John Shams
220 Fifth Avenue
New York, New York 10001

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B50093.22

MAR 21 2019
CHURCH STREET STATION
NY NY 10007

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B50093.21

MAR 21 2019
CHURCH STREET STATION
NEW YORK NY 10007

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
225 Fifth Avenue, Ste. 4E
New York, New York 10016

PS Form **3817**, April 2007 PSN 7530-02-000-9065

$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
B50093.23

MAR 21 2019
CHURCH STREET STATION
NY 10007





**United States Postal Service**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
John Shams
825 Fifth Avenue, Ste. 41E
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

US POSTAGE
FIRST-CLASS
$1.45 0
062S0007861483
10007

CHURCH STREET STATION
MAR 21 2019
NEW YORK NY 10007

---



**United States Postal Service**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
John Shams
88 Lexington Ave, Ste. 9D
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

US POSTAGE
FIRST-CLASS
$1.45 0
062S0007861483
10007

CHURCH STREET STATION
MAR 21 2019
NEW YORK NY 10007

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 n fth.s(orpin)    (ASA)

EF 139729416 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY ★ MAIL ★ EXPRESS™**

CHURCH STREET STATION
MAR 21 2019
YORK NY 10007

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
220 n fth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 - 

■ **For pickup or USPS Tracking™,** visit USPS.com or call 800-222-1811.
■ **$100.00 insurance included.**    3rd notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
10007    3/22/19    $25.50

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/21/19    ☐ 10:30 AM ☐ 3:00 PM    $    $
    ☑ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
5:22 ☐ AM ☑ PM    $    $ 2.80

Weight ☑ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
7 lbs. ozs.    $    $ 28.30

Acceptance Employee Initials    M.T.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: *(PLEASE PRINT)*     PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth - Scorpion      & (Asm)

EF 139729393 US

CHURCH STREET STATION
MAR 21 2019
NEW YORK NY 10007

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct No.

992004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: *(PLEASE PRINT)*     PHONE ( )

John Shams
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code
10007

Scheduled Delivery Date (MM/DD/YY)
3/22/19

Postage
$ 25.50

Date Accepted (MM/DD/YY)
3/21/19

Scheduled Delivery Time
☐ 10:30 AM   ☐ 3:00 PM
☐ 12 NOON

Insurance Fee
$

COD Fee
$

Time Accepted
5:17   ☐ AM   ☑ PM

10:30 AM Delivery Fee
$

Return Receipt Fee
$ 2.80

Live Animal Transportation Fee
$

Weight
7 lbs. ozs.

☑ Flat Rate

Sunday/Holiday Premium Fee
$

Total Postage & Fees
$ 28.30

Acceptance Employee Initials
MS.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

30 notice of intent

LABEL 11-F, SEPTEMBER 2015     PSN 7690-02-000-9996     **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

2209 Ath S ((IDA))          (ASM))

EF 139729464 US

MAR 21 2019

**UNITED STATES POSTAL SERVICE**®

**PRIORITY**
★ MAIL ★
**EXPRESS**™

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

092006

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)          PHONE ( )

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

**ZIP + 4®** (U.S. ADDRESSES ONLY)

1 0 0 1 6 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.          3rd notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)          Postage

10007          3/22/19          $ 25.80

Date Accepted (MM/DD/YY)          Scheduled Delivery Time          Insurance Fee    COD Fee

3/21/19          ☐ 10:30 AM  ☐ 3:00 PM
                 ☑ 12 NOON          $

Time Accepted          ☐ AM          10:30 AM Delivery Fee          Return Receipt Fee    Live Animal Transportation Fee

5:14          ☑ PM          $          $ 2.80

Weight          ☐ Flat Rate          Sunday/Holiday Premium Fee          Total Postage & Fees

_ lbs. 7 ozs.          $          $ 28.30

          Acceptance Employee Initials

          MS.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM          Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM          Employee Signature

LABEL 11-F, SEPTEMBER 2015          PSN 7690-02-000-9996          **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE (        ) _____

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

CHURCH STREET STATION
MAR 21 2019
N... YORK NY 10007

EF 139729455 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE (        ) _____

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. A1E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 - ____ ____ ____ ____

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

3rd notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
10007    3/20/19    $ 25.50

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/21/19    ☐ 10:30 AM  ☐ 3:00 PM    $ .80

Time Accepted    ☑ 12 NOON    
5:11    ☐ AM  ☑ PM    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
                    $          $ 2.80

Weight    ☑ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
7 lbs. ____ ozs.    $          $ 28.30

Acceptance Employee Initials
MW

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

MAR 21 2019

EF 139729447 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY
★ MAIL ★
EXPRESS** ™

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Scorpion Fitness Inc
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

10016 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

3/A notice of intent

**ORIGIN** (POSTAL SERVICE USE ONLY)

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage
10007   3/22/19   $ 23.50

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
3/21/19   ☐ 10:30 AM   ☐ 3:00 PM   $   $
   ☑ 12 NOON

Time Accepted   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee
5:05   ☐ AM   ☑ PM   $   $ 2.80

Weight   ☑ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees
7   lbs.   ___ ozs.   $   $ 28.30

Acceptance Employee Initials
MG.

**DELIVERY** (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220PA m. Scorpian    (ASAP)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave, Ste. 9D
New York, New York 10016

**ZIP + 4®** (U.S. ADDRESSES ONLY)

1 0 0 1 6 _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.    30 notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10007 | 3/22/19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/21/19 | ☐ 10:30 AM  ☑ 12 NOON  ☐ 3:00 PM | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 5:08 ☐ AM ☑ PM | $ | $ 2.80 | $ |

| Weight | ☑ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| lbs. 7 ozs. | $ | $ 28.30 |

| | Acceptance Employee Initials |
|---|---|
| | M |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

CHURCH STREET STATION
MAR 21 2019
NEW YORK NY 10007

EF 139729495 US

**UNITED STATES POSTAL SERVICE** ®    **PRIORITY** ★ MAIL ★ **EXPRESS**™

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth, Scolian          (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

692004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1)* Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE ( )

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

**ZIP + 4®** (U.S. ADDRESSES ONLY)

1 0 0 1 6 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

3B notice of intent

---

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
10007    3/22/19    $ 25 50

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/21/19    ☐ 10:30 AM  ☐ 3:00 PM    $    $
             ☑ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
4:59  ☐ AM  ☑ PM    $    $ 2 80

Weight    ☑ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
7  lbs.  ozs.    $    $ 28 30

Acceptance Employee Initials
M2.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

RCH STREET STATION
MAR 21 2019
K NY 10007

EF 139729433 US

**UNITED STATES POSTAL SERVICE** ®

★ PRIORITY ★
MAIL
★ EXPRESS ™

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion

MAR 21 2019

EF 139729504 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS**™

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

3D notice of intent

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)    Postage

10007          3/22/19          $ 23 30

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee

3/21/19          ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON    $          $ 5

Time Accepted          10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee

5:02    ☐ AM ☑ PM          $          $ 2 80

Weight    ☑ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees

____ lbs. 7 ozs.          $          $ 28 30 80

Acceptance Employee Initials

MG

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**