## NOTICE OF INTENT

| | |
|---|---|
| **TO:** | Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant"). |
| **PREMISES:** | All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as **Exhibit A** and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001. |
| **LEASE:** | dated December 19, 2014, by and between Landlord's predecessor-in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017. |

**DATE OF THIS NOTICE:** March 22, 2019.

**PLEASE TAKE NOTICE,** you are justly indebted to the Landlord of the Premises **in the total sum of $340,395.51,** comprised of (i) **$275,395.51** in rent/additional rent as set forth in the ledger annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length, and (ii) **$65,000.00** in previously drawn Security Deposit required to be replenished pursuant to Section 31 of the referenced Lease, which total sum you are required to pay on or before **April 1, 2019,** that being at least five (5) days after the date of service of this Notice upon you. That, in accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned rental arrears on or before **April 1, 2019,** the Landlord shall be entitled to: (i) apply and retain the whole or part of the Security Deposit remaining in the amount of **$35,000.00** to the extent required for the partial payment of the aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount so applied or retained so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Section 31 of the referenced Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Articles 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Articles 4, 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
[Landlord]

By: Pawan Melgiri
Title: Authorized Signatory

*Exhibit "A"*

Execution                                12/19/2014                                Page 31 of 47

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



23

Please Initial Here. Landlord_____ Tenant_____

Execution                 12/19/2014                 Page 32 of 47

*[Floor plan: 220 5TH AVENUE, NEW YORK, NY – LOWER LEVEL PREMISES. Shows LOWER LEVEL with 5TH AVENUE and WEST 26TH STREET labeled.]*

24

Please Initial Here, Landlord _____ Tenant _____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "B"*



## STELLAR MANAGEMENT

Date : 3/22/2019

## Lease Ledger

| Code | t0819146 | Property | 220fifth | Lease From | 3/15/2016 |
|---|---|---|---|---|---|
| Name | Scorpion Club Ventures, LLC | Unit | 220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | :Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653885 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | | (9,890.00) | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | | (12,000.00) | 81,644.41 | 6510795 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | | | 22,036.00 | 59,608.41 | 6513384 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | | | 24,047.10 | 35,561.31 | 6516257 |
| 12/31/2017 | December 2017 Late fees. | 220-SUBC | 1,900.00 | | 37,461.31 | 31764836 |
| 1/1/2018 | Electric sub-meter 11/9/17-12/13/17 | 220-SUBC | 298.69 | | 37,760.00 | 31764387 |
| 1/1/2018 | Commercial Rent (01/2018) | 220-SUBC | 18,237.63 | | 55,997.63 | 31764884 |

19-11231-mew    Doc 21-11    Filed 06/24/19    Entered 06/24/19 19:30:03    Landlords notice to draw down remainder of security    Pg 9 of 18

