**Motion Sequence #1**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 53                    Index No.: 160631/2018

SCORPION FITNESS INC. and
SCORPION CLUB VENTURES, LLC,

        Plaintiffs,

  -against-

220 FIFTH REALTY LLC,

        Defendant.

### NOTICE OF ENTRY OF DECISION AND ORDER

KOSSOFF, PLLC
Attorneys for Defendant
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364

**PLEASE TAKE NOTICE**, the within is a true copy of the Decision and Order of the Hon. Andrew Borrok, J.S.C. issued and entered in the office of the Clerk of the within named Court on February 4, 2019.

Dated:  New York, New York
        February 4, 2019

                                      Kossoff, PLLC
                                      Attorneys for Defendant
                                      By: Joseph Goldsmith, Esq.
                                      217 Broadway, Suite 401
                                      New York, New York 10007
                                      Tel.: (212) 267-6364
                                      Email: jgoldsmith@kaulaw.com

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. ANDREW BORROK | PART | IAS MOTION 53EFM |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------X

SCORPION FITNESS INC, SCORPION CLUB VENTURES, LLC,

                  Plaintiff,

- v -

220 FIFTH REALTY LLC,

                  Defendant.

| INDEX NO. | 160631/2018 |
|---|---|
| MOTION DATE | 11/15/2018 |
| MOTION SEQ. NO. | 001 |

**DECISION AND ORDER**

-----------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50

were read on this motion to/for     INJUNCTION/RESTRAINING ORDER    .

    Upon the foregoing documents, it is ordered plaintiffs' motion for a Yellowstone Injunction is granted subject to the following:

(1) Plaintiffs will clear or bond all mechanics' liens that may currently be filed on the property on account of plaintiffs' work on the property;
(2) Plaintiffs will remove the barricade of the fire door immediately, if the fire door is barricaded, and to the extent that there is a violation, clear it within 45 days or show that he is diligently pursuing same to completion; and
(3) Plaintiffs will deposit the outstanding rent, including rent for the months of December 2018, and January -- February 2019, with Defendant's attorneys in escrow within 45 days of this Order; and on the further condition that, commencing on March 1, 2019, during the pendency of this action, Plaintiffs pay base rent and additional rent due under the Lease between the parties on or before the 10th of the month, *pendente lite*.

    Parties will appear for preliminary conference in Part 53, Rm 238, 60 Centre, on 3/21/19 at 11:30 A.M.

    This constitutes the Decision and Order of the Court.

| **2/4/2019** | | |
|---|---|---|
| **DATE** | | **ANDREW BORROK, J.S.C.** |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |

CHECK IF APPROPRIATE: ☐ INCLUDES TRANSFER/REASSIGN   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE