FILED: NEW YORK COUNTY CLERK 04/26/2019 02:58 PM
NYSCEF DOC. NO. 155
INDEX NO. 160631/2018
RECEIVED NYSCEF: 04/26/2019

19-11231-mew    Doc 21-13    Filed 06/24/19    Entered 06/24/19 19:30:03    State Court
Order vacating TRO    Pg 1 of 1

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: **HON. ANDREW BORROK** J.S.C.
*Justice*

PART 53

Scorpion Fitness Inc. and Scorpion Club Ventures, LLC
-v-
220 Fifth Realty, LLC

INDEX NO. 160631/2018
MOTION DATE 04/22/2019
MOTION SEQ. NO. 002, 004

The following papers, numbered 1 to _____, were read on this motion to/for _____

| | |
|---|---|
| Notice of Motion/Order to Show Cause — Affidavits — Exhibits | No(s). ___ |
| Answering Affidavits — Exhibits | No(s). ___ |
| Replying Affidavits | No(s). ___ |

Upon the foregoing papers, it is ordered that ~~this motion is~~

the orders to show cause to vacate the TROs are granted and all stays are vacated.

Dated: 04/22/2019

_____, J.S.C.
**HON. ANDREW BORROK** J.S.C.

1. CHECK ONE: ............................................ ☐ CASE DISPOSED     ☑ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: .......... MOTION IS: ☑ GRANTED ☐ DENIED ☐ GRANTED IN PART ☐ OTHER
3. CHECK IF APPROPRIATE: ............................... ☐ SETTLE ORDER                ☐ SUBMIT ORDER
                                                          ☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE