## FIVE (5) DAY TERMINATION/CANCELLATION NOTICE

**TO**:                      Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant")
                             and John Shams ("Guarantor").

**PREMISES**:                All rooms/areas of a portion of the ground floor, mezzanine, and
                             lower level. as shown hatched on the floor plans annexed hereto
                             as **Exhibit A** and incorporated by reference as if fully set forth in
                             length, in the building known as and located at 220 Fifth Avenue,
                             New York, New York 10001.

**LEASE**:                   dated December 19, 2014, by and between Landlord's predecessor-
                             in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
                             tenant. Said Lease being modified by a First Lease Modification
                             Agreement, dated June 30, 2017.

**GUARANTY**:                dated December 22, 2014, by Guarantor, as guarantor.

**DATE OF THIS NOTICE**: April 23, 2019.

**PLEASE TAKE NOTICE**, your tenancy in the Premises is hereby terminated effective **May 3, 2019**, pursuant to Article 17 of the Lease, upon the grounds that you failed to comply with a certain Notice of Default, dated May 29, 2018, a copy of which together with proof of service thereof is annexed hereto as **Exhibit B** and incorporated herein with the same force and effect as if fully set forth at length, and a certain Supplemental Notice of Default, dated October 26, 2018, a copy of which together with proof of service thereof is annexed hereto as **Exhibit C** and incorporated herein with the same force and effect as if fully set forth at length. More specifically, you failed to cure certain therein enumerated lease defaults by no later than April 22, 2019.

**PLEASE TAKE FURTHER NOTICE**, that you are hereby required to quit, vacate and surrender possession of the Premises to the Landlord **on or before May 3, 2019**, that being more than five (5) days from the date of service of this Notice upon you, as well as the day on which your term expires. Further and unless you voluntarily vacate the Premises, as aforesaid, the Landlord will commence summary proceedings under the Statute to remove you from said Premises for the holding over after the expiration of your term in the Civil Court of the City of New York, County of New York, and will demand in said proceeding the fair market value of your use and occupancy of the Premises during such holding over, together with an award of its reasonable attorney's fees.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Articles 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, any response to this Notice must be sent and directed to
the below-named attorneys for the Landlord.

**220 FIFTH REALTY LLC**
**[Landlord]**

By: Matthew Lembo

Title: Member

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

*Exhibit "A"*

Execution                          12/19/2014                          Page 31 of 47

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant_____



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

24
Please Initial Here. Landlord_____ Tenant

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "B"*

## NOTICE OF DEFAULT

TO:                 Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

PREMISES:           All rooms/areas of a portion of the ground floor, mezzanine, and
                    lower level, as shown hatched on the floor plans annexed hereto as
                    **Exhibit 1** and incorporated by reference as if fully set forth in length,
                    in the building known as and located at 220 Fifth Avenue, New York,
                    New York 10001.

LEASE:              dated December 19, 2014, by and between Landlord's predecessor-in-
                    interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant.
                    Said Lease being modified by a First Lease Modification Agreement,
                    dated June 30, 2017.

**DATE OF THIS NOTICE**: May 29, 2018.

**PLEASE TAKE NOTICE** that you are in default of Articles 17 and 31 of the Lease, which
provisions deal in pertinent part with your obligations: (a) after five (5) days written notice, to
redeposit with Owner any portion of the Security Deposit which Landlord has applied to the payment
of any rent and additional rent due and payable; and (b) what actions on your part are deemed defaults
under the Lease. More specifically, you have violated and continue to violate the aforementioned
provisions of the Lease by failing to pay to the Landlord the sum of $65,000.00 representing the sum
so used, applied, and retained on or before May 20, 2018, that being more than five (5) days after
service of a notice upon you, a copy of which with proof of service is annexed hereto as **Exhibit 2**
and incorporated by reference as if fully set forth in length.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Articles 17 and 31 of the Lease,
you are hereby required cure such defaults **on or before June 18, 2018**, that being more than fifteen
(15) days after service of this Notice upon you, by tendering and paying to Landlord the sum of
$65,000.00 representing the sum so used, applied, and retained, which shall be added to the Security
Deposit so that the same shall be replenished to its former amount pursuant to Article 31 of the Lease.
Upon your failure to so cure, the Landlord will elect to terminate your tenancy in accordance with
Article 17 of the Lease.

**PLEASE TAKE FURTHER NOTICE**, this Notice is served upon you pursuant to Articles 17, 27,
and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Sections 19, 31, and 51(B) of the Lease, you
are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE**, that any response to this Notice must be sent and directed
to the below-named attorneys for the Landlord.

Kossoff, PLLC                                    **220 FIFTH REALTY LLC**
Attorneys for Landlord                           **[Landlord]**
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364                             Name:  Matthew Lembo
Email: jgoldsmith@kaulaw.com                     Title:  Vice President and Authorized Signatory

*Exhibit "1"*

Execution                    12/19/2014                    Page 31 of 47

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here.  Landlord_____  Tenant

Execution                    12/19/2014                    Page 32 of 47



220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

LOWER LEVEL

24

Please Initial Here. Landlord_____ Tenant_____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "2"*

## NOTICE AND DEMAND TO REPLENISH AND PAY

**TO:**              Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

**PREMISES:**        All rooms/areas of a portion of the ground floor, mezzanine, and
                     lower level, as shown hatched on the floor plans annexed hereto
                     as **Exhibit A** and incorporated by reference as if fully set forth in
                     length, in the building known as and located at 220 Fifth Avenue,
                     New York, New York 10001.

**LEASE:**           dated December 19, 2014, by and between Landlord's predecessor-
                     in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
                     tenant. Said Lease being modified by a First Lease Modification
                     Agreement, dated June 30, 2017.

**DATE OF THIS NOTICE:** May 10, 2018.

**PLEASE TAKE NOTICE,** in accordance with Article 31 of the Lease, on May 9, 2018 and from
your Security Deposit of $100,000.00, the sum of $65,000.00 from your Security Deposit was
used, applied, and retained for outstanding rent and additional rent due, as set forth in the ledger
annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length, upon the
grounds that you failed to comply with a certain Amended Notice of Intent, dated March 8, 2018, a
copy of which together with proof of service thereof is annexed hereto as **Exhibit C** and incorporated
herein with the same force and effect as if fully set forth at length. You are now required, **on or
before May 20, 2018**, that being more than five (5) days after service of this Notice upon you, to
pay to the Landlord the sum of $65,000.00 representing the sum so used, applied, and retained,
which shall be added to the Security Deposit so that the same shall be replenished to its former
amount, and so that Landlord shall have the full Security Deposit on hand at all times during the
Term pursuant to Article 31 of the Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Sections 17,
27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Sections 19, 31, and 51(B) of the Lease, you
are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed
to the below-named attorneys for the Landlord.


Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

**220 FIFTH REALTY LLC**
**[Landlord]**

By: / Matthew Lembo
Title:    Vice President and Authorized Signatory

*Exhibit "A"*

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant

220 5TH AVENUE, NEW YORK, NY – LOWER LEVEL PREMISES

LOWER LEVEL

24

Please Initial Here: Landlord_____ Tenant_____

Execution                         12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "B"*

Ledger

 STELLAR MANAGEMENT

**Date : 5/9/2018**

## Lease Ledger

| Code | t0819146 | | Property | 220fifth | Lease From | 3/15/2016 |
|------|----------|--|----------|----------|------------|-----------|
| Name | Scorpion Club Ventures, LLC | | Unit | 220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|------|-------------|------|--------|---------|---------|---------|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | :Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653585 |

Ledger

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | (9,890.00) | | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | (12,000.00) | | 81,644.41 | 6510795 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | | | 22,036.00 | 59,608.41 | 6513384 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | | | 24,047.10 | 35,561.31 | 6516252 |
| 12/31/2017 | December 2017 Late fees. | 220-SUBC | 1,900.00 | | 37,461.31 | 31764836 |
| 1/1/2018 | Electric sub-meter 11/9/17-12/13/17 | 220-SUBC | 298.69 | | 37,760.00 | 31764387 |
| 1/1/2018 | Commercial Rent (01/2018) | 220-SUBC | 18,237.63 | | 55,997.63 | 31765884 |

