

Date : 6/10/2019

# Lease Ledger

| Code | t0819146 | Property | 220fifth | Lease From | 3/15/2016 |
|---|---|---|---|---|---|
| Name | Scorpion Club Ventures, LLC | Unit | 220-SUBC | Lease To | 10/31/2031 |

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 18,319.96 | | 18,319.96 | 31513435 |
| 4/1/2017 | Previous balance carried forward. | 220-SUBC | 4,197.00 | | 22,516.96 | 31513437 |
| 4/1/2017 | Commercial Rent (04/2017) | 220-SUBC | 17,706.42 | | 40,223.38 | 31513679 |
| 4/1/2017 | Sprinkler Charge (04/2017) | 220-SUBC | 200.00 | | 40,423.38 | 31513680 |
| 4/1/2017 | :Posted by QuickTrans (secdep) | 220-SUBC | 100,000.00 | | 140,423.38 | 31540924 |
| 4/1/2017 | Chk# :QuickTrans :Posted by QuickTrans | | | 100,000.00 | 40,423.38 | 6293195 |
| 5/1/2017 | Electric Sub-meter 03/21/17-04/19/17 | 220-SUBC | 227.46 | | 40,650.84 | 31537972 |
| 5/1/2017 | Commercial Rent (05/2017) | 220-SUBC | 17,706.42 | | 58,357.26 | 31538331 |
| 5/1/2017 | Sprinkler Charge (05/2017) | 220-SUBC | 200.00 | | 58,557.26 | 31538332 |
| 6/1/2017 | Commercial Rent (06/2017) | 220-SUBC | 17,706.42 | | 76,263.68 | 31566235 |
| 6/1/2017 | Sprinkler Charge (06/2017) | 220-SUBC | 200.00 | | 76,463.68 | 31566236 |
| 6/1/2017 | Electric Sub-meter 4/19/17-05/09/17 | 220-SUBC | 155.03 | | 76,618.71 | 31567055 |
| 7/1/2017 | Electric Sub-meter 5/09/17-06/08/17 | 220-SUBC | 244.12 | | 76,862.83 | 31593009 |
| 7/1/2017 | Commercial Rent (07/2017) | 220-SUBC | 17,706.42 | | 94,569.25 | 31596470 |
| 7/1/2017 | Commercial Sprinkler and Water (07/2017) | 220-SUBC | 200.00 | | 94,769.25 | 31596471 |
| 7/25/2017 | Chk# 1679718332 :CHECKscan Payment | | | 19,537.70 | 75,231.55 | 6372035 |
| 8/1/2017 | Real Estate Tax for the period 07/17-06/18 | 220-SUBC | 9,227.33 | | 84,458.88 | 31618030 |
| 8/1/2017 | Electric sub-meter 06/08/17-07/10/17 | 220-SUBC | 200.96 | | 84,659.84 | 31624412 |
| 8/1/2017 | Commercial Rent (08/2017) | 220-SUBC | 17,706.42 | | 102,366.26 | 31624706 |
| 8/1/2017 | Commercial Sprinkler and Water (08/2017) | 220-SUBC | 200.00 | | 102,566.26 | 31624707 |
| 9/1/2017 | Electric sub-meter 7/10/17-08/08/17 | 220-SUBC | 180.25 | | 102,746.51 | 31653614 |
| 9/1/2017 | Commercial Rent (09/2017) | 220-SUBC | 17,706.42 | | 120,452.93 | 31653885 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2017 | Commercial Sprinkler and Water (09/2017) | 220-SUBC | 200.00 | | 120,652.93 | 31653886 |
| 10/1/2017 | Electric sub-meter 08/08/17-09/07/17 | 220-SUBC | 165.18 | | 120,818.11 | 31679659 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 7,996.45 | | 128,814.56 | 31679920 |
| 10/1/2017 | Commercial Rent (10/2017) | 220-SUBC | 10,001.27 | | 138,815.83 | 31679921 |
| 10/1/2017 | Commercial Sprinkler and Water (10/2017) | 220-SUBC | 200.00 | | 139,015.83 | 31679922 |
| 10/18/2017 | Credit October 2017 Rent | 220-SUBC | (86,460.91) | | 52,554.92 | 31708037 |
| 10/18/2017 | October 2017 Debit Judgement. | 220-SUBC | 3,509.99 | | 56,064.91 | 31708038 |
| 10/18/2017 | Credit Sprinkler charge. | 220-SUBC | (600.00) | | 55,464.91 | 31708039 |
