Thu 8/23/2018 3:36 PM

**Chuck Rosenbluth**

FW: basement drain

To: John Shams (scorpionfitnessinfo@gmail.com)

John, As we had previously discussed you were to schedule Rand for a Meeting earlier this week to discuss the drain issue. Please let me know where that stands.
Also please let me know the names of all contractors who are working on site so I can verify with my insurance agent if they are approved to work in the building.
Thank you for your cooperation.

Charles Rosenbluth
Asset Manager
Stellar Management
161 Avenue of the Americas
New York, N.Y. 10013
Tel. 646-905-2116 ext.2116
Cell (917) 583-0418

---

**From:** Chuck Rosenbluth
**Sent:** Sunday, August 12, 2018 9:00 AM
**To:** john@altvmfitness.com
**Subject:** Fwd: basement drain

John, Based on the significant rainfall this weekend and the water issue as shown in your pictures it is important that we initiate the plan as outlined in my August 2, 2018 email (see below). The drains should eliminate the water issue. As indicated the work would take approx. 1 week. We would like to commence the work this week. Please get back to me at your earliest convenience.
Thanks

Chuck Rosenbluth
(917) 583-0418 cell

Begin forwarded message:

> **From:** John Shams <scorpionfitnessinfo@gmail.com>
> **Date:** August 2, 2018 at 6:28:48 PM EDT
> **To:** Chuck Rosenbluth <crosenbluth@StellarManagement.com>
> **Subject: Re: basement drain**
>
> Hi Chuck,
>
> Let's hold off on opening the walls at the moment until it rains. There are some other solutions we are exploring that are less invasive that we think should solve the problem.

8



Tue 9/4/2018 2:39 PM

**Chuck Rosenbluth**

FW: scans@stellarmanagem_20180731_130338.pdf

To  John Shams (scorpionfitnessinfo@gmail.com)
Cc  James Beckner

ⓘ You replied to this message on 9/4/2018 2:38 PM.

 scans@stellarmanagem_20180731_130338.pdf
536 KB

ATT00001.txt
356 bytes

 Chuck Rosenbluth.vcf
5 KB

John, Its been several weeks ( almost a month) since you were to schedule a meeting with Rand regarding water penetration-Please u

Charles Rosenbluth
Asset Manager
(917) 583-0418 cell
(646) 692-9066 office
crosenbluth@stellarmanagement.com

-----Original Message-----
From: Chuck Rosenbluth
Sent: Tuesday, August 14, 2018 4:46 PM
To: john@altvmfitness.com
Subject: scans@stellarmanagem_20180731_130338.pdf

John, see sketch and description. Please forward to Rand and ask for times they could meet on site so we can get this underway.
Thanks

---



Reply  Reply All  Forward

Tue 9/18/2018 3:26 PM

**Chuck Rosenbluth**

RE: Scorpion plan

To  James Beckner

ⓘ You replied to this message on 9/18/2018 3:26 PM.

James, As I indicated earlier today John would not let us in the premises but he did say that there are **no leaks** in the premises.

Charles Rosenbluth
Asset Manager
(917) 583-0418 cell
(646) 692-9066 office
crosenbluth@stellarmanagement.com

**From:** James Beckner
**Sent:** Tuesday, September 18, 2018 3:24 PM
**To:** Chuck Rosenbluth <crosenbluth@StellarManagement.com>
**Subject:** RE: Scorpion plan

Are there leaks?

9