
Rec'd vu cert mail 10/26/18


Scan & send to 220-5th Ave 2floor

## Notice Under Mechanic's Lien Law    COPY

To the Clerk of the County of NEW YORK and all others whom it may concern:

Please Take Notice, that RAND ENGINEERING & ARCHITECTURE, D.P.C., as lienor, has and claims a lien on the real property hereinafter described as follows:

Block 828
Lot 35

1. The name and residence of the lienor is RAND ENGINEERING & ARCHITECTURE, D.P.C. being a NEW YORK CORPORATION whose business address and principal place of business is 159 WEST 25TH STREET, NEW YORK, NEW YORK 10001.

1(a) The name and address of lienor's attorney is none.

2. The owner of the real property is DINO & SONS REALTY CORP., having addresses at C/O LEO V. LEYVA, ESQ., & COLE SCHOTZ P.C., 1325 AVENUE OF THE AMERICAS- 19TH FLOOR, NEW YORK, NEW YORK 10019, C/O DINO TOMASSETTI, 171 BEACH 147TH STREET, 171 BEACH 147TH STREET, NEPONSIT, NEW YORK 11694, 1590 TROY AVENUE, BROOKLYN, NEW YORK 11234 and 220 FIFTH AVENUE, NEW YORK, NEW YORK 10001, A/K/A 218-220 FIFTH AVENUE, NEW YORK, NEW YORK 10001 and 220 FIFTH AVENUE HOLDER LLC as LESSEE and the interest of the owner as far as known to the lienor is fee owner.

3. The name of the entity by whom the lienor was employed is SCORPION CLUB VENTURES, LLC, having an address at C/O JOHN SHAMS, 325 5TH AVENUE SUITE # 41E, NEW YORK, NEW YORK 10016 and 220 FIFTH AVENUE, NEW YORK, NEW YORK 10001, A/K/A 218-220 FIFTH AVENUE, NEW YORK, NEW YORK 10001.

4. The name of the entity to whom the lienor furnished materials and services to is SCORPION CLUB VENTURES, LLC, having an address at C/O JOHN SHAMS, 325 5TH AVENUE SUITE # 41E, NEW YORK, NEW YORK 10016 and 220 FIFTH AVENUE, NEW YORK, NEW YORK 10001, A/K/A 218-220 FIFTH AVENUE, NEW YORK, NEW YORK 10001. Such services, labor and materials provided were intended to and do benefit the parcels that are the subject of this notice.

PLEASE STAMP COPY RECEIVED AND RETURN IN ENCLOSED ENVELOPE Thank you!

5. The work / labor performed was ENGINEERING SERVICES FOR GYM RENOVATION/ BUILD OUT for a building located on the certain parcel of land designated as BLOCK 828, LOT 35 and more commonly known as 220 FIFTH AVENUE, NEW YORK, NEW YORK 10001, A/K/A 218-220 FIFTH AVENUE, NEW YORK, NEW YORK 10001.

The material furnished was n/a.
The agreed price and value of the work performed was $34,012.00.
The agreed price and value of the material furnished is n/a.
The agreed price and value of the material actually manufactured for but not delivered to the real property is $ n/a.

The agreed price and value was $34,012.00.

6. The amount unpaid to lienor for said labor performed and material furnished is $29,012.00.
The amount unpaid to the lienor for material actually manufactured for but not delivered to the real property is $ n/a.

**The amount claimed for which this lien is filed is $29,012.00.**

7. The time when the first item of work was performed was AUGUST 29, 2017
The time when the first item of material was furnished was N/A
The time when the last item of work was performed was FEBRUARY 23, 2018
The time when the last item of material was furnished was N/A

8. The property subject to the lien is situated in NEW YORK, New York, the County of NEW YORK, and known as number BLOCK 828, LOT 35 and more commonly known as 220 FIFTH AVENUE, NEW YORK, NEW YORK 10001, A/K/A 218-220 FIFTH AVENUE, NEW YORK, NEW YORK 10001.

That said labor and materials were performed and furnished for and used to the improvements of the real property hereinbefore described. That eight months (four months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final furnishing of the materials for which this lien is claimed.

Dated: GREAT NECK, NEW YORK
OCTOBER 23, 2018

RAND ENGINEERING & ARCHITECTURE, P.C.

By: *Russ Goldstein*

Name: ROSS GOLDSTEIN

Title: AGENT

State of New York    )
                     ) ss.:
County of Nassau     )

ROSS GOLDSTEIN, being duly sworn, deposes and says that deponent is the AGENT of the lienor herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an AGENT, to wit: the AGENT of lienor, which is a NEW YORK CORPORATION.

*Russ Goldstein*
Name: ROSS GOLDSTEIN
Title: AGENT

Sworn to before me this
OCTOBER 23, 2018

*Irwin Rosen*
Notary Public

Irwin Rosen
Notary Public, State of New York
No. 01RO4523865
Qualifed in Queens County
Commission Expires June 30, 20??

10