417 Fifth Avenue
Suite 501
New York, NY 10016
T: 212-239-7600
F: 212-465-1730

www.pennoni.com

August 24, 2017

STLL1702

**Stellar Management**
Attn: Mr. Lyle Kamesaki
156 Williams Street, 10th Floor
New York, New York 10038

RE:    **PRE-RENOVATION ASBESTOS SURVEY**
       **BASEMENT CEILING**
       **220 5TH AVENUE**
       **NEW YORK, NEW YORK 10001**

Dear Mr. Kamesaki:

Pennoni submits this report documenting the targeted pre-renovation asbestos survey we conducted at the above referenced address on August 14, 2017. Suspect asbestos-containing materials (ACM) were sampled only in areas of and above the basement ceiling where renovation is planned, per the demolition and renovation plans provided by Stellar Management on August 2, 2017.

**ANTICIPATED SCOPE OF RENOVATION**

Renovation of basement space to a gym facility, including:

- Demolish sheetrock and framing, expose existing conduit.
- Clean and patch all existing pipe and surfaces on exposed ceiling. Paint white, remove, or relocate all wiring.
- Make penetrations in drop ceiling to house L6 light fixtures.

**ASBESTOS SURVEY**

The limited visual inspection and bulk sampling of suspect asbestos-containing materials (ACM) associated with the basement ceiling was conducted on August 14, 2017 by Mr. Matthew L. Smith (NYC DEP Asbestos Investigator Certificate 145284). Samples were collected in accordance with Title 15, Chapter 1 of the New York City Department of Environmental Protection, Bureau of Environmental Compliance Asbestos Rules and Regulations, and Part 56 of Title 12 of the State of New York Asbestos Rules and Regulations. During the survey, Pennoni identified and collected 28 samples of the following 8 suspect ACM systems, listed by Homogenous ID (HID) number (see Appendix A – Sampling Locations and Appendix B – Site Photographs):

1. Plaster, Top White Coat (above drop ceiling, various locations)
2. Plaster, Bottom Grey Coat (above drop ceiling, various locations)
3. Spray-Applied Fireproofing (above drop ceiling, on beams, columns, and walls throughout)
4. Black Waterproofing (above drop ceiling on beams, columns, and walls in north section, generally on the surface of spray-applied fireproofing and some debris on floor)
5. Drywall (sprinkler room above drop ceiling)
6. Joint Compound associated with Drywall (sprinkler room above drop ceiling)
7. White Plaster Patching (above drop ceiling in south section)
8. Concrete Ceiling Patching (above drop ceiling, throughout)

Pennoni notes that, as of the date of our survey, some renovation activities in the basement had begun and, specifically, new pipe hangars had been installed at various locations the basement ceiling.

The samples were properly packaged, labeled and transported to EMSL Analytical Inc. in Manhattan, New York, which is accredited under the National Voluntary Laboratory Accreditation Program and approved by the New York State Department of Health Environmental Laboratory Approval Program (NYSDOH ELAP). Samples of friable materials such as drywall, joint compound, or plaster were analyzed for asbestos content using Polarized Light Microscopy (PLM) via NY ELAP Method 198.1. Non-friable organically bound materials (NOBs) such as floor tile, mastic, or glue were analyzed using Polarized Light Microscopy (PLM) via NY ELAP Method 198.6 and, if necessary, further analyzed utilizing Transmission Electron Microscopy (TEM) via NY ELAP Method 198.4 with Gravimetric Preparation. **Analytical results revealed no sampled material systems that contain greater than 1% asbestos** (see Appendix C – Laboratory Analytical Certificates).

### *Vermiculite*

Samples of spray-applied fireproofing above the ceiling were noted to contain vermiculite which, by New York State regulations effective October 31, 2014, require further testing by NYS ELAP Method 198.8. Because the additional testing requires a large volume of material, additional samples of the spray-applied fireproofing were collected by Pennoni's Mr. Joseph Celentano (NYC DEP Asbestos Investigator Certificate 136735) on August 16, 2017 and were transported to EMSL in Cinnaminson, New Jersey for analysis. **Analytical results indicate that the spray-applied fireproofing is not asbestos-containing** (see Appendix C – Laboratory Analytical Certificates).

### ASBESTOS NOTIFICATION

Pennoni subsequently submitted an Asbestos Assessment Report (ACP 5) as required by the NYC DEP, included in this report as Appendix D.

### LIMITATIONS

The goal of the survey was to identify readily accessible suspect building materials that would be impacted by planned renovations. Pennoni's survey did not include operational utility systems, below-grade or subfloor sampling, concealed pipe chase spaces, or inaccessible crawlspaces associated with foundations. Hazardous materials may be present in these areas. Quantities in this report are estimated and should be verified for bidding purposes. Pennoni should be contacted immediately if renovation or demolition activities uncover materials that are not identified in this report.

If you have any questions concerning this report or require additional information, please contact us at 856-547-0505 or 973-265-9775.

Sincerely,

**PENNONI ENGINEERING AND SURVEYING OF NEW YORK, P.C.**


Matthew Smith                                              Ralph Coppola, CIEC
Associate Industrial Hygienist                             Project Industrial Hygienist


kml

Attachments:

Appendix A – Sampling Locations
Appendix B – Site Photographs
Appendix C – Laboratory Analytical Certificates
Appendix D – NYC DEP Asbestos Assessment Report (ACP 5)

*J:\Projects\STLL\STLL1702 220 5th Ave Basement Ceiling ACM\220 5th Ave Basement Ceiling ACM Survey STLL1702.docx*

# *APPENDIX A*

Sampling Locations



# *APPENDIX B*

Site Photographs




**Photographs 1 - 2.**  Plaster Top Coat (non-ACM) and Bottom Coat (non-ACM)
*Above Drop Ceiling in Various Locations*




**Photographs 3 - 4.**  Spray-Applied Fireproofing (non-ACM)
*Above Drop Ceiling on Beams, Columns, and Wall in North Section*



Pennoni Engineering & Surveying
of New York, PC.
417 Fifth Avenue, Suite 501
New York, New York 10016

