

**EMSL Analytical, Inc.**
**307 West 38th Street, New York, NY 10018**
Phone/Fax: (212)290-0051 / (212)290-0058
http://www.EMSL.com manhattanlab@emsl.com

EMSL Order #: **031806296**
Customer ID: **PNNJ42**
Customer PO: **Not Available**

Attn: **Ralph Coppola**
**Pennoni**
**24 Commerce Street**
**Suite 300**
**Newark, NJ 07102**

Phone: **973-265-9775**
Fax: **Not Available**

Date Collected: **03/20/2018**
Date Received: **03/30/2018**
Date Analyzed: **03/26/2018**

Project: **STLLX18001/ 220 FIFTH AVENUE/ NEW YORK/ BASEMENT - CEILING**

*Report Date:* 03/26/2018 *Revision:* R0

## Asbestos Analysis of NYS ELAP Method 198.8
## PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

| *Lab Number* | *Client Sample Identification* | Appearance | Percentage Matrix Material | Percentage non-Asbestos Fibers | Chrysotile Percentage | Amphibole Percentage | Total Percentage |
|---|---|---|---|---|---|---|---|
| 031806296-0001 | 01-A | Tan Fibrous Homogeneous | 100 | 0.0 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |
| 031806296-0002 | 01-B | Tan Fibrous Homogeneous | 100 | 0.0 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |
| 031806296-0003 | 01-C | Tan Fibrous Homogeneous | 100 | 0.0 | No Asbestos Detected | No Asbestos Detected | No Asbestos Detected |

| Report Date | Report Revision | Revision Comments |
|---|---|---|
| 03/26/2018 | R0 | Initial Report |

**James Hall, Laboratory Manager**

**or other approved signatory**



**EMSL Analytical, Inc.**
**307 West 38th Street, New York, NY 10018**
Phone/Fax: (212)290-0051 / (212)290-0058
http://www.EMSL.com manhattanlab@emsl.com

EMSL Order #: **031806296**
Customer ID: **PNNJ42**
Customer PO: **Not Available**

## Asbestos Analysis of NYS ELAP Method 198.8
## PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

### Bench Sheet

**EMSL Sample ID** 031806296-0001 **Crucible ID:**

| | Analyst | Date |
|---|---|---|
| Gravimetric Prep | JC | 3/23/2018 |
| Chrysotile Analysis | JW | 3/25/2018 |
| Centrifugation Date | DL | 3/25/2018 |
| Amphibole Analysis | YC | 3/26/2018 |

| *Stereoscopic* | | | |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | |
| Texture | Fibrous | | |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| ***Initial Weights**** | |
|---|---|
| Weight of Crucible | 1.8529 |
| Weight of Crucible and Sub Sample | 5.2357 |
| Weight of Sub-Sample | 3.3828 |
| ***Ashing*** | |
| Weight of Crucible & Ash | 4.5968 |
| Weight of Ash | 2.7439 |
| Weight Loss During Ashing | 0.6389 |
| Weight Percent Organic and Water | 18.8867 |
| ***Acid Treatment/ Flotation*** | |
| Weight of Dish for Floats | 8.5986 |
| Weight of Dish & Floats | 8.8407 |
| Weight of Floats | 0.2421 |
| Weight Percent Floats | 7.1568 |
| Weight of Dish & Filter for Residue | 8.4281 |
| Weight of Dish & Filter & Residue | 9.1439 |
| Weight of Residue | 0.7158 |
| Weight Loss During Acid/Flotation Treatment | 1.7860 |
| Weight Percent Acid-Soluble/Float Materials | 52.7965 |
| Weight Percent Residue | 21.1600 |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| NONE | | | 0 |
| | | | 0 |

**Chrysotile Identification Optical Properties** Temperature (C°) 27.4

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |

**Amphibole Identification Optical Properties** Temperature (C°) 20.2

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| PLM Examination of Residue (Chrysotile) | Analyzed | PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ **None** |
| Number of Chrysotile Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Chrysotile by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| (if greater than 1% no further analysis needed) | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| ***Heavy Liquid Centrifugation*** | |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.0927 |
| Weight of Balance of Residue | 0.6646 |
| Weight of Dish & Filter for Centrifugate | 8.3742 |
| Weight of Dish & Filter & Centrifugate | 8.4206 |
| Weight of Centrifugate | 0.0464 |
| Weight Percent Centrifiugate | 1.4773 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed | PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ **None** |
| Number of Amphibole Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Amphibole by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| Percent Amphibole in Sample | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| **Percent of Total Asbestos in Sample** | **0.0000** |
|---|---|

