UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 11

SCORPION FITNESS, INC.,                                   Case No. 19-11231 (MEW)

                Debtor.
------------------------------------------------------------X
In re:                                                    Chapter 11

SCORPION CLUB VENTURES, LLC.,                             Case No. 19-11232 (MEW)

                Debtor.
------------------------------------------------------------X

## CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT, subject to Bankruptcy Court approval, White & Wolnerman, PLLC, 950 Third Ave., 11th Floor, New York, New York, 10022, be substituted as attorneys of record for the Debtors in the above-captioned Chapter 11 bankruptcy cases in place and stead of the law firm of Goldberg Weprin Finkel Goldstein LLP. This consent may be signed in counterparts by electronic signatures.

Dated: New York, New York
       August 1, 2019

White & Wolnerman, PLLC
950 Third Ave., 11th Floor
New York, New York 10022
(212) 308-0667
Incoming Attorneys for the Debtors

By: _____
    David Y. Wolnerman

Goldberg Weprin Finkel Goldstein LLP
1501 Broadway – 22nd Floor
New York, New York 10036
(212) 221-5700
Outgoing Attorneys for the Debtors

By: _____
    Kevin J. Nash
    J. Ted Donovan

Consented to this 1st day of August, 2019

SCORPION FITNESS, INC.

By: _____
    John Shams
    President

SCORPION CLUB VENTURES, LLC

By: _____
John Shams
Principal Member/Manager