**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SCORPION FITNESS INC., ET AL., | Case No.: 19-11231-MEW<br>Case No.: 19-11232-MEW |
| Debtors. | Jointly administered |

## ORDER DENYING MOTION TO ESCROW RENT PAYMENTS

Upon the motion of Scorpion Fitness, Inc. and Scorpion Club Ventures LLC (collectively the "Debtors") Seeking Authority to Deposit Post-Petition Rent in Escrow pending resolution of disputes relating to its commercial lease dated December 19, 2014, as amended and modified (the "Lease"), with 220 Fifth Realty LLC as successor landlord (ECF #16) (the Motion") and related briefing; and the Motion having been heard on July 16, 2019 (the "Hearing"); and upon the record of the Hearing (the "Record"), and after due deliberation, it is

**ORDERED**, that the Debtors' Motion is hereby denied for the reasons set forth on the Record.

Dated: New York, New York
    August 12, 2019

                                    /s/ Michael E. Wiles
                                    **HONORABLE MICHAEL E. WILES**