# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*△†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE A. McLEOD*
ARTHUR A. HIRSCHLER
ELI D. RAIDER
HOWARD S. BONFIELD
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
JOHN P. HOGAN
AVROHOM C. POSEN*
ZACHARY D. KUPERMAN*
JASON D. WEADERHORN
ANNA ARELLANO
NEIL I. ALBSTEIN*
GREGORY C. RICHMAND
VASILIOS VLAHAKIS

J. Ted Donovan, Esq.
Direct: (212) 301-6943
Facsimile: (212) 221-6532
TDonovan@GWFGLaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
△ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
• ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR

August 19, 2019

**By ECF Filing**
Honorable Michael E. Wiles
United States Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

Re: In re Scorpion Fitness Inc. et al.
Case No. 19-11231 (MEW)

Dear Judge Wiles:

I write on behalf of the above referenced Debtors to advise that we received an email from the principal of the Debtors, John Shams, asking that I inform the Court that the Debtors are in the process of retaining substitute counsel and request a few more days to complete the arrangements. Accordingly, I am filing this letter to keep the Court and the United States Trustee apprised as to the status of the process.

Respectfully yours,

J. Ted Donovan, Esq.

cc: Mr. John Shams (Via email)
Paul Schwartzberg, Esq. (Via email and ECF filing)