# Exhibit 16 Borrock Order

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:** HON. ANDREW BORROK, *Justice*

**PART** IAS MOTION 53EFM

---------------------------------------------------------------------------------X

SCORPION FITNESS INC, SCORPION CLUB VENTURES, LLC,

Plaintiff,

- v -

220 FIFTH REALTY LLC,

Defendant.

---------------------------------------------------------------------------------X

**INDEX NO.** 160631/2018

**MOTION DATE** 11/15/2018

**MOTION SEQ. NO.** 001

## DECISION AND ORDER

The following e-filed documents, listed by NYSCEF document number (Motion 001) 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50

were read on this motion to/for INJUNCTION/RESTRAINING ORDER.

Upon the foregoing documents, it is ordered plaintiffs' motion for a Yellowstone Injunction is granted subject to the following:

(1) Plaintiffs will clear or bond all mechanics' liens that may currently be filed on the property on account of plaintiffs' work on the property;
(2) Plaintiffs will remove the barricade of the fire door immediately, if the fire door is barricaded, and to the extent that there is a violation, clear it within 45 days or show that he is diligently pursuing same to completion; and
(3) Plaintiffs will deposit the outstanding rent, including rent for the months of December 2018, and January -- February 2019, with Defendant's attorneys in escrow within 45 days of this Order; and on the further condition that, commencing on March 1, 2019, during the pendency of this action, Plaintiffs pay base rent and additional rent due under the Lease between the parties on or before the 10th of the month, *pendente lite*.

Parties will appear for preliminary conference in Part 53, Rm 238, 60 Centre, on 3/21/19 at 11:30 A.M.

This constitutes the Decision and Order of the Court.

20190204155921ABORROK57C942DB9D484C148A99B1E34D0B35A3

2/4/2019
**DATE**

**ANDREW BORROK, J.S.C.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CHECK ONE:** | [ ] | **CASE DISPOSED** | | [X] | **NON-FINAL DISPOSITION** | |
| | [X] | **GRANTED** | [ ] **DENIED** | [ ] | **GRANTED IN PART** | [ ] **OTHER** |
| **APPLICATION:** | [ ] | **SETTLE ORDER** | | [ ] | **SUBMIT ORDER** | |

CHECK IF APPROPRIATE: ☐ INCLUDES TRANSFER/REASSIGN ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE