UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                    :

In re                                               :        Chapter 11

Scorpion Fitness, Inc. et.al.,                :

                                                    :        Case No. 19-11231 (MEW)

                                                    :        (Jointly Administered)

                        Debtors.        :
---------------------------------------------------------X

## NOTICE OF APPOINTMENT OF TRUSTEE

To: Salvatore LaMonica, Esq.,

    You are hereby notified of your appointment as Chapter 11 trustee of the jointly administered estates of the above-captioned Debtors, subject to Court approval.

Dated: New York, New York
       January 28, 2020                          Respectfully submitted,

                                                      WILLIAM K. HARRINGTON
                                                      UNITED STATES TRUSTEE, REGION 2

                                         By:    */s/ Paul K. Schwartzberg*
                                                      Paul Schwartzberg
                                                      Trial Attorney
                                                      Office of the United States Trustee
                                                      201 Varick Street, Room 1006
                                                      New York, NY 10014
                                                      (212) 510 0500