UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
In re                                                 :     Chapter 11
                                                      :
Scorpion Fitness, Inc. et.al.,                        :
                                                      :     Case No. 19-11231 (MEW)
                                                      :     Case No. 19-11232 MEW
                                                      :     (Jointly Administered)
                           Debtors.                   :
------------------------------------------------------X

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for equity holder and CEO of the Debtor-in-Possession, John Shams, in his relation to his personal interests in this matter, and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.


DATED:    New York, New York
          January 28, 2020

                                                      Respectfully submitted,


                                                      /s/ T. Bryce Jones
                                                      T. Bryce Jones, Esq.
                                                      **Jones Law Firm, P.C.**
                                                      *Attorney for Defendants*
                                                      42 W 38th Street
                                                      Suite 1002

Via CM/ECF:

| | |
|---|---|
| Party: | **NYBDC Local Development Corporation d/b/a The Excelsior Growth Fund New York Business Development Corporation** |
| Counsel: | Meghan M. Breen/ Paul A. Levine |
| | Lemery Greisler LLC |
| | 50 Beaver Street |
| | Albany, NY 12207 |
| | 518-433-8800 |

| | |
|---|---|
| Party: | **De Lage Landen Financial Services, Inc.** |
| Counsel: | Peter B. Foster |
| | 80 Fifth Avenue |
| | Suite 1203 |
| | New York, NY 10011-8002 |
| | (212) 691-2313 |

| | | |
|---|---|---|
| Party: | **220 Fifth Realty LLC** | |
| Counsel: | Joseph Goldsmith | Brendan M. Scott/ Fred Stevens |
| | Kossoff, PLLC | Klestadt Winters Jureller |
| | 217 Broadway | 200 West 41st Street |
| | Suite 401 | 17th Floor |
| | New York, NY 10007 | New York, NY 10036 |
| | 212-267-6364 | (212) 972-3000 |

| | |
|---|---|
| Party: | **IDDC, LLC** |
| Counsel: | Law Offices of David J. Finkler |
| | c/o Suckle Schlessinger, PLLC |
| | 421 7th Ave., Suite 1206 |
| | New York, NY 10001 |
| | (212) 675-3520 |

| | |
|---|---|
| Party: | WILLIAM K. HARRINGTON |
| | UNITED STATES TRUSTEE, REGION 2 |
| | Paul Schwartzberg |
| | Trial Attorney |
| | Office of the United States Trustee |
| | 201 Varick Street, Room 1006 |
| | New York, NY 10014 |
| | (212) 510 0500 |