Ledger    Page 3 of 6

| Date | Description | Code | Charge | | Balance | Ref |
|---|---|---|---|---|---|---|
| 1/1/2018 | Commercial Sprinkler and Water (01/2018) | 220-SUBC | 200.00 | | 56,197.63 | 31764885 |
| 1/1/2018 | Judgement Receivable (01/2018) | 220-SUBC | 3,505.99 | | 59,703.62 | 31764886 |
| 1/29/2018 | late fees | 220-SUBC | 1,892.00 | | 61,595.62 | 31794549 |
| 2/1/2018 | Electric sub-meter 12/13/18-1/12/18 | 220-SUBC | 240.65 | | 61,836.27 | 31791326 |
| 2/1/2018 | Commercial Rent (02/2018) | 220-SUBC | 18,237.63 | | 80,073.90 | 31794675 |
| 2/1/2018 | Commercial Sprinkler and Water (02/2018) | 220-SUBC | 200.00 | | 80,273.90 | 31794676 |
| 2/1/2018 | Judgement Receivable (02/2018) | 220-SUBC | 3,505.99 | | 83,779.89 | 31794677 |
| 2/27/2018 | late fees | 220-SUBC | 1,390.00 | | 85,169.89 | 31822813 |
| 2/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building. | 220-SUBC | 1,800.00 | | 86,969.89 | 31822825 |
| 2/27/2018 | Reverse write off on 10/18/17. | 220-SUBC | 86,461.00 | | 173,430.89 | 31822826 |
| 2/27/2018 | Write-off the correct amount on 7/25/17. | 220-SUBC | (76,538.00) | | 96,892.89 | 31822827 |
| 2/27/2018 | 8/1/17 Rent concession | 220-SUBC | (17,706.00) | | 79,186.89 | 31822828 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/1/17. | 220-SUBC | (24,572.00) | | 54,614.89 | 31822829 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/31/17. | 220-SUBC | (1,900.00) | | 52,714.89 | 31822830 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,832.00) | | 50,882.89 | 31822831 |
| 2/27/2018 | Late fee as of 12/1/17 | 220-SUBC | 13,231.00 | | 64,113.89 | 31822832 |
| 2/27/2018 | Late fee as of 12/31/17 | 220-SUBC | 781.00 | | 64,894.89 | 31822833 |
| 2/27/2018 | Late fees as of 1/29/18 | 220-SUBC | 685.00 | | 65,579.89 | 31822834 |
| 2/27/2018 | Reverse - Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | 1,832.00 | | 67,411.89 | 31824032 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,892.00) | | 65,519.89 | 31824033 |
| 2/28/2018 | 9/1/17 Rent concession | 220-SUBC | (17,706.00) | | 47,813.89 | 31822907 |
| 3/1/2018 | Electric Sub-meter 1/12/18-2/13/18 | 220-SUBC | 295.98 | | 48,109.87 | 31819677 |
| 3/1/2018 | Commercial Rent (03/2018) | 220-SUBC | 18,237.63 | | 66,347.50 | 31822886 |
| 3/1/2018 | Commercial Sprinkler and Water (03/2018) | 220-SUBC | 200.00 | | 66,547.50 | 31822887 |
| 3/1/2018 | Judgement Receivable (03/2018) | 220-SUBC | 3,505.99 | | 70,053.49 | 31822888 |
| 3/20/2018 | Electric Sub-meter 2/13/18-3/15/2018 | 220-SUBC | 139.93 | | 70,193.42 | 31847922 |
| 3/29/2018 | late fees | 220-SUBC | 2,241.00 | | 72,434.42 | 31851231 |
| 4/1/2018 | Commercial Rent (04/2018) | 220-SUBC | 18,237.63 | | 90,672.05 | 31851287 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 4/1/2018 | Commercial Sprinkler and Water (04/2018) | 220-SUBC | 200.00 | | 90,872.05 | 31851288 |
| 4/1/2018 | Judgement Receivable (04/2018) | 220-SUBC | 3,505.99 | | 94,378.04 | 31851289 |
| 4/25/2018 | Electric Sub Meter 3/15/2018-4/13/2018 | 220-SUBC | 67.09 | | 94,445.13 | 31879060 |
| 4/27/2018 | Late fees. | 220-SUBC | 3,013.00 | | 97,458.13 | 31879372 |
| 5/1/2018 | Commercial Rent (05/2018) | 220-SUBC | 18,237.63 | | 115,695.76 | 31898407 |
| 5/1/2018 | Commercial Sprinkler and Water (05/2018) | 220-SUBC | 200.00 | | 115,895.76 | 31898408 |
| 5/1/2018 | Judgement Receivable (05/2018) | 220-SUBC | 3,505.99 | | 119,401.75 | 31898409 |
| 5/9/2018 | Security Deposit Drawdown | 220-SUBC | (65,000.00) | | 54,401.75 | 31901424 |
| 5/24/2018 | Electric Sub-meter 4/13/18 - 5/14/18 | 220-SUBC | 13.45 | | 54,415.20 | 31907243 |
| 5/29/2018 | late fees as of 5/25/18 | 220-SUBC | 1,950.00 | | 56,365.20 | 31907567 |
| 6/1/2018 | Commercial Rent (06/2018) | 220-SUBC | 18,237.63 | | 74,602.83 | 31907603 |
| 6/1/2018 | Commercial Sprinkler and Water (06/2018) | 220-SUBC | 200.00 | | 74,802.83 | 31907604 |
| 6/1/2018 | Judgement Receivable (06/2018) | 220-SUBC | 3,505.99 | | 78,308.82 | 31907605 |
| 6/18/2018 | Chk# wire | | | 21,743.62 | 56,565.20 | 6687315 |
| 6/21/2018 | Electric Submeter 5/14/2018 6/13/2018 | 220-SUBC | 28.01 | | 56,593.21 | 31933836 |
| 6/26/2018 | Late fees as of 6/25/18 | 220-SUBC | 2,368.00 | | 58,961.21 | 31935856 |
| 7/1/2018 | Commercial Rent (07/2018) | 220-SUBC | 18,237.63 | | 77,198.84 | 31935962 |
| 7/1/2018 | Commercial Sprinkler and Water (07/2018) | 220-SUBC | 200.00 | | 77,398.84 | 31935963 |
| 7/1/2018 | Judgement Receivable (07/2018) | 220-SUBC | 3,505.99 | | 80,904.83 | 31935964 |
| 7/2/2018 | Chk# wire | | | 21,997.00 | 58,907.83 | 6708483 |
| 7/10/2018 | Late Fee for July 2018 | 220-SUBC | 1,879.00 | | 60,786.83 | 31966677 |
| 7/20/2018 | New York Water Management 7-6-18 | 220-SUBC | 29.88 | | 60,816.71 | 31965803 |
| 7/26/2018 | Electric Sub Meter 6/13/18 - 7/13/18 | 220-SUBC | 19.58 | | 60,836.29 | 31966773 |
| 8/1/2018 | Real Estate Taxes for the period 07/18-06/19 | 220-SUBC | 12,136.43 | | 72,972.72 | 31957768 |
| 8/1/2018 | Commercial Rent (08/2018) | 220-SUBC | 18,237.63 | | 91,210.35 | 31966706 |
| 8/1/2018 | Commercial Sprinkler and Water (08/2018) | 220-SUBC | 200.00 | | 91,410.35 | 31966707 |
| 8/1/2018 | Judgement Receivable (08/2018) | 220-SUBC | 3,505.99 | | 94,916.34 | 31966708 |
| 8/28/2018 | Electric Submeter Billing Cycle 7/13/18-8/13/18 | 220-SUBC | 47.77 | | 94,964.11 | 31994561 |
| 8/31/2018 | August 2018 late fees. | 220-SUBC | 3,026.00 | | 97,990.11 | 32015729 |