Ledger

| Date | Description | Code | Charge | Credit | Balance | Ref |
|---|---|---|---|---|---|---|
| 1/1/2018 | Commercial Sprinkler and Water (01/2018) | 220-SUBC | 200.00 | | 56,197.63 | 31764885 |
| 1/1/2018 | Judgement Receivable (01/2018) | 220-SUBC | 3,505.99 | | 59,703.62 | 31764886 |
| 1/29/2018 | late fees | 220-SUBC | 1,892.00 | | 61,595.62 | 31794549 |
| 2/1/2018 | Electric sub-meter 12/13/18-1/12/18 | 220-SUBC | 240.65 | | 61,836.27 | 31791326 |
| 2/1/2018 | Commercial Rent (02/2018) | 220-SUBC | 18,237.63 | | 80,073.90 | 31794675 |
| 2/1/2018 | Commercial Sprinkler and Water (02/2018) | 220-SUBC | 200.00 | | 80,273.90 | 31794676 |
| 2/1/2018 | Judgement Receivable (02/2018) | 220-SUBC | 3,505.99 | | 83,779.89 | 31794677 |
| 2/27/2018 | late fees | 220-SUBC | 1,390.00 | | 85,169.89 | 31822813 |
| 2/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building. | 220-SUBC | 1,800.00 | | 86,969.89 | 31822825 |
| 2/27/2018 | Reverse write off on 10/18/17. | 220-SUBC | 86,461.00 | | 173,430.89 | 31822826 |
| 2/27/2018 | Write-off the correct amount on 7/25/17. | 220-SUBC | (76,538.00) | | 96,892.89 | 31822827 |
| 2/27/2018 | 8/1/17 Rent concession | 220-SUBC | (17,706.00) | | 79,186.89 | 31822828 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/1/17. | 220-SUBC | (24,572.00) | | 54,614.89 | 31822829 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/31/17. | 220-SUBC | (1,900.00) | | 52,714.89 | 31822830 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,832.00) | | 50,882.89 | 31822831 |
| 2/27/2018 | Late fee as of 12/1/17 | 220-SUBC | 13,231.00 | | 64,113.89 | 31822832 |
| 2/27/2018 | Late fee as of 12/31/17 | 220-SUBC | 781.00 | | 64,894.89 | 31822833 |
| 2/27/2018 | Late fees as of 1/29/18 | 220-SUBC | 685.00 | | 65,579.89 | 31822834 |
| 2/27/2018 | Reverse - Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | 1,832.00 | | 67,411.89 | 31824032 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,892.00) | | 65,519.89 | 31824033 |
| 2/28/2018 | 9/1/17 Rent concession | 220-SUBC | (17,706.00) | | 47,813.89 | 31822907 |
| 3/1/2018 | Electric Sub-meter 1/12/18-2/13/18 | 220-SUBC | 295.98 | | 48,109.87 | 31819077 |
| 3/1/2018 | Commercial Rent (03/2018) | 220-SUBC | 18,237.63 | | 66,347.50 | 31822686 |
| 3/1/2018 | Commercial Sprinkler and Water (03/2018) | 220-SUBC | 200.00 | | 66,547.50 | 31822687 |
| 3/1/2018 | Judgement Receivable (03/2018) | 220-SUBC | 3,505.99 | | 70,053.49 | 31822688 |
| 3/20/2018 | Electric Sub-meter 2/13/18-3/15/2018 | 220-SUBC | 139.93 | | 70,193.42 | 31847922 |
| 3/29/2018 | late fees | 220-SUBC | 2,241.00 | | 72,434.42 | 31851231 |
| 4/1/2018 | Commercial Rent (04/2018) | 220-SUBC | 18,237.63 | | 90,672.05 | 31851287 |

Ledger                                                                                      Page 4 of 4

| 4/1/2018 | Commercial Sprinkler and Water (04/2018) | 220-SUBC | 200.00 | | 90,872.05 | 31851288 |
| 4/1/2018 | Judgement Receivable (04/2018) | 220-SUBC | 3,505.99 | | 94,378.04 | 31851289 |
| 4/25/2018 | Electric Sub Meter 3/15/2018-4/13/2018 | 220-SUBC | 67.09 | | 94,445.13 | 31879060 |
| 4/27/2018 | Late fees. | 220-SUBC | 3,013.00 | | 97,458.13 | 31879372 |
| 5/1/2018 | Commercial Rent (05/2018) | 220-SUBC | 18,237.63 | | 115,695.76 | 31898407 |
| 5/1/2018 | Commercial Sprinkler and Water (05/2018) | 220-SUBC | 200.00 | | 115,895.76 | 31898408 |
| 5/1/2018 | Judgement Receivable (05/2018) | 220-SUBC | 3,505.99 | | 119,401.75 | 31898409 |
| 5/9/2018 | Security Deposit Drawdown | 220-SUBC | (65,000.00) | | 54,401.75 | 31901424 |

*Exhibit "C"*

AMENDED NOTICE OF INTENT

TO:                 Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant").

PREMISES:           All rooms/areas of a portion of the ground floor, mezzanine, and lower level, as shown hatched on the floor plans annexed hereto as Exhibit 1 and incorporated by reference as if fully set forth in length, in the building known as and located at 220 Fifth Avenue, New York, New York 10001.

LEASE:              dated December 19, 2014, by and between Landlord's predecessor-in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as tenant. Said Lease being modified by a First Lease Modification Agreement, dated June 30, 2017.

DATE OF THIS NOTICE: March 8, 2018

PLEASE TAKE NOTICE, you are justly indebted to the Landlord of the Premises in the total sum of $70,053.00, as set forth in the ledger annexed hereto as Exhibit 2 and incorporated by reference as if fully set forth in length, which sum you are required to pay on or before March 19, 2018, that being at least five (5) days after the date of service of this Notice upon you. That, in accordance with Sections 17 and 31 of the referenced Lease, if you fail to pay the aforementioned rental arrears on or before March 19, 2018, the Landlord shall be entitled to: (i) apply and retain the whole or part of the Security Deposit to the extend required for the payment of the aforementioned rental arrears; and (ii) you shall be required to deposit with Landlord the amount so applied or retained so that Landlord shall have the full Security Deposit on hand at all times during the Term pursuant to Section 31 of the referenced Lease.

PLEASE TAKE FURTHER NOTICE, this notice is served upon you pursuant to Sections 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

PLEASE TAKE FURTHER NOTICE, pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

PLEASE TAKE FURTHER NOTICE, that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

220 FIFTH REALTY LLC
[Landlord]

By: / Matthew Lembo
Title:  Vice President and Authorized Signatory

Page 1 of 1

*Exhibit "1"*

Execution                    12/19/2014                    Page 31 of 47

Exhibit "A"

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



220 5TH AVENUE, NEW YORK, NY - GROUND FLOOR PREMISES

GROUND

Please Initial Here: Landlord _____ Tenant _____

Execution                12/19/2014                    Page 32 of 47



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY – LOWER LEVEL PREMISES

Please Initial Here: Landlord _____ Tenant _____

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here:  Landlord _____  Tenant

*Exhibit "2"*

**220 5th Avenue**
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18
CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

**Summary Ledger**

| Charge Type | Total Charges |
|---|---|
| Base Rent | $142,034 |
| Reimbursements | 9,227 |
| Submetering Charges | 2,486 |
| Other Charges | 109,986 |
| Late Fees | 16,867 |
| Total Charges | $280,599 |
| Less: Payments | ($210,546) |
| Net Due | $70,053 |