| 11/1/2017 | Electric sub-meter 09/07/17-10/06/17 | 220-SUBC | 284.62 | | 55,749.53 | 31707792 |
| 11/1/2017 | Commercial Rent (11/2017) | 220-SUBC | 18,237.63 | | 73,987.16 | 31709209 |
| 11/1/2017 | Commercial Sprinkler and Water (11/2017) | 220-SUBC | 200.00 | | 74,187.16 | 31709210 |
| 11/1/2017 | Judgement Receivable (11/2017) | 220-SUBC | 3,505.99 | | 77,693.15 | 31709211 |
| 11/2/2017 | Chk# 001111 :CHECKscan Payment | | | 22,035.18 | 55,657.97 | 6469931 |
| 11/15/2017 | 1 Replacement Meter | 220-SUBC | 2,142.86 | | 57,800.83 | 31734510 |
| 11/28/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510795 | | | 12,000.00 | 45,800.83 | 6488636 |
| 11/29/2017 | Chk# :ACHWEB Online Payment Reversed by ctrl#6510793 | | | 9,890.00 | 35,910.83 | 6489474 |
| 11/29/2017 | Chk# :ACHWEB Online Payment | | | 9,890.00 | 26,020.83 | 6489476 |
| 12/1/2017 | Electric sub-meter 10/12/17-11/09/17 | 220-SUBC | 192.96 | | 26,213.79 | 31737795 |
| 12/1/2017 | Commercial Rent (12/2017) | 220-SUBC | 18,237.63 | | 44,451.42 | 31738028 |
| 12/1/2017 | Commercial Sprinkler and Water (12/2017) | 220-SUBC | 200.00 | | 44,651.42 | 31738029 |
| 12/1/2017 | Judgement Receivable (12/2017) | 220-SUBC | 3,505.99 | | 48,157.41 | 31738030 |
| 12/1/2017 | Late fees as of December 2017 | 220-SUBC | 24,572.00 | | 72,729.41 | 31759430 |
| 12/7/2017 | Chk# :ACHWEB Online Payment | | | 13,000.00 | 59,729.41 | 6504233 |
| 12/15/2017 | Returned check charge | 220-SUBC | 25.00 | | 59,754.41 | 31761541 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6489474 | | | (9,890.00) | 69,644.41 | 6510793 |
| 12/15/2017 | Chk# :ACHWEB NSF receipt Ctrl# 6488636 | | | (12,000.00) | 81,644.41 | 6510795 |
| 12/20/2017 | Chk# :ACHWEB Online Payment | | | 22,036.00 | 59,608.41 | 6513384 |
| 12/29/2017 | Chk# :ACHWEB Online Payment | | | 24,047.10 | 35,561.31 | 6516257 |
| 12/31/2017 | December 2017 Late fees. | 220-SUBC | 1,900.00 | | 37,461.31 | 31764836 |
| 1/1/2018 | Electric sub-meter 11/9/17-12/13/17 | 220-SUBC | 298.69 | | 37,760.00 | 31764387 |
| 1/1/2018 | Commercial Rent (01/2018) | 220-SUBC | 18,237.63 | | 55,997.63 | 31764884 |

| Date | Description | Code | Charge | | Balance | Ref |
|---|---|---|---|---|---|---|
| 1/1/2018 | Commercial Sprinkler and Water (01/2018) | 220-SUBC | 200.00 | | 56,197.63 | 31764885 |
| 1/1/2018 | Judgement Receivable (01/2018) | 220-SUBC | 3,505.99 | | 59,703.62 | 31764886 |
| 1/29/2018 | late fees | 220-SUBC | 1,892.00 | | 61,595.62 | 31794549 |
| 2/1/2018 | Electric sub-meter 12/13/18-1/12/18 | 220-SUBC | 240.65 | | 61,836.27 | 31791326 |
| 2/1/2018 | Commercial Rent (02/2018) | 220-SUBC | 18,237.63 | | 80,073.90 | 31794675 |
| 2/1/2018 | Commercial Sprinkler and Water (02/2018) | 220-SUBC | 200.00 | | 80,273.90 | 31794676 |
| 2/1/2018 | Judgement Receivable (02/2018) | 220-SUBC | 3,505.99 | | 83,779.89 | 31794677 |
| 2/27/2018 | late fees | 220-SUBC | 1,390.00 | | 85,169.89 | 31822813 |
| 2/27/2018 | Charge for April 2017 monies owed with respect to the release of the lien on the building. | 220-SUBC | 1,800.00 | | 86,969.89 | 31822825 |