TARGETED PRE-RENOVATION ASBESTOS SURVEY

220 5TH AVENUE BASEMENT CEILING
NEW YORK, NEW YORK 10001

| Job No. | STLL1702 | Date Taken: | August 14, 2017 | SITE PHOTOGRAPHS |






**Photographs 5 - 8.** Black Waterproofing (non-ACM) generally on the surface of Spray-Applied Fireproofing (non-ACM)
*Above Drop Ceiling on Beams, Columns, and Wall in North Section, and some debris on floor*



| | | |
|---|---|---|
| *Pennoni Engineering & Surveying*<br>*of New York, PC.*<br>417 Fifth Avenue, Suite 501<br>New York, New York 10016 | TARGETED PRE-RENOVATION ASBESTOS SURVEY | |
| | 220 5TH AVENUE BASEMENT CEILING<br>NEW YORK, NEW YORK 10001 | |
| Job No.  STLL1702 | Date Taken:  August 14, 2017 | SITE PHOTOGRAPHS |



**Photograph 9.**  White Plaster Patching (non-ACM)
*Above Drop Ceiling in South Section*



**Photograph 10.**  Concrete Ceiling Patching (non-ACM)
*Above Drop Ceiling Throughout*



| | |
|---|---|
| Pennoni Engineering & Surveying of New York, PC. 417 Fifth Avenue, Suite 501 New York, New York 10016 | TARGETED PRE-RENOVATION ASBESTOS SURVEY |
| | 220 5TH AVENUE BASEMENT CEILING NEW YORK, NEW YORK 10001 |

| Job No. | STLL1702 | Date Taken: | August 14, 2017 | SITE PHOTOGRAPHS |
|---|---|---|---|---|

## *APPENDIX C*

Laboratory Analytical Certificates

**EMSL Analytical, Inc.**

307 West 38th Street New York, NY  10018

Tel/Fax: (212) 290-0051 / (212) 290-0058

http://www.EMSL.com / manhattanlab@emsl.com

| | |
|---|---|
| **EMSL Order:** | 031725438 |
| **Customer ID:** | PNNJ42 |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Ralph Coppola | **Phone:** | (973) 265-9775 |
| | Pennoni | **Fax:** | |
| | 24 Commerce Street | **Received Date:** | 08/14/2017 10:41 AM |
| | Suite 300 | **Analysis Date:** | 08/14/2017 - 08/15/2017 |
| | Newark, NJ  07102 | **Collected Date:** | 08/14/2017 |
| **Project:** | STLL1702/ 2205 5TH AVE., NY, NY/ STELLAR MANAGEMENT/ BASEMENT | | |

## Test Report:Asbestos Analysis of Bulk Material

| | | | Non-Asbestos | | | |
|---|---|---|---|---|---|---|
| **Test** | **Analyzed Date** | **Color** | **Fibrous** | **Non-Fibrous** | | **Asbestos** |
| **Sample ID** STLL1702-01A | | **Description** | BASEMENT CEILING - TOP WHITE COAT-2COAT PLASTER | | | |
| 031725438-0001 | | **Homogeneity** | Homogeneous | | | |
| PLM NYS 198.1 Friable | 08/14/2017 | White | | 45.00% Ca Carbonate 55.00% Non-fibrous (other) | | **None Detected** |
| PLM NYS 198.6 VCM | | | | | | **Not Analyzed** |
| PLM NYS 198.6 NOB | | | | | | **Not Analyzed** |
| TEM NYS 198.4 NOB | | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-01B | | **Description** | BASEMENT CEILING - TOP WHITE COAT-2 COAT PLASTER | | | |
| 031725438-0002 | | **Homogeneity** | Homogeneous | | | |
| PLM NYS 198.1 Friable | 08/14/2017 | White | | 45.00% Ca Carbonate 55.00% Non-fibrous (other) | | **None Detected** |
| PLM NYS 198.6 VCM | | | | | | **Not Analyzed** |
| PLM NYS 198.6 NOB | | | | | | **Not Analyzed** |
| TEM NYS 198.4 NOB | | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-01C | | **Description** | BASEMENT CEILING - TOP WHITE COAT-2 COAT PLASTER | | | |
| 031725438-0003 | | **Homogeneity** | Homogeneous | | | |
| PLM NYS 198.1 Friable | 08/14/2017 | White | | 55.00% Ca Carbonate 45.00% Non-fibrous (other) | | **None Detected** |
| PLM NYS 198.6 VCM | | | | | | **Not Analyzed** |
| PLM NYS 198.6 NOB | | | | | | **Not Analyzed** |
| TEM NYS 198.4 NOB | | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-01D | | **Description** | BASEMENT CEILING - TOP WHITE COAT-2 COAT PLASTER | | | |
| 031725438-0004 | | **Homogeneity** | Homogeneous | | | |
| PLM NYS 198.1 Friable | 08/14/2017 | White | | 60.00% Ca Carbonate 40.00% Non-fibrous (other) | | **None Detected** |
| PLM NYS 198.6 VCM | | | | | | **Not Analyzed** |
| PLM NYS 198.6 NOB | | | | | | **Not Analyzed** |
| TEM NYS 198.4 NOB | | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-01E | | **Description** | BASEMENT CEILING - TOP WHITE COAT-2 COAT PLASTER | | | |
| 031725438-0005 | | **Homogeneity** | Homogeneous | | | |
| PLM NYS 198.1 Friable | 08/15/2017 | White | | 55.00% Ca Carbonate 45.00% Non-fibrous (other) | | **None Detected** |
| PLM NYS 198.6 VCM | | | | | | **Not Analyzed** |
| PLM NYS 198.6 NOB | | | | | | **Not Analyzed** |
| TEM NYS 198.4 NOB | | | | | | **Not Analyzed** |

Initial Report From: 08/15/2017 09:58:34



**EMSL Analytical, Inc.**
307 West 38th Street New York, NY 10018
Tel/Fax: (212) 290-0051 / (212) 290-0058
http://www.EMSL.com / manhattanlab@emsl.com

EMSL Order: 031725438
Customer ID: PNNJ42
Customer PO:
Project ID:

## Test Report:Asbestos Analysis of Bulk Material

| Test | Analyzed Date | Color | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | Fibrous | Non-Fibrous | |
| **Sample ID** STLL1702-02A | | **Description** | BASEMENT CEILING - BOTTOM GREY COAT- 2 COAT PLASTER | | |
| *031725438-0006* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 54.20% Non-fibrous (other) 45.00% Quartz | **0.80% Chrysotile** |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |
| **Sample ID** STLL1702-02B | | **Description** | BASEMENT CEILING - BOTTOM GREY COAT- 2 COAT PLASTER | | |
| *031725438-0007* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 44.21% Non-fibrous (other) 55.00% Quartz | **0.79% Chrysotile** |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |
| **Sample ID** STLL1702-02C | | **Description** | BASEMENT CEILING - BOTTOM GREY COAT- 2 COAT PLASTER | | |
| *031725438-0008* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 44.20% Non-fibrous (other) 55.00% Quartz | **0.80% Chrysotile** |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |
| **Sample ID** STLL1702-02D | | **Description** | BASEMENT CEILING - BOTTOM GREY COAT- 2 COAT PLASTER | | |
| *031725438-0009* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 44.20% Non-fibrous (other) 55.00% Quartz | **0.80% Chrysotile** |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |
| **Sample ID** STLL1702-02E | | **Description** | BASEMENT CEILING - BOTTOM GREY COAT- 2 COAT PLASTER | | |
| *031725438-0010* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/15/2017 | Brown | None | 54.25% Non-fibrous (other) 45.00% Quartz | **0.75% Chrysotile** |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |
| **Sample ID** STLL1702-03A | | **Description** | COLUMN 2 - SPRAY APPLIED FIREPROOFING | | |
| *031725438-0011* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Gray | None | 100.00% Non-fibrous (other) Vermiculite Present | |
| Surfacing Material containing vermiculite. NYS requires ELAP method 198.8. | | | | | |
| **PLM NYS 198.6 VCM** | | | | | Not Analyzed |
| **PLM NYS 198.6 NOB** | | | | | Not Analyzed |
| **TEM NYS 198.4 NOB** | | | | | Not Analyzed |

Initial Report From: 08/15/2017 09:58:34

**EMSL Analytical, Inc.**
307 West 38th Street New York, NY 10018
Tel/Fax: (212) 290-0051 / (212) 290-0058
http://www.EMSL.com / manhattanlab@emsl.com

| EMSL Order: | 031725438 |
|---|---|
| Customer ID: | PNNJ42 |
| Customer PO: | |
| Project ID: | |

## Test Report: Asbestos Analysis of Bulk Material

| Test | Analyzed Date | Color | Non-Asbestos Fibrous | Non-Asbestos Non-Fibrous | Asbestos |
|---|---|---|---|---|---|
| **Sample ID** | STLL1702-03B | **Description** | COLUMN 3 - SPRAY APPLIED FIREPROOFING | | |
| *031725438-0012* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Gray | None | 100.00% Non-fibrous (other) Vermiculite Present | |
| Surfacing Material containing vermiculite.  NYS requires ELAP method 198.8. | | | | | |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** | STLL1702-03C | **Description** | COLUMN 4 - SPRAY APPLIED FIREPROOFING | | |
| *031725438-0013* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 100.00% Non-fibrous (other) Vermiculite Present | |
| Surfacing Material containing vermiculite.  NYS requires ELAP method 198.8. | | | | | |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** | STLL1702-03D | **Description** | COLUMN 4 - SPRAY APPLIED FIREPROOFING | | |
| *031725438-0014* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 100.00% Non-fibrous (other) Vermiculite Present | |
| Surfacing Material containing vermiculite.  NYS requires ELAP method 198.8. | | | | | |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** | STLL1702-03E | **Description** | COLUMN 5 - SPRAY APPLIED FIREPROOFING | | |
| *031725438-0015* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown | None | 100.00% Non-fibrous (other) Vermiculite Present | |
| Surfacing Material containing vermiculite.  NYS requires ELAP method 198.8. | | | | | |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** | STLL1702-04A | **Description** | NORTH SECTION-CEILING - BLACK WATERPROOFING | | |
| *031725438-0016* | | **Homogeneity** | Heterogeneous | | |
| **PLM NYS 198.1 Friable** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** Final Residue <1% | 08/15/2017 | Black | | 100.00% Other | **Inconclusive: None Detected** |
| **TEM NYS 198.4 NOB** | 08/15/2017 | Black/ Beige | | 100.00% Other | **None Detected** |

Initial Report From: 08/15/2017 09:58:34

**EMSL Analytical, Inc.**
307 West 38th Street New York, NY 10018
Tel/Fax: (212) 290-0051 / (212) 290-0058
http://www.EMSL.com / manhattanlab@emsl.com

EMSL Order:  031725438
Customer ID:  PNNJ42
Customer PO:
Project ID:

## Test Report:Asbestos Analysis of Bulk Material

| Test | Analyzed Date | Color | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | Fibrous | Non-Fibrous | |
| **Sample ID** STLL1702-04B | | **Description** | NORTH SECTION-CEILING - BLACK WATERPROOFING | | |
| *031725438-0017* | | **Homogeneity** | Heterogeneous | | |
| **PLM NYS 198.1 Friable** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | 08/15/2017 | Black | | 100.00% Other | **Inconclusive: None Detected** |
| **TEM NYS 198.4 NOB** | 08/15/2017 | Black | | 100.00% Other | **None Detected** |
| **Sample ID** STLL1702-04C | | **Description** | NORTH SECTION-CEILING - BLACK WATERPROOFING | | |
| *031725438-0018* | | **Homogeneity** | Heterogeneous | | |
| **PLM NYS 198.1 Friable** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | 08/15/2017 | Black | | 100.00% Other | **Inconclusive: None Detected** |
| **TEM NYS 198.4 NOB** | 08/15/2017 | Black | | 100.00% Other | **None Detected** |
| **Sample ID** STLL1702-05A | | **Description** | SPRINKLER RM - DRYWALL | | |
| *031725438-0019* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Brown/ Gray | 10.00% Cellulose | 65.00% Gypsum 25.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-05B | | **Description** | SPRINKLER RM - DRYWALL | | |
| *031725438-0020* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/15/2017 | Gray | 8.00% Cellulose 2.00% Glass | 55.00% Gypsum 35.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-06A | | **Description** | SPRINKLER RM - JOINT COMPOUND | | |
| *031725438-0021* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | White | | 55.00% Ca Carbonate 45.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-06B | | **Description** | SPRINKLER RM - JOINT COMPOUND | | |
| *031725438-0022* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | White | | 65.00% Ca Carbonate 35.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |

Initial Report From: 08/15/2017 09:58:34

**EMSL Analytical, Inc.**

307 West 38th Street New York, NY 10018

Tel/Fax: (212) 290-0051 / (212) 290-0058

http://www.EMSL.com / manhattanlab@emsl.com

EMSL Order: 031725438

Customer ID: PNNJ42

Customer PO:

Project ID:

## Test Report:Asbestos Analysis of Bulk Material

| Test | Analyzed Date | Color | Non-Asbestos | | Asbestos |
|------|---------------|-------|---------------------------|-------------------------------|----------|
| | | | Fibrous | Non-Fibrous | |
| **Sample ID** STLL1702-06C | | **Description** | SPRINKLER RM - JOINT COMPOUND | | |
| *031725438-0023* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/15/2017 | White | | 60.00% Ca Carbonate 3.00% Mica 37.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-07A | | **Description** | COLUMN 3 - WHITE PLASTER PATCHING | | |
| *031725438-0024* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Gray | | 55.00% Gypsum 45.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-07B | | **Description** | COLUMN 3 - WHITE PLASTER PATCHING | | |
| *031725438-0025* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Gray | | 65.00% Gypsum 35.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-07C | | **Description** | COLUMN 4 - WHITE PLASTER PATCHING | | |
| *031725438-0026* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/15/2017 | White | | 15.00% Ca Carbonate 40.00% Gypsum 35.00% Non-fibrous (other) 10.00% Perlite | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |
| **Sample ID** STLL1702-08A | | **Description** | NEXT TO STAIRS - CONCRETE CEILING PATCHING | | |
| *031725438-0027* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/14/2017 | Gray/ Black | | 20.00% Gypsum 80.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |

Initial Report From: 08/15/2017 09:58:34



**EMSL Analytical, Inc.**
307 West 38th Street New York, NY 10018
Tel/Fax: (212) 290-0051 / (212) 290-0058
http://www.EMSL.com / manhattanlab@emsl.com

EMSL Order:    031725438
Customer ID:   PNNJ42
Customer PO:
Project ID:

## Test Report:Asbestos Analysis of Bulk Material

| Test | Analyzed Date | Color | Non-Asbestos | | Asbestos |
|---|---|---|---|---|---|
| | | | Fibrous | Non-Fibrous | |
| **Sample ID** STLL1702-08B | | **Description** | NEXT TO STAIRS - CONCRETE CEILING PATCHING | | |
| *031725438-0028* | | **Homogeneity** | Homogeneous | | |
| **PLM NYS 198.1 Friable** | 08/15/2017 | Gray | | 25.00% Ca Carbonate 20.00% Gypsum 55.00% Non-fibrous (other) | **None Detected** |
| **PLM NYS 198.6 VCM** | | | | | **Not Analyzed** |
| **PLM NYS 198.6 NOB** | | | | | **Not Analyzed** |
| **TEM NYS 198.4 NOB** | | | | | **Not Analyzed** |

Initial Report From: 08/15/2017 09:58:34

**EMSL Analytical, Inc.**

307 West 38th Street New York, NY 10018

Tel/Fax: (212) 290-0051 / (212) 290-0058

http://www.EMSL.com / manhattanlab@emsl.com

| | |
|---|---|
| **EMSL Order:** | 031725458 |
| **Customer ID:** | PNNJ42 |
| **Customer PO:** | |
| **Project ID:** | |

## Test Report: Asbestos Analysis of Bulk Material

The samples in this report were submitted to EMSL for analysis by Asbestos Analysis of Bulk Materials via NYS ELAP Approved Methods . The reference number for these samples is the EMSL Order ID above . Please use this reference number when calling about these samples.

### Report Comments:

Sample Receipt Date: 8/14/2017

Analysis Completed Date: 8/14/2017

Sample Receipt Time: 10:41 AM

Analysis Completed Time: 2:36 PM

**Analyst(s):**

_Krystal Harris_ PLM NYS 198.1 Friable (19)

_Tiquasha Thompson_ PLM NYS 198.1 Friable (6)

_Deen Liang_ PLM NYS 198.6 NOB (3)

_Venisha Lazarus-Barnes_ TEM NYS 198.4 NOB (3)

**Samples reviewed and approved by:**

James Hall, Laboratory Manager
or Other Approved Signatory

NOB = Non Friable Organically Bound N/A = Not Applicable VCM = Vermiculite Containing Material

-In New York State, TEM is currently the only method that can be used to determine if NOB materials can be considered or treated as non-asbestos containing. All samples examined for the presence of vermiculite when analyzed via NYS 198.1.

-NYS Guidelines for Vermiculite containing samples are available at http://www.wadsworth.org/labcert/elapcert/forms/VermiculiteInterimGuidance_Rev070913.pdf EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations . Interpretation and use of test results are the responsibility of the client. Samples were received in good condition unless otherwise noted.

This report must not be used by the client to claim product certification , approval, or endorsement by NVLAP, NIST, or any agency of the federal government. This report may contain data that is not covered by the NVLAP accreditation .

Samples analyzed by EMSL Analytical, Inc. New York, NY NYS ELAP 11506

Initial Report From: 08/15/2017 09:58:34

**Pennoni**

Laboratory: _EMSL_    PAGE _1_ of _2_

Send invoice to (circle one): Haddon Heights (PENN50)    Philadelphia (PENN54)    (Newark/New York (PNNJ42))    Other: ___

## ASBESTOS BULK SAMPLE CHAIN OF CUSTODY

| | | |
|---|---|---|
| Project #: STLL1702 | Collected by: Matt Smill | Date: 8/4/17 |
| Site: 2205 5th Ave. NY, NY. | Transported by: Matt Smill | Date: 8/4/17 |
| Section: Stellar Management | Received by: | Date: 8/14/17  0.41L |
| Floor: Basement | Analyzed by: | Date: |