** All Weights in grams*

**EMSL Analytical, Inc.**
**307 West 38th Street, New York, NY 10018**
Phone/Fax: (212)290-0051 / (212)290-0058
http://www.EMSL.com manhattanlab@emsl.com

| | |
|---|---|
| EMSL Order #: | **031806296** |
| Customer ID: | **PNNJ42** |
| Customer PO: | **Not Available** |

## Asbestos Analysis of NYS ELAP Method 198.8
## PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

**Bench Sheet**

**EMSL Sample ID** 031806296-0002 **Crucible ID:**

| | Analyst | Date |
|---|---|---|
| Gravimetric Prep | JC | 3/23/2018 |
| Chrysotile Analysis | JW | 3/25/2018 |
| Centrifugation Date | DL | 3/25/2018 |
| Amphibole Analysis | YC | 3/26/2018 |

| *Stereoscopic* | | | |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | |
| Texture | Fibrous | | |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| ***Initial Weights**** | |
|---|---|
| Weight of Crucible | 1.8739 |
| Weight of Crucible and Sub Sample | 5.2370 |
| Weight of Sub-Sample | 3.3631 |
| ***Ashing*** | |
| Weight of Crucible & Ash | 4.6226 |
| Weight of Ash | 2.7487 |
| Weight Loss During Ashing | 0.6144 |
| Weight Percent Organic and Water | 18.2689 |
| ***Acid Treatment/ Flotation*** | |
| Weight of Dish for Floats | 8.4161 |
| Weight of Dish & Floats | 8.5331 |
| Weight of Floats | 0.1170 |
| Weight Percent Floats | 3.4789 |
| Weight of Dish & Filter for Residue | 8.6843 |
| Weight of Dish & Filter & Residue | 9.5405 |
| Weight of Residue | 0.8562 |
| Weight Loss During Acid/Flotation Treatment | 1.7755 |
| Weight Percent Acid-Soluble/Float Materials | 52.7936 |
| Weight Percent Residue | 25.4587 |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| NONE | | | 0 |
| | | | 0 |

**Chrysotile Identification Optical Properties** Temperature (C°) 27.3

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |

**Amphibole Identification Optical Properties** Temperature (C°) 20.2

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| PLM Examination of Residue (Chrysotile) | Analyzed | PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty |
|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 |
| Number of Chrysotile Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 |
| Percent Chrysotile by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 |
| (if greater than 1% no further analysis needed) | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 |

Trace Detected? ☐ **None** *Check box if yes*

| ***Heavy Liquid Centrifugation*** | |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.4189 |
| Weight of Balance of Residue | 0.7346 |
| Weight of Dish & Filter for Centrifugate | 8.4544 |
| Weight of Dish & Filter & Centrifugate | 8.5112 |
| Weight of Centrifugate | 0.0568 |
| Weight Percent Centrifiugate | 1.9685 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed | PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty |
|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 |
| Number of Amphibole Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 |
| Percent Amphibole by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 |
| Percent Amphibole in Sample | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 |

Trace Detected? ☐ **None** *Check box if yes*

| **Percent of Total Asbestos in Sample** | **0.0000** |
|---|---|

** All Weights in grams*



**EMSL Analytical, Inc.**
**307 West 38th Street, New York, NY 10018**
Phone/Fax: (212)290-0051 / (212)290-0058
http://www.EMSL.com manhattanlab@emsl.com

| | |
|---|---|
| EMSL Order #: | **031806296** |
| Customer ID: | **PNNJ42** |
| Customer PO: | **Not Available** |

## Asbestos Analysis of NYS ELAP Method 198.8
## PLM Analysis for Asbestos in Bulk Surfacing Materials Containing Vermiculite

### Bench Sheet

**EMSL Sample ID** 031806296-0003 **Crucible ID:**

| | Analyst | Date |
|---|---|---|
| Gravimetric Prep | JC | 3/23/2018 |
| Chrysotile Analysis | JW | 3/25/2018 |
| Centrifugation Date | DL | 3/25/2018 |
| Amphibole Analysis | YC | 3/26/2018 |

| *Stereoscopic* | | | |
|---|---|---|---|
| Color | Tan | Stereoscopic % Asbestos | |
| Texture | Fibrous | | |
| Homogeneity | Homogeneous | Vermiculite Detected | Yes |