| Date | Description | Code | Charge | | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2018 | Commercial Rent (09/2018) | 220-SUBC | 18,237.63 | | 116,227.74 | 32015814 |
| 9/1/2018 | Commercial Sprinkler and Water (09/2018) | 220-SUBC | 200.00 | | 116,427.74 | 32015815 |
| 9/1/2018 | Judgement Receivable (09/2018) | 220-SUBC | 3,505.99 | | 119,933.73 | 32015816 |
| 9/25/2018 | Submetering run from 08/13/2018 to 09/12/2018 | 220-SUBC | 90.42 | | 120,024.15 | 32022833 |
| 10/1/2018 | Commercial Rent (10/2018) | 220-SUBC | 18,784.76 | | 138,808.91 | 32023986 |
| 10/1/2018 | Commercial Sprinkler and Water (10/2018) | 220-SUBC | 200.00 | | 139,008.91 | 32023987 |
| 10/1/2018 | Judgement Receivable (10/2018) | 220-SUBC | 3,505.99 | | 142,514.90 | 32023988 |
| 11/1/2018 | Electric Submetering: 9/12/2018 - 10/12/2018 | 220-SUBC | 63.50 | | 142,578.40 | 32067396 |
| 11/1/2018 | Commercial Rent (11/2018) | 220-SUBC | 18,784.76 | | 161,363.16 | 32081089 |
| 11/1/2018 | Commercial Sprinkler and Water (11/2018) | 220-SUBC | 200.00 | | 161,563.16 | 32081090 |
| 11/1/2018 | Judgement Receivable (11/2018) | 220-SUBC | 3,505.99 | | 165,069.15 | 32081091 |
| 12/1/2018 | late fees as of 11/26/18 | 220-SUBC | 5,353.00 | | 170,422.15 | 32086854 |
| 12/1/2018 | Electric Submetering: 10/12/2018 - 11/9/2018 | 220-SUBC | 34.82 | | 170,456.97 | 32087168 |
| 12/1/2018 | Commercial Rent (12/2018) | 220-SUBC | 18,784.76 | | 189,241.73 | 32087193 |
| 12/1/2018 | Commercial Sprinkler and Water (12/2018) | 220-SUBC | 200.00 | | 189,441.73 | 32087194 |
| 12/1/2018 | Judgement Receivable (12/2018) | 220-SUBC | 3,505.99 | | 192,947.72 | 32087195 |
| 1/1/2019 | Electric Submetering: 11/9/2018 - 12/13/2018 | 220-SUBC | 28.78 | | 192,976.50 | 32111936 |
| 1/1/2019 | Electric Submetering: 11/9/2018 - 12/13/2018 | 220-SUBC | 28.78 | | 193,005.28 | 32111976 |
| 1/1/2019 | Commercial Rent (01/2019) | 220-SUBC | 18,784.76 | | 211,790.04 | 32134005 |
| 1/1/2019 | Commercial Sprinkler and Water (01/2019) | 220-SUBC | 200.00 | | 211,990.04 | 32134006 |
| 1/1/2019 | Judgement Receivable (01/2019) | 220-SUBC | 3,505.99 | | 215,496.03 | 32134007 |
| 2/1/2019 | Late fees | 220-SUBC | 7,117.00 | | 222,613.03 | 32162610 |
| 2/1/2019 | Commercial Rent (02/2019) | 220-SUBC | 18,784.76 | | 241,397.79 | 32162645 |
| 2/1/2019 | Commercial Sprinkler and Water (02/2019) | 220-SUBC | 200.00 | | 241,597.79 | 32162646 |
| 2/1/2019 | Judgement Receivable (02/2019) | 220-SUBC | 3,505.99 | | 245,103.78 | 32162647 |
| 3/1/2019 | Electric Submetering: 1/14/2019 - 2/13/2019 | 220-SUBC | 24.80 | | 245,128.58 | 32166992 |
| 3/1/2019 | Late fees as of 02/28/19 | 220-SUBC | 7,744.00 | | 252,872.58 | 32188033 |
| 3/1/2019 | Commercial Rent (03/2019) | 220-SUBC | 18,784.76 | | 271,657.34 | 32190827 |