## 220 5th Avenue
Scorpion Club Ventures, LLC Ledger

Last Updated: 03/07/18

CONFIDENTIAL: FOR STELLAR MANAGEMENT INTERNAL USE ONLY

**Detailed Ledger**

| Date | Description | Charge Type | Charges / Payments Charge | Payment | Balance |
|---|---|---|---|---|---|
| 04/01/2017 | Previous balance carried forward | Base Rent | $16,320 | | $16,320 |
| 04/01/2017 | Previous balance carried forward | Other Charges | 4,197 | | 20,517 |
| 04/01/2017 | Commercial Rent (04/2017) | Base Rent | 17,706 | | 40,723 |
| 04/01/2017 | Sprinkler Charge (04/2017) | Other Charges | 200 | | 40,479 |
| 04/01/2017 | (Posted by QuickTrans (sec/rep) | Other Charges | 100,000 | | 140,423 |
| 04/01/2017 | Chk# QuickTrans Posted by QuickTrans | Payment | | 100,000 | 40,423 |
| 05/01/2017 | Electric Sub-meter 03/2117-04/15/17 | Stray/stolng Charge | 227 | | 40,651 |
| 05/01/2017 | Commercial Rent (05/2017) | Base Rent | 17,706 | | 59,357 |
| 05/01/2017 | Sprinkler Charge (05/2017) | Other Charges | 200 | | 59,557 |
| 06/01/2017 | Commercial Rent (06/2017) | Base Rent | 17,706 | | 61,264 |
| 06/01/2017 | Sprinkler Charge (08/2017) | Other Charges | 200 | | 76,464 |
| 06/01/2017 | Electric Sub-meter 4/19/17-05/09/17 | Submetering Charges | 155 | | 76,619 |
| 07/01/2017 | Electric Sub-meter 5/09/17-06/03/17 | Submetering Charges | 244 | | 76,863 |
| 07/01/2017 | Commercial Rent (07/2017) | Base Rent | 17,706 | | 94,569 |
| 07/01/2017 | Commercial Sprinkler and Water (07/2017) | Other Charges | 200 | | 94,769 |
| 07/25/2017 | Chk# 16797/18322 :CHECK/scan Payment | Payment | | 19,536 | 75,232 |
| 08/01/2017 | Real Estate Tax fee for period 07/17-05/18 | Reimbursements | 8,772 | | 84,005 |
| 08/01/2017 | Electric sub-meter 06/03/17-07/07/17 | Submetering Charge | 201 | | 84,660 |
| 08/01/2017 | Commercial Rent (08/2017) | Base Rent | 17,706 | | 102,366 |
| 08/01/2017 | Commercial Sprinkler and Water (08/2017) | Other Charges | 200 | | 102,566 |
| 09/01/2017 | Electric sub-meter 7/07/17-08/06/17 | Submetering Charges | 189 | | 102,747 |
| 09/01/2017 | Commercial Rent (09/2017) | Base Rent | 17,706 | | 120,453 |
| 09/01/2017 | Commercial Sprinkler and Water (09/2017) | Other Charges | 200 | | 120,653 |
| 10/01/2017 | Electric sub-meter 08/04/17-09/07/17 | Submetering Charge | 165 | | 120,818 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 7,895 | | 128,810 |
| 10/01/2017 | Commercial Rent (10/2017) | Base Rent | 10,801 | | 139,016 |
| 10/01/2017 | Commercial Sprinkler and Water (10/2017) | Other Charges | 200 | | 139,016 |
| 10/18/2017 | Cont October 2017 Rent | Base Rent | (86,461) | | 52,555 |
| 10/18/2017 | October 2017 Debit Judgment | Base Rent | 3,510 | | 56,065 |
| 10/18/2017 | Credit Sprinkler charge | Other Charges | (600) | | 55,465 |
| 11/01/2017 | Electric sub-meter 09/07/17-10/05/17 | Submetering Charges | 249 | | 55,720 |
| 11/01/2017 | Commercial Rent (11/2017) | Base Rent | 18,238 | | 73,982 |
| 11/01/2017 | Commercial Sprinkler and Water (11/2017) | Other Charges | 200 | | 74,162 |
| 11/01/2017 | Judgment Receivable (11/2017) | Base Rent | 3,506 | | 77,693 |
| 11/02/2017 | Chk# 031111 :CHECK/scan Payment | Payment | | 22,035 | 55,658 |
| 11/15/2017 | 4 Replacement Meter | Other Charges | 2,143 | | 57,801 |
| 11/28/2017 | Chk# ACH/WEB Online Payment Reversed by chk#65810795 | Payment | | 12,000 | 45,801 |
| 11/29/2017 | Chk# ACH/WEB Online Payment Reversal by chk#65810795 | Payment | | 8,890 | 30,911 |
| 11/30/2017 | Chk# ACH/WEB Online Payment | Payment | | 3,880 | 34,801 |
| 12/01/2017 | Electric sub-meter 10/12/17-11/20/17 | Submetering Charges | 193 | | 35,214 |
| 12/01/2017 | Commercial Rent (12/2017) | Base Rent | 18,238 | | 44,451 |
| 12/01/2017 | Commercial Sprinkler and Water (12/2017) | Other Charges | 200 | | 44,651 |
| 12/01/2017 | Judgment Receivable (12/2017) | Base Rent | 3,506 | | 44,157 |
| 12/01/2017 | Late fees as of December 2017 | Late Fees | 24,572 | | 72,729 |
| 12/07/2017 | Chk# ACH/WEB Online Payment | Payment | | 13,000 | 59,729 |
| 12/15/2017 | Returned check charge | Other Charges | 75 | | 59,754 |
| 12/15/2017 | Chk# ACH/WEB NSF receipt Chk# R4084/4 | Payment | | (9,890) | 68,644 |
| 12/15/2017 | Chk# ACH/WEB NSF receipt Chk# G406636 | Payment | | (12,000) | 81,614 |
| 12/20/2017 | Chk# ACH/WEB Online Payment | Payment | | 22,000 | 58,605 |
| 12/29/2017 | Chk# ACH/WEB Online Payment | Payment | | 24,047 | 35,521 |
| 12/31/2017 | December 2017 Late fees | Late Fees | 1,000 | | 52,451 |
| 01/01/2018 | Electric submeter 11/9/17-12/11/17 | Submetering Charges | 293 | | 37,114 |
| 01/01/2018 | Commercial Rent (01/2018) | Base Rent | 18,238 | | 55,656 |
| 01/01/2018 | Commercial Sprinkler and Water (01/2018) | Other Charges | 250 | | 55,839 |
| 01/01/2018 | Judgment Receivable (01/2018) | Base Rent | 3,506 | | 59,729 |
| 01/25/2018 | Late fees | Late Fees | 1,822 | | 61,561 |
| 02/01/2018 | Electric sub-meter 12/13/18-1/12/18 | Submetering Charges | 241 | | 61,802 |
| 02/01/2018 | Commercial Rent (02/2018) | Base Rent | 18,238 | | 80,054 |
| 02/01/2018 | Commercial Sprinkler and Water (02/2018) | Other Charges | 200 | | 82,274 |
| 02/01/2018 | Judgment Receivable (02/2018) | Base Rent | 3,506 | | 83,760 |
| 02/01/2018 | Late fees | Late Fees | 1,309 | | 85,176 |
| 02/27/2018 | Change on April 2017 reapies even with respect to the release of the rent on the top Hip | Other Charges | 1,060 | | 86,236 |
| 02/27/2018 | Reverse water chrg on 03/2018 | Base Rent | 26,463 | | 113,434 |
| 02/27/2018 | Write-off the correct balance on 7/25/17 | Base Rent | (70,536) | | 36,963 |
| 02/27/2018 | 12/17 Rent concession | Base Rent | (17,703) | | 29,197 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/17 | Late Fees | (24,572) | | 54,615 |
| 02/27/2018 | Credit incorrect amount of late fee in 12/31/17 | Late Fees | (1,900) | | 52,715 |
| 02/27/2018 | Credit incorrect amount of late fee in 0/2018 | Late Fees | (1,822) | | 53,863 |
| 02/27/2018 | Late fee as of 12/17/17 | Late Fees | 15,231 | | 64,054 |
| 02/27/2018 | Late fee as of 12/31/17 | Late Fees | 241 | | 64,835 |
| 02/27/2018 | Late fees as of 1/2018 | Late Fees | 643 | | 65,524 |
| 02/28/2018 | 2017 Rent concession | Base Rent | (17,706) | | 52,544 |
| 03/01/2018 | Electric Sub-meter 1/12/18-2/09/18 | Submetering Charges | 254 | | 47,477 |
| 03/01/2018 | Commercial Rent (03/2018) | Base Rent | 18,238 | | 65,656 |
| 03/01/2018 | Commercial Sprinkler and Water (03/2018) | Other Charges | 200 | | 66,539 |
| 03/01/2018 | Judgment Receivable (03/2018) | Base Rent | 3,506 | | 70,055 |
| **Total** | | | **$280,690** | **$210,546** | **$70,055** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                        } s.s.

COUNTY OF NEW YORK  }

        I, Tara George being duly sworn, deposes and says:

        I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

        On March 8, 2018, I served the within *AMENDED NOTICE OF INTENT* upon:

Scorpion Fitness, Inc.
220 Fifth Avenue,
New York, New York 10001

Scorpion Club Ventures LLC
220 Fifth Avenue,
New York, New York 10001

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

Massimo F. D'Angelo
ADAM LEITMAN BAILEY, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728781US, EF139728778US, EF139728764US, EF139728821US, EF139728818US, EF139728804US, EF139728795US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

                                     Tara George

Sworn to before me this
___ day of March, 2018

_____
    Notary Public

JENNIFER MARIE COLOSIMO
Notary Public, State of New York
No. 01CO6300429
Qualified in Richmond County
Commission Expires April 16, 20 20



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

\$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
6A Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

\$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

\$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
6A Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

\$1.400
US POSTAGE
FIRST-CLASS
062S0007861483
10007

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
325 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065







**CUSTOMER USE ONLY**

FROM:

KD88OFF, PLLC
217 BROADWAY, SUITE H 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion          (Asm)

USPS Corporate Acct. No.    092004

TO:
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

1 0 0 0 1

EF 139728781 US

UNITED STATES POSTAL SERVICE    PRIORITY MAIL EXPRESS

Amended notice of intent

---

**CUSTOMER USE ONLY**

FROM:

KD88OFF, PLLC
217 BROADWAY, SUITE H 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion          (Asm)

USPS Corporate Acct. No.    092004

TO:
Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 90
New York, New York 10016

1 0 0 1 6

EF 139728821 US

UNITED STATES POSTAL SERVICE    PRIORITY MAIL EXPRESS

Amended notice of intent

## CUSTOMER USE ONLY

FROM:

KOSOFF, PLLC
217 BROADWAY, SUITE H 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion    (Asm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS Corporate Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: *(PLEASE PRINT)*

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4 (U.S. ADDRESSES ONLY)
1 0 0 1 6

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance included.

Amended notice of intent

EJ 139728804 US

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

---

## CUSTOMER USE ONLY

FROM:

KOSOFF, PLLC
217 BROADWAY, SUITE H 401
NEW YORK, NY 10007-2944

220 Fifth, Scorpion    (Asm)

**PAYMENT BY ACCOUNT (if applicable)**
USPS Corporate Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: *(PLEASE PRINT)*

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4 (U.S. ADDRESSES ONLY)
1 0 0 1 6

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance included.

Amended notice of intent

EJ 139728818 US

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®





Amended Notice of Intent

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          }
                           } s.s.
COUNTY OF NEW YORK   }

I, Tara George being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On May 10, 2018, I served the within *NOTICE AND DEMAND TO REPLENISH AND PAY* upon:

Scorpion Fitness, Inc.                          Scorpion Fitness, Inc.
220 Fifth Avenue,                               88 Lexington Ave., Ste. 9D
New York, New York 10001                        New York, New York 10016

Scorpion Club Ventures LLC                      Scorpion Club Ventures LLC
220 Fifth Avenue,                               88 Lexington Ave., Ste. 9D
New York, New York 10001                        New York, New York 10016

Scorpion Fitness, Inc.                          Massimo F. D'Angelo
325 Fifth Avenue, Ste. 41E                      ADAM LEITMAN BAILEY, P.C.
New York, New York 10016                        One Battery Park Plaza, Eighteenth Floor
                                                New York, New York 10004

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF167483824US, EF167483775US, EF167483807US, EF167483798US, EF167483577US, EF167483550US, EF167483563US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Tara George

Sworn to before me this
11th day of May, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6169845
Qualified in Queens County
Commission Expires April 19, 20 20



UNITED STATES
POSTAL SERVICE®

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC

220 Fifth Avenue

New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
MAY 10 2018

---

UNITED STATES
POSTAL SERVICE®

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Club Ventures LLC

325 Fifth Avenue, Ste. 41E

New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
MAY 10 2018

---



UNITED STATES
POSTAL SERVICE®

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

220 Fifth Avenue

New York, New York 10001

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
MAY 10 2018

---

UNITED STATES
POSTAL SERVICE®

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC

217 Broadway – Suite 401

New York, NY 10007

To: Scorpion Fitness, Inc.