| 2/27/2018 | Reverse write off on 10/18/17. | 220-SUBC | 86,461.00 | | 173,430.89 | 31822826 |
| 2/27/2018 | Write-off the correct amount on 7/25/17. | 220-SUBC | (76,538.00) | | 96,892.89 | 31822827 |
| 2/27/2018 | 8/1/17 Rent concession | 220-SUBC | (17,706.00) | | 79,186.89 | 31822828 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/1/17. | 220-SUBC | (24,572.00) | | 54,614.89 | 31822829 |
| 2/27/2018 | Credit incorrect amount of late fee in 12/31/17. | 220-SUBC | (1,900.00) | | 52,714.89 | 31822830 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,832.00) | | 50,882.89 | 31822831 |
| 2/27/2018 | Late fee as of 12/1/17 | 220-SUBC | 13,231.00 | | 64,113.89 | 31822832 |
| 2/27/2018 | Late fee as of 12/31/17 | 220-SUBC | 781.00 | | 64,894.89 | 31822833 |
| 2/27/2018 | Late fees as of 1/29/18 | 220-SUBC | 685.00 | | 65,579.89 | 31822834 |
| 2/27/2018 | Reverse - Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | 1,832.00 | | 67,411.89 | 31824032 |
| 2/27/2018 | Credit incorrect amount of late fee in 1/29/18. | 220-SUBC | (1,892.00) | | 65,519.89 | 31824033 |
| 2/28/2018 | 9/1/17 Rent concession | 220-SUBC | (17,706.00) | | 47,813.89 | 31822907 |
| 3/1/2018 | Electric Sub-meter 1/12/18-2/13/18 | 220-SUBC | 295.98 | | 48,109.87 | 31819677 |
| 3/1/2018 | Commercial Rent (03/2018) | 220-SUBC | 18,237.63 | | 66,347.50 | 31822886 |
| 3/1/2018 | Commercial Sprinkler and Water (03/2018) | 220-SUBC | 200.00 | | 66,547.50 | 31822887 |
| 3/1/2018 | Judgement Receivable (03/2018) | 220-SUBC | 3,505.99 | | 70,053.49 | 31822888 |
| 3/20/2018 | Electric Sub-meter 2/13/18-3/15/2018 | 220-SUBC | 139.93 | | 70,193.42 | 31847922 |
| 3/29/2018 | late fees | 220-SUBC | 2,241.00 | | 72,434.42 | 31851231 |
| 4/1/2018 | Commercial Rent (04/2018) | 220-SUBC | 18,237.63 | | 90,672.05 | 31851287 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 4/1/2018 | Commercial Sprinkler and Water (04/2018) | 220-SUBC | 200.00 | | 90,872.05 | 31851288 |
| 4/1/2018 | Judgement Receivable (04/2018) | 220-SUBC | 3,505.99 | | 94,378.04 | 31851289 |
| 4/25/2018 | Electric Sub Meter 3/15/2018-4/13/2018 | 220-SUBC | 67.09 | | 94,445.13 | 31879060 |
| 4/27/2018 | Late fees. | 220-SUBC | 3,013.00 | | 97,458.13 | 31879372 |
| 5/1/2018 | Commercial Rent (05/2018) | 220-SUBC | 18,237.63 | | 115,695.76 | 31898407 |
| 5/1/2018 | Commercial Sprinkler and Water (05/2018) | 220-SUBC | 200.00 | | 115,895.76 | 31898408 |
| 5/1/2018 | Judgement Receivable (05/2018) | 220-SUBC | 3,505.99 | | 119,401.75 | 31898409 |
| 5/9/2018 | Security Deposit Drawdown | 220-SUBC | (65,000.00) | | 54,401.75 | 31901424 |
| 5/24/2018 | Electric Sub-meter 4/13/18 - 5/14/18 | 220-SUBC | 13.45 | | 54,415.20 | 31907243 |
| 5/29/2018 | late fees as of 5/25/18 | 220-SUBC | 1,950.00 | | 56,365.20 | 31907567 |
| 6/1/2018 | Commercial Rent (06/2018) | 220-SUBC | 18,237.63 | | 74,602.83 | 31907603 |
| 6/1/2018 | Commercial Sprinkler and Water (06/2018) | 220-SUBC | 200.00 | | 74,802.83 | 31907604 |