### Analysis Turnaround Time

1 Day [✓]    2 Day [ ]    3 Day [ ]    5 Day [ ]    7 Day [ ]

Contact: Ralph Coppola    Cell: 908-868-8864    Email: RCoppola@Pennoni.com

[✓] PLM    [✓] 1ST POSITIVE STOP    [✓] ANALYZE AS NYC/NYS SAMPLES

[ ] ANALYZE NOBs VIA PLM 1ST POSITIVE STOP, THEN ANALYZE 1ST SAMPLE OF EACH MATERIAL SET VIA TEM-NOB    [✓] ANALYZE PLM-NOB 1ST POSITIVE STOP, THEN TEM-NOB 1ST POSITIVE STOP

| Sample ID # | Type of Material | Location |
|---|---|---|
| STLL1702 - 01A | Top White Coat - Flat Plaster | Basement Ceiling |
| - 01B | | |
| - 01C | | |
| - 01D | | |
| - 01E | | |
| - 02A | Bottom Grey Coat - Flat Plaster | Basement Ceiling |
| - 02B | | |
| - 02C | | |
| - 02D | | |
| - 02E | | |
| - 03A | Spray Applied Fireproofing | Column 2 |
| - 03B | | Column 3 |
| - 03C | | Column 4 |
| - 03D | | |
| - 03E | | Column 5 |
| - 04A | Black Waterproofing | North Section - Ceiling |
| - 04B | | |
| - 04C | | |
| - 05A | Drywall | Sprinkler Rm |
| - 05B | | |
| - 06A | Joint Compound | Sprinkler Rm |
| - 06B | | |

2017 AUG 14 AM 10:41 RECEIVED

DL 8/15/17    8/15/17

**Pennoni**

Laboratory: _EMSL_    PAGE _2_ of _2_

Send invoice to (circle one): Haddon Heights (PENN50)    Philadelphia (PENN54)    (Newark/New York (PNNJ42))    Other: _____

## ASBESTOS BULK SAMPLE CHAIN OF CUSTODY

| | | |
|---|---|---|
| Project #: STLL1702 | Collected by: _Matt Smith_ | Date: 8/4/17 |
| Site: 220 5th Ave, NY, NY | Transported by: _Matt Smith_ | Date: 8/4/17 |
| Section: Stellar Management | Received by: | Date: |
| Floor: Basement | Analyzed by: | Date: |

### Analysis Turnaround Time

1 Day ☑   2 Day ☐   3 Day ☐   5 Day ☐   7 Day ☐

Contact: _Ralph Cippale_   Cell: _908-868-8864_   Email: _RCippale@Pennoni.com_

☑ PLM    ☑ 1ST POSITIVE STOP    ☑ ANALYZE AS NYC/NYS SAMPLES    (RC)

☐ ANALYZE NOBs VIA PLM 1ST POSITIVE STOP,    ☑ ANALYZE PLM-NOB 1ST POSITIVE STOP,
THEN ANALYZE 1ST SAMPLE OF EACH MATERIAL SET VIA TEM-NOB    THEN TEM-NOB 1ST POSITIVE STOP

| Sample ID # | Type of Material | Location |
|---|---|---|
| STLL1702 -06C | Joint Compound | Sprinkler Rm |
| -07A | White Plaster Patching | Column 5 |
| -07B | | |
| -07C | | Column 4 |
| -08A | Concrete Ceiling Packing | Next to Stairs |
| -08B | | |
| | | |
| | | |
| | | 2017 AUG 4 AM 10:41 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | DL 8/15/17 | |
| | 1222A | |
| | | |

Z:\ADMIN\0311 HH Industrial Hygiene\FORMS and CHECKLISTS\Asbestos Bulk Sample Chain of Custody.xlsx_New York

_8/15/17_    _8/4/17 10:41AM_



**EMSL Analytical, Inc.**

**200 Route 130 North, Cinnaminson, NJ 08077**

Phone/Fax: (800)220-3675 / (856)786-5974

http://www.EMSL.com   cinnasblab@EMSL.com

| | |
|---|---|
| EMSL Order #: | **041724272** |
| Customer ID: | **PNNJ42** |
| Customer PO: | **Not Available** |

Attn:  **Ralph Coppola**
**Pennoni**
**24 Commerce Street**
**Suite 300**
**Newark, NJ 07102**

Phone:  **973-265-9775**
Fax:  **Not Available**

Project:  **STLL1702 / Stellar MGJ / 220 5th Ave NY / Basement**

Date Collected:  **Not Provided**
Date Received:  **08/16/2017**
Date Analyzed:  **08/23/2017**

*Report Date:*  08/23/2017                                    *Revision:*  R0

### Asbestos Analysis of NYS ELAP Method 198.8
### PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

| Lab Number | Client Sample Identification | Appearance | Percentage Matrix Material | Percentage non-Asbestos Fibers | Chrysotile Percentage | Amphibole Percentage | Total Percentage |
|---|---|---|---|---|---|---|---|
| 041724272-0001 | 101A | Tan Fibrous Homogeneous | 98.74 | 1.3 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |
| 041724272-0002 | 101B | Tan Fibrous Homogeneous | 98.76 | 1.2 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |
| 041724272-0003 | 101C | Tan Fibrous Homogeneous | 98.79 | 1.2 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |

| Report Date | Report Revision | Revision Comments |
|---|---|---|
| 08/23/2017 | R0 | Initial Report |

**Benjamin Ellis, Laboratory Manager**

**or other approved signatory**

NYS ELAP 10872

**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077

Phone/Fax: (800)220-3675 / (856)786-5974

http://www.EMSL.com    cinnasblab@EMSL.com

| EMSL Order #: | 041724272 |
|---|---|
| Customer ID: | PNNJ42 |
| Customer PO: | Not Available |