| *Initial Weights** | |
|---|---|
| Weight of Crucible | 1.8897 |
| Weight of Crucible and Sub Sample | 5.1992 |
| Weight of Sub-Sample | 3.3095 |
| ***Ashing*** | |
| Weight of Crucible & Ash | 4.5952 |
| Weight of Ash | 2.7055 |
| Weight Loss During Ashing | 0.6040 |
| Weight Percent Organic and Water | 18.2505 |
| ***Acid Treatment/ Flotation*** | |
| Weight of Dish for Floats | 8.6505 |
| Weight of Dish & Floats | 8.9334 |
| Weight of Floats | 0.2829 |
| Weight Percent Floats | 8.5481 |
| Weight of Dish & Filter for Residue | 8.7008 |
| Weight of Dish & Filter & Residue | 9.4015 |
| Weight of Residue | 0.7007 |
| Weight Loss During Acid/Flotation Treatment | 1.7219 |
| Weight Percent Acid-Soluble/Float Materials | 52.0290 |
| Weight Percent Residue | 21.1724 |

| Non-Asbestos Fiber | Optical Property | Visual % | Calc % |
|---|---|---|---|
| NONE | | | 0 |
| | | | 0 |

**Chrysotile Identification Optical Properties** Temperature (C°) 27.2

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |
| | | | | | | | 1 |

**Amphibole Identification Optical Properties** Temperature (C°) 20.2

| ⊥RI | IIRI | Morphology | Sign | Pleochorism | Birefringence | Fiber Color | Extinction |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| PLM Examination of Residue (Chrysotile) | Analyzed | PTCT | Chrysotile | Non-Empty | PTCT: | Chrysotile | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ **None** |
| Number of Chrysotile Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Chrysotile by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| (if greater than 1% no further analysis needed) | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| *Heavy Liquid Centrifugation* | |
|---|---|
| Weight of Dish & Filter & Balance of Residue (Post Chrysotile Analysis) | 9.3149 |
| Weight of Balance of Residue | 0.6141 |
| Weight of Dish & Filter for Centrifugate | 8.6346 |
| Weight of Dish & Filter & Centrifugate | 8.6741 |
| Weight of Centrifugate | 0.0395 |
| Weight Percent Centrifiugate | 1.3618 |

| PLM Examination of Centrifugate (Amphibole) | Analyzed | PTCT | Amphibole | Non-Empty | PTCT | Amphibole | Non-Empty | Trace Detected? |
|---|---|---|---|---|---|---|---|---|
| Number of Occupied Points | 400 | Slide 1: | 0 | 50 | Slide 5: | 0 | 50 | ☐ **None** |
| Number of Amphibole Points | 0 | Slide 2: | 0 | 50 | Slide 6: | 0 | 50 | *Check box if yes* |
| Percent Amphibole by PTCT | 0.00 | Slide 3: | 0 | 50 | Slide 7: | 0 | 50 | |
| Percent Amphibole in Sample | 0.0000 | Slide 4: | 0 | 50 | Slide 8: | 0 | 50 | |

| **Percent of Total Asbestos in Sample** | **0.0000** |
|---|---|

** All Weights in grams*



**EMSL Analytical, Inc.**
**307 West 38th Street, New York, NY 10018**
Phone/Fax: (212)290-0051 / (212)290-0058
http://www.EMSL.com manhattanlab@emsl.com

| | |
|---|---|
| EMSL Order #: | **031806296** |
| Customer ID: | **PNNJ42** |
| Customer PO: | **Not Available** |

Attn: **Ralph Coppola**
**Pennoni**
**24 Commerce Street**
**Suite 300**
**Newark, NJ 07102**

Phone: **973-265-9775**
Fax: **Not Available**

Project: **STLLX18001/ 220 FIFTH AVENUE/ NEW YORK/ BASEMENT -**

Date Collected: **03/20/2018**
Date Received **03/30/2018**
Date Analyzed: **03/26/2018**

| Report Date | Report Revision | Revision Comments |
|---|---|---|
| **03/26/2018** | R0 | Initial Report |

**James Hall, Laboratory Manager**

**or other approved signatory**

*Additional Comments:* NYS ELAP# 11506

## *About us*

EMSL Analytical, Inc. offers a full line of analytical solutions for over 30 years across North America. For more information about our nationally accredited locations, vast line of testing services, and our food safety solutions please visit www.EMSL.com or call (800) 220-3675.

## *Disclaimers*

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation and use of test results are the responsibility of the client. This report must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST or any agency of the federal government. Samples received in good condition unless otherwise noted.