| Date | Description | Code | Amount | | Balance | Ref |
|---|---|---|---|---|---|---|
| 3/1/2019 | Commercial Sprinkler and Water (03/2019) | 220-SUBC | 200.00 | | 271,857.34 | 32190828 |
| 3/1/2019 | Judgement Receivable (03/2019) | 220-SUBC | 3,505.99 | | 275,363.33 | 32190829 |
| 3/31/2019 | Electric Submetering: 12/13/2018- 1/14/2019 | 220-SUBC | 32.18 | | 275,395.51 | 32192248 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       } s.s.
COUNTY OF NEW YORK     }

I, Crystal Ramdas, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On March 25, 2019, I served the within **NOTICE OF INTENT** upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

John Shams
220 Fifth Avenue,
New York, New York 10001

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same by overnight mail service (with Express Mail codes EF139729518US, EF139729583US, EF139729570US, EF139729566US, EF139729552US, EF139729481US, EF139729478US, EF139729549US. EF139729535US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Crystal Ramdas

Sworn to before me this
25th day of March, 2019.

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6103848
Qualified in Queens County
Commission Expires April 19, 2020

**Label 1 (EF 139729518 US):**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion (ASM)

USPS Corporate Acct. No.: 092004

TO:
Scorpion Fitness Inc.
220 Fifth Avenue
New York, New York 10001

ZIP+4: 10001

Church Street Station, MAR 25 2019, YORK NY

PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Time Accepted: 1:03 PM
Weight: 4 ozs, Flat Rate
Return Receipt Fee: $2.80
Total Postage & Fees: $28.30
Acceptance Employee Initials: MS

$100.00 insurance included. Notice of Intent

---

**Label 2 (EF 139729535 US):**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion (ASM)

USPS Corporate Acct. No.: 092004

TO:
John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP+4: 10016

Church Street Station, MAR 25 2019, YORK NY

PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Time Accepted: 4:44 PM
Weight: 4 ozs, Flat Rate
Return Receipt Fee: $2.80
Total Postage & Fees: $28.30
Acceptance Employee Initials: MS