325 Fifth Avenue, Ste. 41E

New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.40 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007
MAY 10 2018



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures, LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
062S0007861483 10007
MAY 10 2019
CHURCH ST STATION NEW YORK, NY 10007

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
062S0007861483 10007
MAY 10 2019
CHURCH ST STATION NEW YORK, NY 10007

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

PS Form 3817, April 2007 PSN 7530-02-000-9065

$1.400
US POSTAGE
FIRST-CLASS
062S0007861483 10007
MAY 10 2019
CHURCH ST STATION NEW YORK, NY 10007

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (If applicable)**
USPS* Corporate Acct. No.    092004

EF 167483775 US

UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4 (U.S. ADDRESSES ONLY)    1 0 0 0 1

PO ZIP Code 10007    Scheduled Delivery Date 5.11.18    Postage 24.70
Date Accepted 5.10.18    Time Accepted 4:39 AM    Weight 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included. (C.R.) 220 fifth scorpion
Notice and Demand to Replenish and Pay

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

**PAYMENT BY ACCOUNT (If applicable)**
USPS* Corporate Acct. No.    092004

EF 167483824 US

UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4 (U.S. ADDRESSES ONLY)    1 0 0 0 1

PO ZIP Code 10007    Scheduled Delivery Date 5.11.18    Postage 24.70
Date Accepted 5.10.18    Time Accepted 4:58 AM    Weight 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included. (C.R.) 220 fifth scorpion
Notice and Demand to Replenish and Pay

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

EP 167483798 US

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service® Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance included.    (C.R.) 220 Fifth Scorpion
Notice and Demand to Replenish and Pay

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10007    Scheduled Delivery Date: 5.11.18    Postage: 24.70
Date Accepted: 5.10.18    Scheduled Delivery Time    Insurance Fee    COD Fee
Time Accepted: 5:03 PM    Total Postage & Fees: 24.70
Weight: 2

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

EP 167483807 US

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service® Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance included.    (C.R.) 220 Fifth, Scorpion
Notice and Demand to Replenish and Pay

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10007    Scheduled Delivery Date: 5.11.18    Postage: 24.70
Date Accepted: 5.10.18    Scheduled Delivery Time    Insurance Fee    COD Fee
Time Accepted: 5:10 PM    Total Postage & Fees: 24.70
Weight: 2

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)                    PHONE ( )  1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483550 US

UNITED STATES POSTAL SERVICE

PRIORITY MAIL EXPRESS™

PAYMENT BY ACCOUNT (If applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 10007
Date Accepted (MM/DD/YY): 5-10-18
Time Accepted: 5:05 AM/PM
Scheduled Delivery Date: 5-11-18
Weight: 2

TO: (PLEASE PRINT)                    PHONE ( )
Scorpion Club Ventures LLC
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.
(C.R.) 220 Fifth. Scorpion

Notice and Demand to Replenish and Pay

MAY 10 2018 NEW YORK NY

LABEL 11-F, SEPTEMBER 2015        PSN 7690-02-000-9996        2-CUSTOMER COPY

---

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)                    PHONE ( )  1-212-267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483577 US

UNITED STATES POSTAL SERVICE

PRIORITY MAIL EXPRESS™

PAYMENT BY ACCOUNT (If applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 10007
Date Accepted (MM/DD/YY): 5-10-18
Time Accepted: 5:05 AM/PM
Scheduled Delivery Date: 5-11-18
Weight: 2
Postage: 24.70
Total Postage & Fees: 24.70

TO: (PLEASE PRINT)                    PHONE ( )
Scorpion Fitness, Inc.
88 Lexington Ave, Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.
(C.R.) 220 Fifth. Scorpion

Notice and Demand to Replenish and Pay

MAY 10 2018

LABEL 11-F, SEPTEMBER 2015        PSN 7690-02-000-9996        2-CUSTOMER COPY



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  212-267-6364

MITCHELL H KOBSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 167483563 US

**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    092004

**DELIVERY OPTIONS (Customer Use Only)**

ORIGIN (POSTAL SERVICE USE ONLY)

ZIP Code: 10001    Scheduled Delivery Date: 5.11.18    Postage: $26.70

Date Accepted: 5.10.18    Time Accepted: 4:56 PM    Weight: 2

TO: (PLEASE PRINT)    PHONE ( )

Massimo F. D'Angelo
Adam Leitman Bailey P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)    1 0 0 0 4 -

For pickup or USPS Tracking,™ visit USPS.com or call 800-222-1811.
$100.00 insurance included.

C.R. 220 fifth scorpion

Notice and Demand to Replenish and Pay

2-CUSTOMER COPY

Notice and Demand to Replenish and Pay

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       }
                        } s.s.
COUNTY OF NEW YORK   }

      I, Tara George being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

      On May 29, 2018, I served the within *NOTICE OF DEFAULT* upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Massimo F. D'Angelo<br>ADAM LEITMAN BAILEY, P.C.<br>One Battery Park Plaza, Eighteenth Floor<br>New York, New York 10004 |
| Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | |

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF167483679US, EF167483665US, EF167483648US, EF167483722US, EF167483719US, EF167483651US, EF167483705US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

                                      Tara George

Sworn to before me this
30th day of May, 2018

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108548
Qualified in Queens County
Commission Expires April 19, 20 22



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness Inc.
325 Fifth Avenue Ste. 4E
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

---



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
325 Fifth Avenue Ste. 4E
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here

$1.40 0
US POSTAGE
FIRST-CLASS
84106200786 1483
10007

Postmark Here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here

$1.40 0
US POSTAGE
FIRST-CLASS
84106200786 1483
10007

Postmark Here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Massimo F. D'Angelo
Adam Leitman Bailey P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here

$1.40 0
US POSTAGE
FIRST-CLASS
84106200786 1483
10007

Postmark Here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To: Scorpion Club Ventures, LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065



FROM: (PLEASE PRINT)    PHONE ( )   212-267-6364

MITCHELL H KOBSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

PAYMENT BY ACCOUNT (If applicable)

092004

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 -

Re: Default Notice.

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

2-CUSTOMER COPY



CUSTOMER USE ONLY
FROM: PLEASE PRINT

PHONE ( 212 267-6364

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

052004

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

UNITED STATES
POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

EF 167483665 US

2-CUSTOMER COPY



CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( 212 ) 267-6364

MITCHELL H. KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)

SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4 (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

Default notice

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
| | $

Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
| ☐ 10:30 AM  ☐ 3:00 PM | $ | $
| ☐ 12 NOON | |

Time Accepted | ☐ AM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee
| ☐ PM | $ | $ | $

Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees
lbs.    ozs. | | $ | $

| | Acceptance Employee Initials |

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time | ☐ AM | Employee Signature
| | ☐ PM |

Delivery Attempt (MM/DD/YY) | Time | ☐ AM | Employee Signature
| | ☐ PM |

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

EP13F Oct 2018    EI 674837222 US

UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™



CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( 1 212 267 6944

MITCHELL H KOSSOFF ESQ
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

220 ATTM. Scorpion    (MTT)

PAYMENT BY ACCOUNT (If applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (
Scorpion Fitness, Inc.
88 Lexington Ave. Ste. 92
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

Default notice

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
                                                    $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
                            ☐ 10:30 AM  ☐ 3:00 PM    $              $
                            ☐ 12 NOON

Time Accepted    ☐ AM    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal
                 ☐ PM    $                        $                     Transportation Fee
                                                                        $

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
          lbs.    ozs.    $                            $

                         Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                       ☐ PM

Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                       ☐ PM

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

UNITED STATES POSTAL SERVICE®

EF 267483719 US

PRIORITY
★ MAIL ★
EXPRESS™



USTOMER USE ONLY

ROM: (Please Print)

MITCHELL H KOSSOFF-EBG
KOSSOFF PLLC
217 BROADWAY, RM 401
NEW YORK, NY 10007-2944

PHONE ( ) 212 267 6364

PRIORITY
★ MAIL ★
EXPRESS™

UNITED STATES
POSTAL SERVICE ®

EF 267483650 US

220 Fifth Scorpion          (KH)

092004

DELIVERY OPTIONS (Customer Use Only)

DELIVER TO: (Please Print)        PHONE ( )

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

1 0 0 1 6 -

Default notice

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

$100.00 insurance included.