| 6/1/2018 | Judgement Receivable (06/2018) | 220-SUBC | 3,505.99 | | 78,308.82 | 31907605 |
| 6/18/2018 | Chk# wire | | | 21,743.62 | 56,565.20 | 6687315 |
| 6/21/2018 | Electric Submeter 5/14/2018 6/13/2018 | 220-SUBC | 28.01 | | 56,593.21 | 31933836 |
| 6/26/2018 | Late fees as of 6/25/18 | 220-SUBC | 2,368.00 | | 58,961.21 | 31935856 |
| 7/1/2018 | Commercial Rent (07/2018) | 220-SUBC | 18,237.63 | | 77,198.84 | 31935962 |
| 7/1/2018 | Commercial Sprinkler and Water (07/2018) | 220-SUBC | 200.00 | | 77,398.84 | 31935963 |
| 7/1/2018 | Judgement Receivable (07/2018) | 220-SUBC | 3,505.99 | | 80,904.83 | 31935964 |
| 7/2/2018 | Chk# wire | | | 21,997.00 | 58,907.83 | 6708483 |
| 7/10/2018 | Late Fee for July 2018 | 220-SUBC | 1,879.00 | | 60,786.83 | 31966677 |
| 7/20/2018 | New York Water Management 7-6-18 | 220-SUBC | 29.88 | | 60,816.71 | 31965803 |
| 7/26/2018 | Electric Sub Meter 6/13/18 - 7/13/18 | 220-SUBC | 19.58 | | 60,836.29 | 31966773 |
| 8/1/2018 | Real Estate Taxes for the period 07/18-06/19 | 220-SUBC | 12,136.43 | | 72,972.72 | 31957768 |
| 8/1/2018 | Commercial Rent (08/2018) | 220-SUBC | 18,237.63 | | 91,210.35 | 31966706 |
| 8/1/2018 | Commercial Sprinkler and Water (08/2018) | 220-SUBC | 200.00 | | 91,410.35 | 31966707 |
| 8/1/2018 | Judgement Receivable (08/2018) | 220-SUBC | 3,505.99 | | 94,916.34 | 31966708 |
| 8/28/2018 | Electric Submeter Billing Cycle 7/13/18-8/13/18 | 220-SUBC | 47.77 | | 94,964.11 | 31994561 |
| 8/31/2018 | August 2018 late fees. | 220-SUBC | 3,026.00 | | 97,990.11 | 32015729 |

| Date | Description | Code | Charge | | Balance | Ref |
|---|---|---|---|---|---|---|
| 9/1/2018 | Commercial Rent (09/2018) | 220-SUBC | 18,237.63 | | 116,227.74 | 32015814 |
| 9/1/2018 | Commercial Sprinkler and Water (09/2018) | 220-SUBC | 200.00 | | 116,427.74 | 32015815 |
| 9/1/2018 | Judgement Receivable (09/2018) | 220-SUBC | 3,505.99 | | 119,933.73 | 32015816 |
| 9/25/2018 | Submetering run from 08/13/2018 to 09/12/2018 | 220-SUBC | 90.42 | | 120,024.15 | 32022833 |
| 10/1/2018 | Commercial Rent (10/2018) | 220-SUBC | 18,784.76 | | 138,808.91 | 32023986 |
| 10/1/2018 | Commercial Sprinkler and Water (10/2018) | 220-SUBC | 200.00 | | 139,008.91 | 32023987 |
| 10/1/2018 | Judgement Receivable (10/2018) | 220-SUBC | 3,505.99 | | 142,514.90 | 32023988 |
| 11/1/2018 | Electric Submetering: 9/12/2018 - 10/12/2018 | 220-SUBC | 63.50 | | 142,578.40 | 32067396 |
| 11/1/2018 | Commercial Rent (11/2018) | 220-SUBC | 18,784.76 | | 161,363.16 | 32081089 |
| 11/1/2018 | Commercial Sprinkler and Water (11/2018) | 220-SUBC | 200.00 | | 161,563.16 | 32081090 |
| 11/1/2018 | Judgement Receivable (11/2018) | 220-SUBC | 3,505.99 | | 165,069.15 | 32081091 |
| 12/1/2018 | late fees as of 11/26/18 | 220-SUBC | 5,353.00 | | 170,422.15 | 32086854 |
| 12/1/2018 | Electric Submetering: 10/12/2018 - 11/9/2018 | 220-SUBC | 34.82 | | 170,456.97 | 32087168 |
| 12/1/2018 | Commercial Rent (12/2018) | 220-SUBC | 18,784.76 | | 189,241.73 | 32087193 |
| 12/1/2018 | Commercial Sprinkler and Water (12/2018) | 220-SUBC | 200.00 | | 189,441.73 | 32087194 |