## Asbestos Analysis of NYS ELAP Method 198.8
### PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

**Bench Sheet**

EMSL Sample ID: 041724272-0001        Crucible ID: cc1

| | Analyst | Date |
|---|---|---|
| Gravimetric Prep | SP | 8/17/2017 |
| Chrysotile Analysis | AZC | 8/22/2017 |
| Centrifugation Date | SP | 8/22/2017 |
| Amphibole Analysis | AC | 8/23/2017 |

| Stereoscopic | | | |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | ND |
| Texture | Fibrous | | |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| *Initial Weights** | |
|---|---|
| Weight of Crucible | 26.5206 |
| Weight of Crucible and Sub Sample | 30.0820 |
| Weight of Sub-Sample | 3.5614 |

| *Ashing* | |
|---|---|
| Weight of Crucible & Ash | 29.4250 |
| Weight of Ash | 2.9044 |
| Weight Loss During Ashing | 0.6570 |
| Weight Percent Organic and Water | 18.4478 |

| *Acid Treatment/ Flotation* | |
|---|---|
| Weight of Dish for Floats | 41.1026 |
| Weight of Dish & Floats | 41.2274 |
| Weight of Floats | 0.1248 |
| Weight Percent Floats | 3.5042 |
| Weight of Dish & Filter for Residue | 8.7804 |
| Weight of Dish & Filter & Residue | 9.6811 |
| Weight of Residue | 0.9007 |
| Weight Loss During Acid/Flotation Treatment | 1.8789 |
| Weight Percent Acid-Soluble/Float Materials | 52.7573 |
| Weight Percent Residue | 25.2906 |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| Glass | Isotropic | 5 | 1.264530802 |
| | | | 0 |

| Chrysotile Identification Optical Properties | | | | | | | Temperature (C°) | 18.9 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction | |
| | | | | | | | | |

| Amphibole Identification Optical Properties | | | | | | | Temperature (C°) | 21.3 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction | |
| | | | | | | | | |

| PLM Examination of Residue (Chrysotile) | Analyzed | | PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Number of Chrysotile Points | 0 | | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Chrysotile by PTCT | 0.00 | | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| (if greater than 1% no further analysis needed) | 0.0000 | | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| *Heavy Liquid Centrifugation* | |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.6697 |
| Weight of Balance of Residue | 0.8893 |
| Weight of Dish & Filter for Centrifugate | 8.1610 |
| Weight of Dish & Filter & Centrifugate | 8.1976 |
| Weight of Centrifugate | 0.0366 |
| Weight Percent Centrifugate | 1.0409 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed | PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Number of Amphibole Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Amphibole by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| Percent Amphibole in Sample | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| Percent of Total Asbestos in Sample | 0.0000 |
|---|---|

*\* All Weights in grams*

**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077

Phone/Fax: (800)220-3675 / (856)786-5974

http://www.EMSL.com   cinnasblab@EMSL.com

| EMSL Order #: | 041724272 |
| Customer ID: | PNNJ42 |
| Customer PO: | Not Available |

## Asbestos Analysis of NYS ELAP Method 198.8
### PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

**Bench Sheet**

| EMSL Sample ID | 041724272-0002 |   | Crucible ID: | cc2 |

|  | Analyst | Date |
|---|---|---|
| Gravimetric Prep | SP | 8/17/2017 |
| Chrysotile Analysis | AZC | 8/22/2017 |
| Centrifugation Date | SP | 8/22/2017 |
| Amphibole Analysis | AC | 8/23/2017 |

| Stereoscopic |  |  |  |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | ND |
| Texture | Fibrous |  |  |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| Glass | Isotropic | 5 | 1.237601506 |
|  |  |  | 0 |

| *Initial Weights** |  |
|---|---|
| Weight of Crucible | 26.4235 |
| Weight of Crucible and Sub Sample | 29.9824 |
| Weight of Sub-Sample | 3.5589 |
| *Ashing* |  |
| Weight of Crucible & Ash | 29.3236 |
| Weight of Ash | 2.9001 |
| Weight Loss During Ashing | 0.6588 |
| Weight Percent Organic and Water | 18.5113 |
| *Acid Treatment/ Flotation* |  |
| Weight of Dish for Floats | 44.2545 |
| Weight of Dish & Floats | 44.4005 |
| Weight of Floats | 0.1460 |
| Weight Percent Floats | 4.1024 |
| Weight of Dish & Filter for Residue | 8.3757 |
| Weight of Dish & Filter & Residue | 9.2566 |
| Weight of Residue | 0.8809 |
| Weight Loss During Acid/Flotation Treatment | 1.8732 |
| Weight Percent Acid-Soluble/Float Materials | 52.6342 |
| Weight Percent Residue | 24.7520 |

| Chrysotile Identification Optical Properties |  |  |  |  |  |  | Temperature (C°) | 18.9 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |  |
|  |  |  |  |  |  |  |  |  |

| Amphibole Identification Optical Properties |  |  |  |  |  |  | Temperature (C°) | 21.2 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |  |
|  |  |  |  |  |  |  |  |  |

| PLM Examination of Residue (Chrysotile) | Analyzed |
|---|---|
| Number of Occupied Points | 400 |
| Number of Chrysotile Points | 0 |
| Percent Chrysotile by PTCT | 0.00 |
| (if greater than 1% no further analysis needed) | 0.0000 |

| PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|
| Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Slide 3: | 0 | 50 | Slide 7: | 0 | 50 |  |
| Slide 4: | 0 | 50 | Slide 8: | 0 | 50 |  |

| *Heavy Liquid Centrifugation* |  |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.2410 |
| Weight of Balance of Residue | 0.8653 |
| Weight of Dish & Filter for Centrifugate | 8.6874 |
| Weight of Dish & Filter & Centrifugate | 8.7321 |
| Weight of Centrifugate | 0.0447 |
| Weight Percent Centrifugate | 1.2786 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed |
|---|---|
| Number of Occupied Points | 400 |
| Number of Amphibole Points | 0 |
| Percent Amphibole by PTCT | 0.00 |
| Percent Amphibole in Sample | 0.0000 |

| PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|
| Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Slide 3: | 0 | 50 | Slide 7: | 0 | 50 |  |
| Slide 4: | 0 | 50 | Slide 8: | 0 | 50 |  |

| Percent of Total Asbestos in Sample | 0.0000 |
|---|---|

* All Weights in grams

**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077

Phone/Fax: (800)220-3675 / (856)786-5974

http://www.EMSL.com   cinnasblab@EMSL.com

| EMSL Order #: | 041724272 |
|---|---|
| Customer ID: | PNNJ42 |
| Customer PO: | Not Available |