$100.00 insurance included. Notice of Intent

**Label 1 (EF 139729566 US):**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220-Fth.scorpion (ASM)

USPS Corporate Acct. No: 092004

Church Street Station, MAR 25 2019, York NY 10007

TO:
Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP: 10016

PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Date Accepted: 3/25/19
Time Accepted: 4:55 PM
Scheduled Delivery Time: 12 NOON
Weight: 4 lbs — Flat Rate
Postage: $25.50
Return Receipt Fee: $2.80
Total Postage & Fees: $28.30
Acceptance Employee Initials: MS

$100.00 insurance included. notice of intent

---

**Label 2 (EF 139729570 US):**

FROM:
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220-Fth.Scorpion (ASM)

USPS Corporate Acct. No: 092004

Church Street Station, MAR 25 2019, York NY 10007

TO:
John Shams
220 Fifth Avenue
New York, New York 10001

ZIP: 10001

PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Date Accepted: 3/25/19
Time Accepted: 4:56 PM
Scheduled Delivery Time: 12 NOON
Weight: 4 lbs — Flat Rate
Postage: $25.50
Return Receipt Fee: $2.80
Total Postage & Fees: $28.30
Acceptance Employee Initials: MS

$100.00 insurance included. notice of intent

**Label 1 (EF 139729481 US):**

CUSTOMER USE ONLY
FROM: KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion (HSM)

USPS Corporate Acct. No.: 092004

TO: Scorpion Fitness Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP+4: 10016

Church Street Station, MAR 25 2019

PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Time Accepted: 4:50 PM
Weight: 4 oz, Flat Rate
Return Receipt Fee: $2.80
Acceptance Employee Initials: MS
Total Postage & Fees: $28.30

notice of intent

---

**Label 2 (EF 139729552 US):**

CUSTOMER USE ONLY
FROM: KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion (HSM)

USPS Corporate Acct. No.: 092004

TO: Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP+4: 10016

Church Street Station, MAR 25 2019

1-Day
PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Time Accepted: 4:52 PM
Weight: 4 oz, Flat Rate
Return Receipt Fee: $2.80
Acceptance Employee Initials: MS
Total Postage & Fees: $28.30

notice of intent

**Label 1 (Priority Mail Express — EF 139729549 US)**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth (Scorpion)    (AKM)

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No. 092004

CHURCH STREET STATION    MAR 25 2019    NEW YORK NY

TO: (PLEASE PRINT)
John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4: 10016-

$100.00 insurance included.    Notice of Intent

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Scheduled Delivery Time: ☑ 12 NOON
Time Accepted: 4:46 PM
Return Receipt Fee: $2.80
Weight: 4 oz, Flat Rate
Acceptance Employee Initials: MS
Total Postage & Fees: $28.30

---

**Label 2 (Priority Mail Express — EF 139729478 US)**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)
KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth (Scorpion)    (AKM)

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No. 092004

CHURCH STREET STATION    MAR 25 2019    NEW YORK NY

TO: (PLEASE PRINT)
Scorpion Club Ventures LLC
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4: 10016-

$100.00 insurance included.    Notice of Intent

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 10007
Scheduled Delivery Date: 3/26/19
Postage: $25.50
Date Accepted: 3/25/19
Scheduled Delivery Time: ☑ 12 NOON
Time Accepted: 4:48 PM
Return Receipt Fee: $2.80
Weight: 4 oz, Flat Rate
Acceptance Employee Initials: MS
Total Postage & Fees: $28.30

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.: 092004
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)
10001-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.    Notice of intent

EF 139729583 US

**UNITED STATES POSTAL SERVICE®**

CHURCH STREET STATION  3 25 2019  NEW YORK 10007

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 3/26/19
Postage: $25.50

Date Accepted (MM/DD/YY): 3/25/19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 4:58 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $2
Live Animal Transportation Fee: $

Weight: ☑ Flat Rate    lbs. ___ ozs.
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials: MG
Total Postage & Fees: $28.30

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996

2-CUSTOMER COPY