LABEL 11-F, SEPTEMBER 2015        PSN 7690-02-000-9996        2-CUSTOMER COPY



*Exhibit "C"*

## SUPPLEMENTAL NOTICE OF DEFAULT

**TO:**          Scorpion Fitness Inc. and Scorpion Club Ventures, LLC ("Tenant")
and John Shams ("Guarantor").

**PREMISES:**    All rooms/areas of a portion of the ground floor, mezzanine, and
lower level, as shown hatched on the floor plans annexed hereto
as **Exhibit 1** and incorporated by reference as if fully set forth in
length, in the building known as and located at 220 Fifth Avenue,
New York, New York 10001.

**LEASE:**       dated December 19, 2014, by and between Landlord's predecessor-
in- interest, Dino & Sons Realty Corp., as landlord, and Tenant, as
tenant. Said Lease being modified by a First Lease Modification
Agreement, dated June 30, 2017.

**GUARANTY:**    dated December 22, 2014, by Guarantor, as guarantor.

**DATE OF THIS NOTICE:** October 26, 2018.

**PLEASE TAKE NOTICE** that Tenant is in default of Articles 3, 13, 17, 47(a), 47(b), 47(c), 47(d), 47(f), 53, 58, and 69 of the Lease and Article 4 of the First Lease Modification Agreement, which provisions deal in pertinent part with Tenant's obligations: (a) to, on or before December 31, 2017, complete all of Tenant's Work in full compliance with law, and violation and lien free and fully open for business to the public within the Premises as a fully operable physical fitness center with reasonable, regular daily hours of operation; (b) to comply with all laws, rules, orders, ordinances, and regulations at any time issued or in force of the Federal, State and Local Governments, and of each and every department, bureau and official thereof; (c) to provide the Landlord access to the Premises to examine and inspect the Premises and Tenant's Work; (d) to, prior to undertaking any alterations, obtain all permits, approvals and certificates and deliver the same to Landlord; (e) to obtain prior written approval from Landlord of all alterations, of contractors retained by Tenant, and of all contractors undertaking work in the Premises on Tenant's behalf; (f) to hire contractors that will not interfere or cause conflict with other contractors or laborers at the building; (g) to use contractors that maintain the required insurance and furnish evidence of said insurance for all contractors to the Landlord; (h) to undertake alterations in compliance with plans approved by Landlord and by contractors approved by Landlord; and (i) what actions on Tenant's part are deemed defaults under the Lease.

**PLEASE TAKE FURTHER NOTICE**, more specifically, Tenant has violated and continue to violate the aforementioned provisions of the Lease by:

(i) failing, on or prior to December 31, 2017, to fully complete all of Tenant's Work and all other alterations necessary or desirable for the conduct of Tenant's business within the Premises (with all work performed in accordance with the Lease, in full compliance with law, and violation and lien free), in all events in full compliance with the terms and provisions of the Lease and fully open for business to the public within the demised premises as a fully operable physical fitness center with reasonable, regular daily hours of operation;

(ii) failing to have work and/or construction undertaken in the Premises in a good and workmanlike manner, by using contractors or laborers which have interfered or caused conflict with other contractors or laborers at the building, and by failing to maintain in effect permits for work and/or construction undertaken in the Premises. A copy of the list of permits for Job No: 122665188 showing all the permits are expired is annexed hereto as **Exhibit A** and incorporated by reference as if fully set forth in length;

(iii) failing to furnish evidence of the requisite insurance for all contractors or laborers employed by Tenant in the Premises;

(iv) having work and/or construction undertaken in the Premises in violation of New York City Construction Codes resulting in the issuance of two (2) Stop Work Orders, on September 25, 2018 and October 15, 2018, and the issuance of DOB Violation Nos. 092518C0502EH and 101118CSPOBA03, a copy of which is annexed hereto as **Exhibit B** and incorporated by reference as if fully set forth in length;

(v) continuing to have work and/or construction undertaken in the Premises in violation of the Stop Work Orders, without the prior written permission of the Landlord, without contractors submitted to the Landlord for approval, without permits from the NYC Department of Buildings, and without presenting proof that the contractors maintain the required insurance. Landlord has been advised of the same by four (4) contractors claiming to have done so at Tenant's behest. Letters and/or contracts signed by Tenant and received by Landlord from three (3) contractors unknown to Landlord who state they have undertaken work in the Premises at Tenant's direction in violation of the Stop Work Orders, without permits from the NYC Department of Buildings, and without presenting proof of insurance are collectively annexed hereto as **Exhibit C** and incorporated by reference as if fully set forth in length;

(vi) removing the fire stair landing door without the permission or consent of Landlord, in violation of the plans approved by the NYC Department of Buildings, without proper permits, and in violation with law, a photograph of which is annexed hereto as **Exhibit D** and incorporated by reference as if fully set forth in length;

(vii) removing the wall and fire proof self-closing doors on the plans approved by the NYC Department of Buildings, as shown on the plans annexed hereto as **Exhibit E** and incorporated by reference as if fully set forth in length, without approval from the Landlord or the NYC Department of Buildings and without permits from the NYC Department of Buildings and which has a material and adverse effect on the building, its systems and/or facilities; and

(vii) installing a two by four piece of wood to block access to the Premises and the emergency egress into and out of the Premises resulting in the issuance on 08/29/2018 of ECB Violation Nos. 35355136J and 35355135H, a copy of which is annexed hereto as **Exhibit F** and incorporated by reference as if fully set forth in length.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Articles 17 and 31 of the Lease, you are hereby required cure such defaults **on or before November 15, 2018**, that being more than

fifteen (15) days after service of this Notice upon you, and, upon Tenant's failure to so cure, the Landlord will elect to terminate Tenant's tenancy in accordance with Article 17 of the Lease.

**PLEASE TAKE FURTHER NOTICE,** this Notice is served upon you pursuant to Articles 17, 27, and 31 of the Lease and other applicable provisions of law and/or statutes.

**PLEASE TAKE FURTHER NOTICE,** that this Notice will not serve to vitiate a certain Notice of Default, dated May 29, 2018, and served upon you, is being served upon you without prejudice to a certain Notice of Default, dated May 29, 2018, and is merely being served as a supplement of additional defaults and breaches that must be cured and which act as a separate and independent notice and basis for Tenant's ouster from the Premises in not cured in accordance with this Notice and in the event the Landlord fails to secure Tenant's ouster from the Premises pursuant to the aforementioned Notice of Default, dated May 29, 2018.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Sections 19, 31, and 51(B) of the Lease, you are responsible for any and all legal expenses and attorneys' fees incurred by the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that any response to this Notice must be sent and directed to the below-named attorneys for the Landlord.

**220 FIFTH REALTY LLC**
[Landlord]

By: Pawan Melgiri
Title: Senior Vice President & Authorized
Signatory

Kossoff, PLLC
Attorneys for Landlord
By: Joseph Goldsmith, Esq.
217 Broadway, Suite 401
New York, New York 10007
Tel.: (212) 267-6364
Email: jgoldsmith@kaulaw.com

*Exhibit "1"*

Execution                    12/19/2014                    Page 31 of 47

The Demised Premises

Not to scale; all dimensions approximate; subject to actual conditions.



Please Initial Here: Landlord_____ Tenant _____

Execution                    12/19/2014                    Page 32 of 47



LOWER LEVEL

220 5TH AVENUE, NEW YORK, NY - LOWER LEVEL PREMISES

24

Please Initial Here. Landlord_____ Tenant

Execution                    12/19/2014                    Page 33 of 47



MEZZANINE

25

Please Initial Here: Landlord_____ Tenant

*Exhibit "A"*

10/19/2018                                Issued and Possible Permits

                                        

## Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

### Issued and Possible Permits

| Premises: 218 5 AVENUE MANHATTAN | | | | | Job No: 122665188 |
|---|---|---|---|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | | | | | Job Type: A2 - ALTERATION TYPE 2 |

#### PERMIT INFORMATION

| NUMBER-DOC-TYPE | HISTORY | SEQ NO | FIRST ISSUE DATE | LAST ISSUE DATE | STATUS | APPLCNT |
|---|---|---|---|---|---|---|
| 122665188-01-EW OT | History | 03 | 08/16/2016 | 10/16/2017 | ISSUED | BRYANT |
| 122665188-02-EW MH | History | 03 | 08/16/2016 | 02/15/2018 | ISSUED | ALLICK |
| 122665188-02-PL | History | 02 | 08/23/2016 | 10/16/2017 | ISSUED | ANAGNOSTO |
| 122665188-03-EW OT | History | 03 | 08/16/2016 | 10/16/2017 | ISSUED | BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018    Permit History

    

**Buildings**    ☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
**Permit History**

| Premises: 218 5 AVENUE MANHATTAN | | | | | Job No: 122665188 | |
| BIN: 1015650  Block: 828  Lot: 35 | | | | | Job Type: A2 - ALTERATION TYPE 2 | |
| PERMIT INFORMATION | | | | | | |
| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
|---|---|---|---|---|---|---|
| 122665188-03-EW | OT | 01 | 08/16/2016 | 07/28/2017 | T - ISSUED | PAUL GAMBINO |
| 122665188-03-EW | OT | 02 | 05/18/2017 | 05/01/2018 | T - ISSUED | JOSEPH ANTHONY |
| 122665188-03-EW | OT | 03 | 10/16/2017 | 05/24/2018 | T - ISSUED | PETER BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018                                                        Permit History





☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

**NYC Department of Buildings**
## Permit History

| Premises: 218 5 AVENUE MANHATTAN | | | | Job No: 122665188 | | |
|---|---|---|---|---|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | | | | Job Type: A2 - ALTERATION TYPE 2 | | |
| PERMIT INFORMATION | | | | | | |
| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
| 122665188-02-PL | | 01 | 08/23/2016 | 08/23/2017 | T - ISSUED | MARC BRESLAW |
| 122665188-02-PL | | 02 | 10/16/2017 | 10/16/2018 | T - ISSUED | JAMES ANAGNOSTOS |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018                                            Permit History

                                                    

**Buildings**                                    ☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## Permit History

| Premises: 218 5 AVENUE MANHATTAN | | | | | Job No: 122665188 | |
|---|---|---|---|---|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | | | | | Job Type: A2 - ALTERATION TYPE 2 | |

| PERMIT INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| PERMIT NUMBER | SUB TYPE | SEQ NO | ISSUE DATE | EXPIRATION DATE | STATUS | APPLICANT |
| 122665188-01-EW | OT | 01 | 08/16/2016 | 07/28/2017 | T - ISSUED | PAUL GAMBINO |
| 122665188-01-EW | OT | 02 | 05/16/2017 | 05/01/2018 | T - ISSUED | JOSEPH ANTHONY |
| 122665188-01-EW | OT | 03 | 10/16/2017 | 05/24/2018 | T - ISSUED | PETER BRYANT |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

*Exhibit "B"*

10/26/2018                          Overview for Complaint #:1492389 = RESOLVED





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Overview for Complaint #:1492389 = RESOLVED

Complaint at: 220 5 AVENUE                     BIN: 1015650       Borough: MANHATTAN      ZIP: 10001

Re: SAFETY COMPLIANCE INSPECTION

**Category Code:**          1Z   ENFORCEMENT WORK ORDER (DOB)
                            ENFORCEMENT WORK ORDER : INTRA-AGENCY REFERRAL

**Assigned To:**        EXECUTIVE INSPECTIONS                            **Priority:** D

**Received:**     10/11/2018                 **Block:** 828   **Lot:** 35          **Community Board:** 105
**Owner:**        DINO SON REALTY CORP

            **Last Inspection:** 10/11/2018 - - BY BADGE # 2727
               **Disposition:** 10/15/2018 - L1 - PARTIAL STOP WORK ORDER
       **DOB Violation #:** 101118CSPOBA03
       **ECB Violation #:** 35361767R
               **Comments:** ACTIVE WOTRK@GROUND FL GYM WITH INTERIOR STAIR CASE MISSING ALL
                             HAND/GUARD RAILS

## Complaint Disposition History

| # | Disposition Date | Disposition Code | Disposition | Inspection By | Date |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

10/26/2018                          Overview for Complaint #:1490546 = RESOLVED





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**Overview for Complaint #:1490546 = RESOLVED**

| Complaint at: 220 FIFTH AVENUE | BIN: 1015650 | Borough: MANHATTAN    ZIP: 10001 |

Re:  BOROUGH COMMISSIONER HAS ISSUE STOP WORK ORDER FOR PERMIT #122662188 DUE TO CONTRACTOR
WITHDRAWAL

**Category Code:**        1X    CONSTRUCTION ENFORCEMENT WORK ORDER (DOB)
                    ENFORCEMENT WORK ORDER : INTER-AGENCY REFERRAL

**Assigned To:**        MANHATTAN BOROUGH OFFICE                        **Priority:** D

**Received:**      09/24/2018              **Block:** 828      **Lot:** 35              **Community Board:** 105
**Owner:**        X X

          **Last Inspection:** 09/25/2018 - - BY BADGE # 2669
          **Disposition:** 09/25/2018 - L1 - PARTIAL STOP WORK ORDER
**DOB Violation #:**  092518C0502EH/305844
          **Comments:** STOP WORK ORDER ISSUED TO APPLICATION/PERMITS #122662188, DUE TO
                    CONTRACTOR WITHDRAWAL

**Complaint Disposition History**

| # | Disposition Date | Disposition Code | Disposition | Inspection By | Date |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

10/19/2018                              DOB Violation Display for 092518C0502EH

                                                      

**Buildings**                                    ⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### DOB Violation Display for 092518C0502EH

Premises: 218 5 AVENUE MANHATTAN                          BIN: 1015650   Block: 828   Lot: 35

| | | | |
|---|---|---|---|
| Issue Date: | 09/25/2018 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | C - CONSTRUCTION | | |
| Violation Number: | 0502EH | Device No.: | |
| ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | THE BOROUGH COMMISSIONER HAS ISSUED A STOP WORK ORDER FOR APPLICATION/ PERMITS # 122662188 DUE TO CONTRACTOR WITHDRAWL. STOP ALL WORK, MAKE S ITE SAFE, PROVIDE ALL REQUIRED INFORMATION TO BOROUGH COMMISSIONER'S O FFICE FORTHWITH | | |

Disposition:

Code:                          Date:
Inspector:
Comments:

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

*Exhibit "C"*

September 26, 2018

Landlord
220 Fifth Avenue
New York, NY 10000

Re:    Fitness Club in cellar work

Dear Sir,

I want to advise you that I have performed carpentry work for John Shams along with a lot of other contractors in the cellar level of your building.    I performed carpentry work, removing existing work built by other contractors before me, and modifying and building new work the John wanted changed from the original plan.    I built some new framing for walls and ceilings, sheetrock, took existing new ceilings down, built new ceilings with structural supports to the underside of the slab in the reception area, built lighting track coves, installed flooring in the studio, built millwork bases for lockers.    John said he would pay in Cash.  He gave me a small amount of money at the start, but did not pay any balance of money owed, and he has not allowed me back in to get my tools.  He claims the tools have disappeared, but there are others working down there at night and weekends who have said they have seen my tools down there. These other men doing electrical, plumbing, and carpentry on the weekend are also owed money and are going to get attorneys to get paid.  He never asked us to get insurance, he just wanted us to hurry and build and not let anyone know we were down there working.  I am letting you know I will be getting an attorney or filing a lien to get the money owed to me.

I performed this work from September 10, 2018 through September 24, 2018.

Sincerely,

Matthew Breen
144 North 7th Street
Brooklyn, NY    11211
347.221.4043

October 12, 2018

Letter for:
Security desk at 220 Fifth Avenue
New York, NY 10001

I am Jamal Kazokov. I performed tile work in the cellar at 220 Fifth Avenue from September 30 to October 4, days and nights. I tiled the showers and set the plumbing drains. Mr. John Shams promised to pay me cash. He paid us nothing. I am getting an attorney to collect my money.

Signed: *J. Kazoka*

Jamaladdin Kazokov   (347) 962-4211

1245 Avenue H
Apt 1P
Brooklyn, NY  11235

7/16/18

THIS IS TO STATE THAT

MATT ~~BURNS~~ WILL BE PAID

$550 PER DAY FOR THE

SCOPE OF WORK OF THIS

PROJECT.

*Exhibit "D"*

*Exhibit "E"*



*Exhibit "F"*

10/19/2018                                                        ECB Violation Details



# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS



NYC Department of Buildings

## ECB Violation Details

| | |
|---|---|
| **Premises: 218 5 AVENUE MANHATTAN** | **Filed At: 220 5 AVENUE , MANHATTAN , NY 10001** |
| **BIN: 1015650   Block: 828   Lot: 35** | **Community Board: 105** |

## ECB Violation Summary                              VIOLATION OPEN

ECB Violation Number: 35355136J

Severity: CLASS - 1                    Certification Status: NO COMPLIANCE RECORDED
Penalty Balance Due: $0.00                    Hearing Status: PENDING

## Respondent Information

Name:          IDDC LLC GIC #617506
Mailing Address:    420 E 79 ST SUITE 2A , NEW YORK , NY 10075

## Violation Details

Violation Date:    08/29/2018          Violation Type:    CONSTRUCTION
Served Date:    08/29/2018          Inspection Unit:    EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 109 | BC 3301.2,27-1009(A) | FAIL TO SAFEGUARD PERS/PROPERTY AFFECTED BY CONSTRUCTION OP |

Specific Violation Condition(s) and Remedy:
FAILURE TO SAFEGUARD ALL PERSONS AND PROEPRTY AFFECTED BY
CONSTRUCTIONOPERATION.NOTED:PREMISES 20 STORY COMMERCIAL BUILDING A GYM CONSTRUCTION IN
PROGRESS UNDER PERMIT #122665188 AT 1ST FLOOR AND BASEMENT LEVEL

Issuing Inspector ID:    2748                    DOB Violation Number: 10182018CERMA02
Issued as Aggravated Level:  NO

## Dept. of Buildings Compliance History and Events

Certification Status:    NO COMPLIANCE RECORDED              Compliance On:
A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time:  10/18/2018  8:30    Hearing Status:    PENDING

## ECB Penalty Information

Penalty Imposed:    $0.00
Adjustments:    $0.00          Amount Paid:    $0.00
Penalty Balance Due:    $0.00

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.