| 12/1/2018 | Judgement Receivable (12/2018) | 220-SUBC | 3,505.99 | | 192,947.72 | 32087195 |
| 1/1/2019 | Electric Submetering: 11/9/2018 - 12/13/2018 | 220-SUBC | 28.78 | | 192,976.50 | 32111936 |
| 1/1/2019 | Electric Submetering: 11/9/2018 - 12/13/2018 | 220-SUBC | 28.78 | | 193,005.28 | 32111976 |
| 1/1/2019 | Commercial Rent (01/2019) | 220-SUBC | 18,784.76 | | 211,790.04 | 32134005 |
| 1/1/2019 | Commercial Sprinkler and Water (01/2019) | 220-SUBC | 200.00 | | 211,990.04 | 32134006 |
| 1/1/2019 | Judgement Receivable (01/2019) | 220-SUBC | 3,505.99 | | 215,496.03 | 32134007 |
| 2/1/2019 | Late fees | 220-SUBC | 7,117.00 | | 222,613.03 | 32162610 |
| 2/1/2019 | Commercial Rent (02/2019) | 220-SUBC | 18,784.76 | | 241,397.79 | 32162645 |
| 2/1/2019 | Commercial Sprinkler and Water (02/2019) | 220-SUBC | 200.00 | | 241,597.79 | 32162646 |
| 2/1/2019 | Judgement Receivable (02/2019) | 220-SUBC | 3,505.99 | | 245,103.78 | 32162647 |
| 3/1/2019 | Electric Submetering: 1/14/2019 - 2/13/2019 | 220-SUBC | 24.80 | | 245,128.58 | 32166992 |
| 3/1/2019 | Late fees as of 02/28/19 | 220-SUBC | 7,744.00 | | 252,872.58 | 32188033 |
| 3/1/2019 | Commercial Rent (03/2019) | 220-SUBC | 18,784.76 | | 271,657.34 | 32190827 |

| Date | Description | Code | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 3/1/2019 | Commercial Sprinkler and Water (03/2019) | 220-SUBC | 200.00 | | 271,857.34 | 32190828 |
| 3/1/2019 | Judgement Receivable (03/2019) | 220-SUBC | 3,505.99 | | 275,363.33 | 32190829 |
| 3/31/2019 | Electric Submetering: 12/13/2018- 1/14/2019 | 220-SUBC | 32.18 | | 275,395.51 | 32192248 |
| 4/1/2019 | Electric Submetering: 2/13/2019 - 3/15/2019 | 220-SUBC | 95.97 | | 275,491.48 | 32196307 |
| 4/1/2019 | Late fees | 220-SUBC | 8,839.00 | | 284,330.48 | 32218295 |
| 4/1/2019 | Draw down security deposit and move to operating account. | 220-SUBC | (35,000.00) | | 249,330.48 | 32218709 |
| 4/1/2019 | Commercial Rent (04/2019) | 220-SUBC | 18,784.76 | | 268,115.24 | 32218910 |
| 4/1/2019 | Commercial Sprinkler and Water (04/2019) | 220-SUBC | 200.00 | | 268,315.24 | 32218911 |
| 4/1/2019 | Judgement Receivable (04/2019) | 220-SUBC | 3,505.99 | | 271,821.23 | 32218912 |
| 5/1/2019 | Electric Submetering: 3/15/2019 - 4/15/2019 | 220-SUBC | 101.40 | | 271,922.63 | 32224510 |
| 5/1/2019 | Commercial Rent (05/2019) | 220-SUBC | 18,784.76 | | 290,707.39 | 32248115 |
| 5/1/2019 | Commercial Sprinkler and Water (05/2019) | 220-SUBC | 200.00 | | 290,907.39 | 32248116 |
| 5/1/2019 | Judgement Receivable (05/2019) | 220-SUBC | 3,505.99 | | 294,413.38 | 32248117 |
| 6/1/2019 | Commercial Rent (06/2019) | 220-SUBC | 18,784.76 | | 313,198.14 | 32276082 |
| 6/1/2019 | Commercial Sprinkler and Water (06/2019) | 220-SUBC | 200.00 | | 313,398.14 | 32276083 |
| 6/1/2019 | Judgement Receivable (06/2019) | 220-SUBC | 3,505.99 | | 316,904.13 | 32276084 |
| 6/5/2019 | Chk# 1001 :CHECKscan Payment | | | 3,834.00 | 313,070.13 | 7030074 |
| 6/5/2019 | Chk# 1002 :CHECKscan Payment | | | 3,834.00 | 309,236.13 | 7030075 |