### Asbestos Analysis of NYS ELAP Method 198.8
### PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

| Bench Sheet |
|---|

**EMSL Sample ID** 041724272-0003          **Crucible ID:** cc3

| | Analyst | Date |
|---|---|---|
| Gravimetric Prep | SP | 8/17/2017 |
| Chrysotile Analysis | AZC | 8/22/2017 |
| Centrifugation Date | SP | 8/22/2017 |
| Amphibole Analysis | AC | 8/23/2017 |

| Stereoscopic | | | |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | ND |
| Texture | Fibrous | | |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| Initial Weights* | |
|---|---|
| Weight of Crucible | 26.0073 |
| Weight of Crucible and Sub Sample | 29.5501 |
| Weight of Sub-Sample | 3.5428 |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| Glass | Isotropic | 5 | 1.213870385 |
| | | | 0 |

| Ashing | |
|---|---|
| Weight of Crucible & Ash | 28.8863 |
| Weight of Ash | 2.8790 |
| Weight Loss During Ashing | 0.6638 |
| Weight Percent Organic and Water | 18.7366 |

| Chrysotile Identification Optical Properties | | | | | | | Temperature (C°) | 18.8 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochroism | Birefringence | Fiber Color | Extinction |
| | | | | | | | |
| | | | | | | | |

| Acid Treatment/ Flotation | |
|---|---|
| Weight of Dish for Floats | 31.6271 |
| Weight of Dish & Floats | 31.7902 |
| Weight of Floats | 0.1631 |
| Weight Percent Floats | 4.6037 |
| Weight of Dish & Filter for Residue | 8.5518 |
| Weight of Dish & Filter & Residue | 9.4119 |
| Weight of Residue | 0.8601 |
| Weight Loss During Acid/Flotation Treatment | 1.8558 |
| Weight Percent Acid-Soluble/Float Materials | 52.3823 |
| Weight Percent Residue | 24.2774 |

| Amphibole Identification Optical Properties | | | | | | | Temperature (C°) | 21.2 |
|---|---|---|---|---|---|---|---|---|
| ⊥ RI | IIRI | Morphology | Sign | Pleochroism | Birefringence | Fiber Color | Extinction |
| | | | | | | | |
| | | | | | | | |

| PLM Examination of Residue (Chrysotile) | Analyzed | PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Number of Chrysotile Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | Check box if yes |
| Percent Chrysotile by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| (if greater than 1% no further analysis needed) | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| Heavy Liquid Centrifugation | |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.3476 |
| Weight of Balance of Residue | 0.7958 |
| Weight of Dish & Filter for Centrifugate | 8.1635 |
| Weight of Dish & Filter & Centrifugate | 8.1963 |
| Weight of Centrifugate | 0.0328 |
| Weight Percent Centrifugate | 1.0006 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed | PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ None |
| Number of Amphibole Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | Check box if yes |
| Percent Amphibole by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| Percent Amphibole in Sample | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| Percent of Total Asbestos in Sample | 0.0000 |
|---|---|

* All Weights in grams



**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax: (800)220-3675 / (856)786-5974
http://www.EMSL.com   cinnasblab@EMSL.com

| | |
|---|---|
| EMSL Order #: | **041724272** |
| Customer ID: | **PNNJ42** |
| Customer PO: | **Not Available** |

| | |
|---|---|
| Attn: | **Ralph Coppola** |
| | **Pennoni** |
| | **24 Commerce Street** |
| | **Suite 300** |
| | **Newark, NJ 07102** |
| Project: | **STLL1702 / Stellar MGJ / 220 5th Ave NY / Basement** |

| | |
|---|---|
| Phone: | **973-265-9775** |
| Fax: | **Not Available** |
| | |
| Date Collected: | **Not Provided** |
| Date Received: | **08/16/2017** |
| Date Analyzed: | **08/23/2017** |

| Report Date | Report Revision | Revision Comments |
|---|---|---|
| 08/23/2017 | R0 | Initial Report |

**Benjamin Ellis, Laboratory Manager**

**or other approved signatory**

NYS ELAP 10872

---

## About us

---



EMSL Analytical, Inc. offers a full line of analytical solutions for over 30 years across North America. For more information about our nationally accredited locations, vast line of testing services, and our food safety solutions please visit www.EMSL.com or call (800) 220-3675.

## Disclaimers

---

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Samples received in good condition unless otherwise noted.

**Pennoni**

Laboratory: _____    PAGE _1_ of _1_

Send invoice to (circle one):    Haddon Heights    Philadelphia    (Newark/New York)    Other: _____
(PENNS0)      (PENN54)      (PNN142)

## ASBESTOS BULK SAMPLE CHAIN OF CUSTODY

| | | |
|---|---|---|
| Project #: STLL1702 | Collected by: _Greg. Celattio_ | Date: 8/16/17 |
| Site: STELLAR MGT. | Transported by: _Greg Celattio_ | Date: 8/16/17 |
| Section: 220 5 AVE NY NY | Received by: _____ | Date: 8/16/17 11:24 AM |
| Floor: BASEMENT | Analyzed by: _____ | Date: _____ |
| | | CP Courier 8/16/17 8:25 |

### Analysis Turnaround Time

1 Day ☐    2 Day ☐    3 Day ☐    5 Day ☐    (7 Day) ☒

Contact: RALPH COPPOLA    Cell: 408-868-8864    Email: RCOPPOLA@PENNONI.COM

☒ PLM      ☒ 1ST POSITIVE STOP (198.8)      ☒ ANALYZE AS NYC/NYS SAMPLES

☐ ANALYZE NOBs VIA PLM 1ST POSITIVE STOP, THEN ANALYZE 1ST SAMPLE OF EACH MATERIAL SET VIA TEM-NOB      ☐ ANALYZE PLM-NOB 1ST POSITIVE STOP, THEN TEM-NOB 1ST POSITIVE STOP

| Sample ID # | Type of Material | Location |
|---|---|---|
| 101A | SPRAY APPLIED FIREPROOFING | CONSTRUCTION AREA EAST COLUMN |
| 101B | ↓ | CONSTRUCTION AREA CENTER COLUMN |
| 101C | ↓ ↓ ↓ | CONSTRUCTION AREA WEST COLUMN |
| | | |
| | | |
| | | |
| | | |
| | | RECEIVED EAST CINNAMINSON, NJ 2017 AUG-16 PM 8:31 2017 AUG 16 AM 11:24 |
| ✱ PLEASE ANALYZE ✱ | | |
| 198.8 | | |
| | | QC 8/16/17 |