# Buildings

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## ECB Violation Details

| Premises: 218 5 AVENUE MANHATTAN | Filed At: 220 5 AVENUE , MANHATTAN , NY 10001 |
|---|---|
| BIN: 1015650   Block: 828   Lot: 35 | Community Board: 105 |

## ECB Violation Summary                                    VIOLATION OPEN

ECB Violation Number: 35355135H

| Severity: CLASS - 1 | Certification Status: NO COMPLIANCE RECORDED |
|---|---|
| Penalty Balance Due:  $0.00 | Hearing Status: PENDING |

## Respondent Information

Name:              DINO SON REALTY CORP
Mailing Address:   156 WILLIAMS AT 10TH FL , NY , NY 10038

## Violation Details

| Violation Date: | 08/29/2018 | Violation Type: | CONSTRUCTION |
|---|---|---|---|
| Served Date: | 08/29/2018 | Inspection Unit: | EMERGENCY RESPONSE TEAM (ERT) |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 127 | 27-369,BC 1020.2 | FAIL TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY |

Specific Violation Condition(s) and Remedy:

FAILURE TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY.NTOED:PREMISES 20 STORY MASONRY COMMERCIAL
BUILDING.AT THE TIME OF INSPECTION I OBSERVED EMERGENCY EXIT FROM BELGIAN CAFE KITCHEN TO STREET
LEVEL THROUGH UNDER CO

| Issuing Inspector ID:   2748 | DOB Violation Number: 10182018CCER01 |
|---|---|
| Issued as Aggravated Level:  NO | |

## Dept. of Buildings Compliance History and Events

| Certification Status: | NO COMPLIANCE RECORDED | Compliance On: |
|---|---|---|

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information

| Scheduled Hearing Date/Time:  10/18/2018  8:30 | Hearing Status: | PENDING |
|---|---|---|

## ECB Penalty Information

| Penalty Imposed: | $0.00 | | |
|---|---|---|---|
| Adjustments: | $0.00 | Amount Paid: | $0.00 |
| Penalty Balance Due: | $0.00 | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                                } s.s.
COUNTY OF NEW YORK }

       I, Raven Kerr, being duly sworn, deposes and says:

       I am not a party to this action, am over 18 years of age and reside in the Brooklyn, New York.

       On October 26, 2018, I served the within *SUPPLEMENTAL NOTICE OF DEFAULT* upon:

| | |
|---|---|
| Scorpion Fitness, Inc.<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Fitness, Inc.<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>220 Fifth Avenue,<br>New York, New York 10001 | Scorpion Club Ventures LLC<br>88 Lexington Ave., Ste. 9D<br>New York, New York 10016 |
| John Shams<br>220 Fifth Avenue<br>New York, New York 10001 | John Shams<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 |
| Scorpion Fitness, Inc.<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | John Shams<br>88 Lexington Ave., Ste. 41E<br>New York, New York 10016 |
| Scorpion Club Ventures LLC<br>325 Fifth Avenue, Ste. 41E<br>New York, New York 10016 | Massimo F. D'Angelo<br>ADAM LEITMAN BAILEY, P.C.<br>One Battery Park Plaza, Eighteenth Floor<br>New York, New York 10004 |

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF139728075US, EF139728089US, EF139728092US, EF139728101US, EF139728035US, EF139728614US, EF139728605US, EF139728628US, EF139728591US, EF139728588US) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

Sworn to before me this
_____ day of October, 2018

_____
Notary Public

_____
Raven Kerr

ANDRENEE BOOTHE
Notary Public, State of New York
No. 01BO6112402
Qualified in Kings County
Commission Expires 07/06/20___









**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASN)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental Default notice

EF 139728588 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS**™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
    ☐ 10:30 AM  ☐ 3:00 PM    $    $
    ☐ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
    ☐ AM    $    $    $
    ☐ PM

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
    lbs.    ozs.    $    $

    Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASN)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (

Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental default notice

EF 139728591 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS**™

OCT 26 2018

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
    ☐ 10:30 AM  ☐ 3:00 PM    $    $
    ☐ 12 NOON

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
    ☐ AM    $    $    $
    ☐ PM

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
    lbs.    ozs.    $    $

    Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion    (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.
092004

Federal Agency Acct. No. or Postal Service™ Acct.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

John Shams
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

PRIORITY MAIL EXPRESS™

EF 139728628 US

UNITED STATES POSTAL SERVICE

OCT 26 2018

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion (ASM)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.
092004

Federal Agency Acct. No. or Postal Service™ Acct.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc
325 Fifth Avenue, Ste #41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

PRIORITY MAIL EXPRESS™

EF 139728605 US

UNITED STATES POSTAL SERVICE

OCT 26 2018

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion         (Agm)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Supplemental default notice.

EF 139728614 US

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

OCT 26 2018

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth. Scorpion         (Agm)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Supplemental default notice.

EF 139728035 US

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

OCT 26 2018

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion                    (ASM)

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.            Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

EF 139728101 US

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS™**

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)                    PHONE (

Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

Supplemental default notice

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE (

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth Scorpion        (ism)

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.            Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

EF 139728092 US

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS™**

**DELIVERY OPTIONS (Customer Use Only)**

TO: (PLEASE PRINT)                    PHONE (

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

220 Fifth Scorpion Supplemental default notice

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE (   )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth St. option    (Asim)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                    PHONE (   )

John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

EF 139728089 US

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE (   )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 Fifth St. option    (Asim)

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.
092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                    PHONE (   )

Massimo F. D'Angelo
Adam Leitman Bailey, P.C.
One Battery Park Plaza, Eighteenth Floor
New York, New York 10004

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 4 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

Supplemental default notice

**ORIGIN (POSTAL SERVICE USE ONLY)**

EF 139728075 US

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            }
                             } s.s.
COUNTY OF NEW YORK           }

I, Ashti Mohabir, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the Queens, New York.

On April 23, 2019, I served the within *Five (5) Day Termination/Cancellation Notice* upon:

Scorpion Fitness, Inc.                          Scorpion Fitness, Inc.
220 Fifth Avenue,                               88 Lexington Ave., Ste. 9D
New York, New York 10001                        New York, New York 10016

Scorpion Club Ventures LLC                      Scorpion Club Ventures LLC
220 Fifth Avenue,                               88 Lexington Ave., Ste. 9D
New York, New York 10001                        New York, New York 10016

John Shams                                      John Shams
220 Fifth Avenue,                               325 Fifth Avenue, Ste. 41E
New York, New York 10001                        New York, New York 10016

Scorpion Fitness, Inc.                          John Shams
325 Fifth Avenue, Ste. 41E                      88 Lexington Ave., Ste. 9D
New York, New York 10016                        New York, New York 10016

Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

by mailing the same first class with certificates of mailing in sealed envelopes, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees as indicated above and by overnight mail service (with Express Mail codes EF204207227US, EF204207213US, EF204207200US, EF204207195US, EF204207187US, EF204207173US, EF204207160US, EF204207156US, EF139726162US, respectively ) by placing the same in a postpaid, properly addressed and sealed envelopes and delivering said envelopes to a postal employee at a United States Post Office in the Borough of Manhattan, City and State of New York for processing under the exclusive care and custody of the United States Postal Service, Church Street Station Branch, within the City, County and State of New York.

_____
Ashti Mohabir

Sworn to before me this
23th day of April, 2019.

_____
Notary Public

JOSEPH SHALOM GOLDSMITH
Notary Public, State of New York
No. 02GO6108848
Qualified in Queens County
Commission Expires April 19, 20 2ᴏ



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (    )

KOSSOFF, PLLC
217 BROADWAY, SUITE # 401
NEW YORK, NY 10007-2944

220 fifth Scorpion

EF 139726162 US

CHURCH STREET STATION
APR 23 2019
NEW YORK NY 10007

UNITED STATES
POSTAL SERVICE

PRIORITY
★ MAIL ★
EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (    )

John Shams
88 Lexington Ave. St. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
10007    4/24/19    $ 25.50

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
4/23/19    ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON    $    $

Time Accepted    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
10:24 ☑ AM ☐ PM    $    $ 2.80    $

Weight    ☐ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
1 lbs.    oz.    $    $ 28.30

Acceptance Employee Initials
MZ

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE ( )      212-267-6364

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 204207156 US

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

097004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE ( )

John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

10016

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code        Scheduled Delivery Date (MM/DD/YY)    Postage

10007          4/24/19                    $ 20.00

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
                           ☐ 10:30 AM  ☐ 3:00 PM
4/23/19                    ☐ NOON          $        $

Time Accepted        10:30 AM Delivery Fee        Return Receipt Fee    Live Animal Transportation Fee
10:29  ☐ AM  ☑ PM                              $ 2.80

Weight    ☑ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
         lbs.  2  ozs.                              $ 28.30

Acceptance Employee Initials
MS

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    Employee Signature
                           ☐ AM
                           ☐ PM

Delivery Attempt (MM/DD/YY)    Time    Employee Signature
                           ☐ AM
                           ☐ PM

LABEL 11-F, SEPTEMBER 2015        PSN 7690-02-000-9996        2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )    212 267 6364

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

220 6th S(10/1011)    (ASM)

CHURCH STREET    NEW YORK    APR 23 2019

EF 204207160 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    092004

Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club Venture  LLC
88 Lexington Ave. Ste. 9D
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

10016-

**OF KIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10007 | 4/24/19 | $ 25 50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 4/23/19 | ☐ 10:30 AM  ☐ 3:00 PM  ☒ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 10:30 ☒ AM ☐ PM | $ | $ 2 80 | $ |

| Weight | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| lbs. 13 ozs.  ☐ Flat Rate | $ | $ 28 30 |

| Acceptance Employee Initials |
|---|
| MS |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

**MER USE ONLY**
: (PLEASE PRINT)

PHONE (    )  212 267 6364

OSSOFF, PLLC
7 BROADWAY RM 401
EW YORK, NY 10007-2944

OFFIO. S(N/D/O)     (ASN)

**NT BY ACCOUNT (if applicable)**
orporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

72004

**RY OPTIONS (Customer Use Only)**

**ATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1)
s addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
cle or other secure location without attempting to obtain the addressee's signature on delivery.
**Options**

Saturday Delivery (delivered next business day)
day/Holiday Delivery Required (additional fee, where available*)
0 AM Delivery Required (additional fee, where available*)
for to USPS.com® or local Post Office™ for availability.