## *APPENDIX D*

NYC DEP Asbestos Assessment Report (ACP 5)


**NYC**
**Environmental Protection**

**NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION**
Asbestos Control Program
59-17 Junction Boulevard, 8th Floor, Flushing, NY 11373
**ASBESTOS ASSESSMENT REPORT**

RECEIVED
8/24/2017
DEP
ASBESTOS CONTROL
PROGRAM

FEE PAID

1. NYC DOB Job # (if applicable) _____    **Control Number: 1337439**

2. Premise No. 220    Street Name Fifth Avenue    Borough Manhattan    Zip 10001

3. AKA Basement Ceiling    Type of Facility Commercial    BIN 1015650    Block 00828    Lot 0035

4. Building Owner Stellar Management    Address 156 Williams Street, 10th Floor

5. City New York    State NY    Zip 10038    Contact Person Lyle Kamesaki

6. Tel. # (212) 843-3556    Fax # _____    Email lkamesaki@stellarmanagement.com

7. Description of the Entire Scope of Work
Renovation of basement space to a gym facility, including:
• Demolish sheetrock and framing, expose existing conduit.
• Clean and patch all existing pipe and surfaces on exposed ceiling. Paint white, remove, or relocate all wiring.
• Make penetrations in drop ceiling to house L6 light fixtures.

8. I, MATTHEW SMITH _____, have conducted an asbestos investigation on
*Name of Certified Asbestos Investigator*

08/14/2017 8:00AM-12:00PM _____ in accordance
*Date(s)*

with Sections 1-16 and 1-28 of the NYC DEP Asbestos Control Program Rules and declare that at said facility address, the

[X] a. portion(s) of the premises affected by the work is free of asbestos containing material (ACM).

[ ] b. premise (or portions thereof) affected by the work contains 10 square feet or less or 25 linear feet or less of ACM.
Specify locations in section 9: Note: This material must be abated as a minor project in accordance with relevant provisions of the DEP Asbestos Rules.

[ ] c. asbestos is present and will not be disturbed during construction activity. Specify the quantity and area where asbestos is present. Specify amount: _____ sq. ft _____ linear ft.
Specify locations (attach additional documents as necessary):
_____

[ ] d. entire building is free of asbestos containing material (ACM).

9. RESULTS OF ASBESTOS BUILDING SURVEY:

| FLOOR | DESCRIBE SECTION OF FLOOR | ALL MATERIALS ASSUMED TO CONTAIN ACM AND/OR SAMPLED | NUMBER OF SAMPLES ANALYZED | ASBESTOS PRESENT | ASSUMED ACM |
|---|---|---|---|---|---|
| Basement | various locations above drop ceiling | Plaster, Top White Coat and Bottom Grey Coat | 10 | No | No |
| Basement | above drop ceiling on beams, columns, and walls throughout | Spray-Applied Fireproofing | 8 | No | No |

**I hereby declare the information provided herein is true and complete**

MATTHEW SMITH    8/24/2017    145284    12/23/2018
*DEP Certified Asbestos Investigator's Signature*    *Date*    *Certificate Number*    *Expiration Date*

Tel. # (212) 239-7608    Fax # _____

Email mlsmith@pennoni.com

The investigator shall assume that some or all of the areas investigated contain ACM, and for each area that is not assumed to contain ACM, collect and submit for analysis bulk samples in accordance with §§ 1-36, 1-37, and 1-44 of the DEP Asbestos Rules and EPA publications 560/5-85-024 and 560/5-85-030a and 40 CFR 763.86.

SEAL OF THE NYC DEP CERTIFIED ASBESTOS INVESTIGATOR

CITY OF NEW YORK
MATTHEW L. SMITH
CERTIFIED ASBESTOS INVESTIGATOR

Is it a Build-It-Back project?    [ ] Yes, App ID # _____    [X] No

25354377



**NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION**
Asbestos Control Program
59-17 Junction Boulevard, 8th Floor, Flushing, NY 11373

**ASBESTOS ASSESSMENT REPORT**

RECEIVED
8/24/2017
DEP
ASBESTOS CONTROL
PROGRAM

FEE PAID

| Basement | above drop ceiling on beams, columns, and walls in north section, generally on the surface of SAF | Black Waterproofing | 3 | No | No |
| Basement | sprinkler room above drop ceiling | Drywall | 2 | No | No |
| Basement | sprinkler room above drop ceiling | Joint Compound associated with Drywall | 3 | No | No |
| Basement | above drop ceiling in south section | White Plaster Patching | 3 | No | No |
| Basement | above drop ceiling throughout | Concrete Ceiling Patching | 2 | No | No |

10. ANALYTICAL LABORATORY:

| NAME | ELAP # (NYS DOH CERTIFICATION) | DATE(S) SAMPLES ANALYZED |
|---|---|---|
| EMSL Analytical, Inc. (PLM) | 11506 | 8/15/2017 |
| EMSL Analytical, Inc. (TEM) | 11506 | 8/15/2017 |
| EMSL Analytical, Inc. (SOF-V) | 10872 | 8/23/2017 |

11. NYS DOL Asbestos Handling license # _65397_        Company Name _Pennoni Associates, Inc._

**I hereby declare the information provided herein is true and complete**

_MATTHEW SMITH_        _8/24/2017_        _145284_        _12/23/2018_
DEP Certified Asbestos Investigator's Signature        Date        Certificate Number        Expiration Date

Tel. # _(212) 239-7608_    Fax # _____

Email _mlsmith@pennoni.com_

SEAL
OF THE
NYC DEP
CERTIFIED
ASBESTOS
INVESTIGATOR

The investigator shall assume that some or all of the areas investigated contain ACM, and for each area that is not assumed to contain ACM, collect and submit for analysis bulk samples in accordance with §§ 1-36, 1-37, and 1-44 of the DEP Asbestos Rules and EPA publications 560/5-85-024 and 560/5-85-030a and 40 CFR 763.86.

Is it a Build-It-Back project?    ☐ Yes, App ID # _____    ☒ No

25354377