PHONE (    )

orion Fitness Inc.
Lexington Ave., Ste. 9D
D York, New York 10016

**S. ADDRESSES ONLY)**

0016-

up or USPS Tracking™, visit USPS.com or call 800-222-1811.
insurance included.

**PRIORITY MAIL EXPRESS™**
UNITED STATES POSTAL SERVICE®

EF 204207173 US

NEW YORK NY 10007  APR 23 2019  CHURCH STREET STATION

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10007 | 4/24/19 | $ |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐10:30 AM ☐3:00 PM ☐NOON | Insurance Fee / COD Fee $ |
| 4/23/19 | | |
| Time Accepted ☐AM ☐PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ 20 / Live Animal Transportation Fee $ |
| 10:33 | | |
| Weight ☐Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 30 |
| lbs. 12 ozs. | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |

LABEL 11-F, SEPTEMBER 2015     PSN 7690-02-000-9996     2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )    212-267-6364

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 204207187 US

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

CHURCH STREET NEW YORK NY 10007 APR 2019

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Club ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

**ZIP + 4® (U.S. ADDRESSES ONLY)**
1 0 0 1 6 - _ _ _ _

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance Included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    10007
Scheduled Delivery Date (MM/DD/YY)    4/24/19
Postage    $ 25.50

Date Accepted (MM/DD/YY)    4/23/19
Scheduled Delivery Time    ☐ 10:30 AM    ☐ 3:00 PM    ☐ 12 NOON
Insurance Fee    COD Fee

Time Accepted    10:34    ☐ AM ☐ PM
10:30 AM Delivery Fee
Return Receipt Fee    $ 2.80    Live Animal Transportation Fee

Weight    13    ☐ Flat Rate    lbs.    ozs.
Sunday/Holiday Premium Fee    $
Acceptance Employee Initials    mc
Total Postage & Fees    $ 30.58

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE ( )    212

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 204207195 US

**PRIORITY**
**★ MAIL ★**
**EXPRESS™**

UNITED STATES
POSTAL SERVICE ®

**PAYMENT BY ACCOUNT** (If applicable)

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

Scorpion Fitness Inc-
325 Fifth Avenue, Ste. 41E
New York, New York 10016

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)          Postage

10007          4/24/19          $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
4/23/19          ☐ 10:30 AM  ☐ 3:00 PM
                 ☒ 12 NOON         $

Time Accepted          10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
10:36    ☐ AM
         ☐ PM    $              80

Weight    ☒ Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
         lbs.    oz.          $

                 Acceptance Employee Initials              $

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    Employee Signature
                               ☐ AM
                               ☐ PM

Delivery Attempt (MM/DD/YY)    Time    Employee Signature
                               ☐ AM
                               ☐ PM

LABEL 11-F, SEPTEMBER 2015          PSN 7690-02-000-9996          **2-CUSTOMER COPY**

**CUSTOMER USE ONLY**

FROM: *(PLEASE PRINT)*   PHONE (     )   212 267 6364

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 204207200 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

CHURCH STREET STATION APR 23 2019

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.*

TO: *(PLEASE PRINT)*   PHONE (     )

John Shams
220 fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 0 1 - _ _ _ _

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 10007
Scheduled Delivery Date (MM/DD/YY): 4/24/19
Postage: $ 25.50

Date Accepted (MM/DD/YY): 4/23/19
Scheduled Delivery Time: ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 10:38  ☑ AM  ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $ .80
Live Animal Transportation Fee: $

Weight: 1 lbs. 14 ozs.  ☑ Flat Rate
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 28.30

Acceptance Employee Initials: MS

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9996   2-CUSTOMER COPY

MER USE ONLY
(PLEASE PRINT)   PHONE (   212 267 6364

SSOFF, PLLC
7 BROADWAY RM 401
W YORK, NY 10007-2944

T BY ACCOUNT (if applicable)
rporate Acct. No.        Federal Agency Acct. No. or Postal Service™

2004

Y OPTIONS (Customer Use Only)

orpion Club Ventures LLC
) Fifth Avenue
N York, New York 10001

S. ADDRESSES ONLY)

0 0 0 1 -

ap or USPS Tracking™, visit USPS.com or call 800-222-1811.
Insurance Included.

EF 204207213 US

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

APR 23 2019

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑1-Day   ☐2-Day   ☐Military   ☐DPO

PO ZIP Code: 10007
Scheduled Delivery Date: 4/24/19
Postage: $

Date Accepted: 4/23/19
Scheduled Delivery Time ☐10:30 AM ☐3:00 PM
Insurance Fee
COD Fee

Time Accepted: 10:40 ☐AM ☐PM
10:30 AM Delivery Fee
Return Receipt Fee $2.80
Live Animal Transportation Fee

Weight ☐Flat Rate 1 lbs. 14 ozs.
Sunday/Holiday Premium Fee $
Acceptance Employee Initials MG
Total Postage & Fees $28.30

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt   Time ☐AM ☐PM   Employee Signature
Delivery Attempt   Time ☐AM ☐PM   Employee Signature

LABEL 11-F, SEPTEMBER 2015   PSN 7690-02-000-9996   2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )    212-

KOSSOFF, PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-2944

EF 204207227 US

**PRIORITY**
**★ MAIL ★**
**EXPRESS™**

UNITED STATES
POSTAL SERVICE ®

CHURCH STREET STA
APR 23 2019

**PAYMENT BY ACCOUNT** (If applicable)

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

092004

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)    PHONE ( )

Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

ZIP + 4® (U.S. ADDRESSES ONLY)

10001

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    10007

Scheduled Delivery Date (MM/DD/YY)    4/24/19

Postage    $ 25.00

Date Accepted (MM/DD/YY)    4/23/19

Scheduled Delivery Time    ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON

Insurance Fee    $

COD Fee    $

Time Accepted    10:77    ☐ AM ☐ PM

10:30 AM Delivery Fee    $

Return Receipt Fee    $ .80

Live Animal Transportation Fee    $

Weight    ☐ Flat Rate    lbs.    ozs.

Sunday/Holiday Premium Fee    $

Acceptance Employee Initials    MS

Total Postage & Fees    $ 28.30

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-F, SEPTEMBER 2015    PSN 7690-02-000-9996    2-CUSTOMER COPY



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

B 10585.20

To pay fee, affix stamps or meter postage here.
$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

APR 23 2019
NEW YORK NY 10007
CHURCH STREET STATION

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
John Shams
325 Fifth Avenue, Ste. 41E
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

B 10585.17

To pay fee, affix stamps or meter postage here.
$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

APR 23 2019
NEW YORK NY 10007
CHURCH STREET STATION

---



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
325 Fifth Avenue, Ste. 41E
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

B 10585.19

To pay fee, affix stamps or meter postage here.
$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

APR 23 2019
NEW YORK NY 10007
CHURCH STREET STATION

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form **3817**, April 2007  PSN 7530-02-000-9065

B 10585.21

To pay fee, affix stamps or meter postage here.
$1.45 0
US POSTAGE
FIRST-CLASS
062S0007861483
10007

APR 23 2019
NEW YORK NY 10007
CHURCH STREET STATION



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Club Ventures LLC
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

B10586.06

US POSTAGE
FIRST-CLASS
062S0007861483
10007
$1.45 0

To pay fee, affix stamps or meter postage here.
Postmark Here

CHURCH STREET STATION
NEW YORK NY 10007
APR 23 2019

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
325 Fifth Avenue, Ste, 41E
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

B10586.05

US POSTAGE
FIRST-CLASS
062S0007861483
10007
$1.45 0

To pay fee, affix stamps or meter postage here.

CHURCH STREET STATION
NEW YORK NY 10007
APR 23 2019

---



**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
Scorpion Fitness, Inc.
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

B10585.22

US POSTAGE
FIRST-CLASS
062S0007861483
10007
$1.45 0

To pay fee, affix stamps or meter postage here.
Postmark Here

CHURCH STREET STATION
NEW YORK NY 10007
APR 23 2019

---

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:
John Shams
220 Fifth Avenue
New York, New York 10001

PS Form 3817, April 2007  PSN 7530-02-000-9065

B10585.18

US POSTAGE
FIRST-CLASS
062S0007861483
10007
$1.45 0

To pay fee, affix stamps or meter postage here.

CHURCH STREET STATION
NEW YORK NY 10007
APR 23 2019



UNITED STATES
POSTAL SERVICE

Certificate Of
Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Kossoff, PLLC
217 Broadway – Suite 401
New York, NY 10007

To:

John Shams
88 Lexington Ave., Ste. 9D
New York, New York 10016

PS Form 3817, April 2007  PSN 7530-02-000-9065

To pay fee, affix stamp or
meter postage here.

$1.45⁰
US POSTAGE
FIRST-CLASS
0622S0007861483
10007

B 10586.04

APR 23 2019
CHURCH STREET STATION
NEW YORK NY 10007