**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



IN RE:

Scorpion Fitness Inc. and Scorpion
Club Ventures LLC,

CASE NO. 19-11231 (MEW) and
19-11232 (MEW)

CHAPTER 11

Debtor(s) _____ /

## SUMMARY OF FINAL FEE APPLICATION OF
## ACCOUNTANT FOR CHAPTER 11 DEBTOR

1.    Name of applicant: ....................................................................................Marcum LLP
2.    Role of applicant: .......................................................................... Accountant for Debtor
3.    Name of certifying professional: ................................................... Gary B. Rosen
4.    Date case filed: ............................................................................. April 22, 2019
5.    Date of order approving employment:........................................... January 8, 2020
6.    If debtor's counsel, date of Disclosure of Compensation form:......................................N/A
7.    Date of this application: ............................................................... May 12, 2020
8.    Dates of services covered: ...................................January 8, 2020 – May 31, 2020
9.    Total fee requested for this period (from Exhibit 1A):................................$41,656.03
10.   Balance remaining in fee retainer account, not yet awarded: .........................................$0.00
11.   Fees paid or advanced for this period, by other sources:................................................$0.00
12.   **Net amount of fee requested for this period: ....................................................$41,656.03**
                                        **Expenses...**
13.   Total expense reimbursement requested for this period:...............................................$0.00
14.   Balance remaining in expense retainer account, not yet received: ...............................$0.00
15.   Expenses paid or advanced for this period, by other sources:.......................................$0.00
16.   **Net amount of expense reimbursements requested for this period: ........................$0.00**
17.   Gross award requested for this period (#9 + #13):.......................................$41,656.03
18.   **Net award requested for this period (#12 + #16):....................................$41,656.03**
19.   If <u>Final</u> Fee Application, amounts of net awards requested
      in interim applications but <u>not previously awarded</u>
      (total from History of Fees and Expenses, following pages): .......................................**$0.00**

20.   **Total fee and expense award requested (#18 + #19): .......................................$41,656.03**

**History of Fees and Expenses**

Interim Fee Applications

1. Dates, sources, and amounts of retainers received: ....................................................N/A
2. Dates, sources, and amounts of third party payments received: ...........................................N/A
3. Interim Fee Application dates of service: ....................................................................N/A
4. Date of first award: ....................................................................................................N/A
5. Fees requested from Interim Fee Application: ....................................................................$0.00
6. Fees awarded: ....................................................................................................$0.00
7. Holdback: ....................................................................................................$0.00
8. Expenses requested from Interim Fee Application: ...........................................................$0.00
9. Expenses awarded: ....................................................................................................$0.00
10. Holdback: ....................................................................................................$0.00
11. Amount of fees actually paid: ....................................................................................$0.00
12. Amount of expenses actually paid: ...........................................................................$0.00

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN**

IN RE:

Scorpion Fitness Inc. and Scorpion                    CASE NO. 19-11231 (MEW) and
Club Ventures LLC,                                              19-11232 (MEW)

                                                                   CHAPTER 11

Debtor(s) _____/

**FIRST INTERIM FEE APPLICATION OF**
**ACCOUNTANT FOR DEBTOR**

COMES NOW GARY B. ROSEN, of Marcum LLP, ("Marcum"), and files this First Interim Application for Compensation of fees for services rendered and costs incurred in the Scorpion Fitness Inc. and Scorpion Club Ventures LLC ("Debtor") Chapter 11 proceedings. This application is filed pursuant to 11 U.S.C. subsection 330 and Rule 2016, Federal Rules of Bankruptcy Procedure. The exhibits attached to this application, pursuant to the Guidelines, are: Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional Time. Exhibit "2" – The Applicant's Complete Time Records, in chronological order, by activity code category, for the time period covered by this application. "Appendix I" – the retention order of Marcum LLP. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of **$41,656.03** for **161.35** hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.      Marcum was appointed as the accountant to Scorpion Fitness Inc. and Scorpion Club Ventures LLC, Debtor in connection with this case pursuant to an order entered by this Court on January 8, 2020. The services rendered on behalf of the Debtor have been performed

by Gary B. Rosen, Partner; Nitasha J. Giardina, Director; Lia Tonietti, Senior Accountant; and Alexander Ware and Tracey Skeete-Somerszaul, Paraprofessionals.

2.    The Applicant makes this Application for first interim compensation for professional services rendered in accordance with the above-mentioned employment. This application covers fees for services performed from January 8, 2020 through May 31, 2020. All services for which compensation is requested were performed for the benefit of the Debtor.

3.    No compensation has been or will be shared with any person or party, other than among principals and regular associates of the Applicant. No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

### CASE STATUS

4.    On April 22, 2019, Scorpion Fitness Inc. and Scorpion Club Ventures LLC filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. The Debtors continue to manage their respective businesses as debtors in possession.

5.    By an order dated January 8, 2020, the court approved the retention of Marcum LLP as accountants for the Debtors (Appendix I).

6.    Amounts Involved and the Result Obtained. While performing his duties, Applicant has been involved in many aspects of this case. In particular, the Applicant has rendered consulting services to the Debtor in the following categories.


Case administration/Planning

Applicant has rendered **31.75** hours amounting to fees of **$7,337.25** reviewing and indexing records from PACER; Bank Statements, checks, corresponding with Debtor for additional documents and review of such documents. Additionally hours were also spent in reviewing case status with other professionals.

Data Analysis

Applicant has spent **16.30** hours amounting to fees of **$2,223.50** in reviewing and analyzing data that was provided by the client to prepare monthly operating reports.

Client and Attorney Interaction

The Applicant has spent **20.80** hours amounting to fees of **$7,814.00** in discussions with client and/or attorney to discuss matters related to the bankruptcy, analyses to be performed and monthly operating reports.

Preparation of Exhibit, Schedules and Reports

Applicant has spent **69.20** hours amounting to fees of **$13,289.00** in creating detailed monthly operating reports for April through December 2019 and amending such reports based on interactions with the Debtor.

Review and Consulting

Applicant has spent **12.90** hours amounting to fees of **$6,654.00** in reviewing monthly operating reports and subsequent amendments as prepared by the staff and discussion with staff related to the same.

Information Gathering and Record Inventory

Applicant has spent **2.20** hours amounting to **$473.00** in gathering information and recording documents as collected and organized by the staff.

Bankruptcy – Fee Applications

Applicant has spent **8.20** hours amounting to **$2,652.00** in preparing and updating Bankruptcy Fee Applications based on amount of hours spent by staff.

7.     <u>Time and Labor Required</u>.  The actual time records maintained by each Partner, Director, Senior Accountant, and/or Paraprofessional performing services for the Debtor fully document the **161.35** hours expended by the Applicant in performing the professional services on behalf of the Debtor on this matter through May 31, 2020.  A summary of the time reports is attached hereto as **EXHIBIT 1A.**

8.     <u>Skill Requisite to Perform the Accounting Services Properly</u>.  To perform the services and obtain the results previously enumerated above; the Applicant required substantial valuation skills, accounting skills, computer forensics skills, and experience in the bankruptcy arena.

9.     <u>Preclusion of Other Employment by the Accountants Due to Acceptance of the Case</u>.  Applicant is aware of no other employment, which was precluded by the acceptance of this case.  Had Applicant not accepted this appointment, the time spent on this case would have been devoted to other clients paying substantially the same hourly compensation on a current basis.

10.     <u>Customary Fee.</u>  Applicant is normally compensated on an hourly basis and customarily bills commercial clients on a monthly basis, based on hourly rates scaled from $100 per hour for Paraprofessionals to $585 per hour for Partners. The blended billable hourly rate for this fee application was $250.65 (Exhibit 1A).

11.     <u>Whether the Fee is Fixed or Contingent</u>.  As accountant for the Debtor, Applicant's compensation for handling this matter is entirely contingent on Court approval and subject to such award as this Court may allow.

12.     <u>Experience, Reputation and Ability of the Accountant</u>.  Applicant is an established, experienced firm well known to this Court.  Applicant enjoys an excellent reputation and the individual accountants assigned to this case have demonstrated substantial ability and skill in the fields of accounting, forensic investigation, internal control, and taxation.

13.     <u>Nature and Length of the Professional Relationship with the Client</u>.  The Applicant and/or his Firm have represented the Debtor in Chapter 11 case.

14.    <u>Awards in Similar Cases</u>.    The amount prayed for by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of the accountants.    The fees requested by the Applicant, computed at the rates indicated in **Exhibit 1A**, comport with the economic spirit of the Bankruptcy Code.

15.    Applicant respectfully represents that the reasonable value of services rendered to the estate through May 31, 2020, taking into account the relevant factors summarized above, including without limitation the hours of recorded time expended, is not less than **$41,656.03** as illustrated by the **SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME (Exhibit 1A)**.

**WHEREFORE**, the Applicant moves the court for an award of compensation for services rendered as accountant to the Debtor for the period of time from January 8, 2020 through May 31, 2020, in the amount of **$41,656.03**, and holdbacks in the amount of **$0.00**, and further that the Court authorize the prompt payment of the total fees and costs of **$41,656.03** to Applicant upon entry of an appropriate Order.

## Certification

1.    I have been designated by Marcum LLP (The "Applicant") as the professional with responsibility in this case for compliance with the current Amended Guidelines On Fees And Disbursements For Professionals In The Southern District of New York Bankruptcy Cases (the "Guidelines").

2.    I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.    To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5.    Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.    In providing a reimbursable service or disbursement, the Applicant does not make a profit on that service or disbursement.

7.    In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

8.    In seeking reimbursement for a service, which the Applicant justifiably purchased or contracted for, from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.    The Trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel (if any), will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.    The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: NONE

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: June 10, 2020

GARY B. ROSEN, CPA, CFE, CVA, CFF, CGMA
Partner-in-Charge, Valuation, Forensic & Litigation
Services, NY Region

Sworn to and subscribed to before
me this _10_ day of June 2020

Notary Public

SUZANNE LYNNE O'DWYER
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires 3-22-2023
Comm. Number 2431601

# EXHIBIT 1A

EXHIBIT IA

Summary of Professional And
Paraprofessional Time

**Partners**

| Name: | Title | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Gary Rosen | Partner | 11.80 | $ 580.00 | $ 6,844.00 |
| **Subtotals:** | | **11.80** | | **$ 6,844.00** |

**Professionals**

| Name: | Title | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Nitasha Joshi Giardina | Director | 20.70 | $ 460.00 | $ 9,522.00 |
| Lia Tonietti | Senior Accountant | 94.65 | $ 215.00 | 20,349.75 |
| **Subtotals:** | | **115.35** | | **$ 29,871.75** |

**Paraprofessionals**

| Name: | Title | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Alexander Ware | Intern | 30.70 | $ 110.00 | $ 3,377.00 |
| Tracey Skeete-Somerszaul | Admin | 3.50 | $ 100.00 | 350.00 |
| **Subtotals:** | | **34.20** | | **$ 3,727.00** |
| **TOTALS:** | | **161.35** | | **$ 40,442.75** |

| | | |
|---|---|---|
| **Total Hours by Professionals and Paraprofessionals:** | | **161.35** |
| **"Blended" Hourly Rate:** | | **$ 250.65** |
| **Total Professionals and Paraprofessionals Fees:** | | **$ 40,442.75** |
| Administrative Fees (3%) | | $ 1,213.28 |
| **Total Fees** | | **$ 41,656.03** |

# EXHIBIT 1B

EXHIBIT IB

Summary of Professional And
Paraprofessional Time By
Activity Code Category

**ACTIVITY CODE CATEGORY:  Analysis**

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Professionals:** | | | | | | |
| | Lia Tonietti | 4.10 | $ | 215.00 | $ | 881.50 |
| **Paraprofessionals:** | | | | | | |
| | Alexander Ware | 12.20 | | 110.00 | | 1,342.00 |
| | **MATTER TOTALS:** | **16.30** | | | $ | **2,223.50** |

**ACTIVITY CODE CATEGORY:  Bankruptcy - Fee Applications**

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Professionals:** | | | | | | |
| | Nitasha Joshi Giardina | 5.00 | $ | 460.00 | $ | 2,300.00 |
| **Paraprofessionals:** | | | | | | |
| | Alexander Ware | 3.20 | | 110.00 | | 352.00 |
| | **MATTER TOTALS:** | **8.20** | | | $ | **2,652.00** |

**ACTIVITY CODE CATEGORY:  Client and/or Attorney Interaction**

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Partners:** | | | | | | |
| | Gary Rosen | 5.80 | $ | 580.00 | $ | 3,364.00 |
| **Professionals:** | | | | | | |
| | Nitasha Joshi Giardina | 5.00 | | 460.00 | | 2,300.00 |
| | Lia Tonietti | 10.00 | | 215.00 | | 2,150.00 |
| | **MATTER TOTALS:** | **20.80** | | | $ | **7,814.00** |

**ACTIVITY CODE CATEGORY:  Review and Consulting**

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Partners:** | | | | | | |
| | Gary Rosen | 6.00 | $ | 580.00 | $ | 3,480.00 |
| **Professionals:** | | | | | | |
| | Nitasha Joshi Giardina | 6.90 | | 460.00 | | 3,174.00 |
| | **MATTER TOTALS:** | **12.90** | | | $ | **6,654.00** |

**ACTIVITY CODE CATEGORY:  Case Administration and Planning**

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Professionals:** | | | | | | |
| | Nitasha Joshi Giardina | 3.80 | | 460.00 | | 1,748.00 |
| | Lia Tonietti | 23.95 | $ | 215.00 | $ | 5,149.25 |
| **Paraprofessionals:** | | | | | | |
| | Alexander Ware | 4.00 | | 110.00 | | 440.00 |
| | **MATTER TOTALS:** | **31.75** | | | $ | **7,337.25** |

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

### ACTIVITY CODE CATEGORY:  Information Gathering and Record Inventory

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Professionals:** | | | | | | |
| | Lia Tonietti | 2.20 | $ | 215.00 | | 473.00 |
| | **MATTER TOTALS:** | **2.20** | | | $ | **473.00** |

### ACTIVITY CODE CATEGORY:  Preparation of Exhibits, Schedules and Reports

|  | | Hours | | Rate | | Total Fee |
|---|---|---|---|---|---|---|
| **Professionals:** | | | | | | |
| | Lia Tonietti | 54.40 | $ | 215.00 | $ | 11,696.00 |
| **Paraprofessionals:** | | | | | | |
| | Tracey Skeete-Somerszaul | 3.50 | | 100.00 | | 350.00 |
| | Alexander Ware | 11.30 | | 110.00 | | 1,243.00 |
| | **MATTER TOTALS:** | **69.20** | | | $ | **13,289.00** |

| **Total Fees** | **161.35** | | **$ 40,442.75** |
|---|---|---|---|
| Administrative Fees (3%) | | | 1,213.28 |
| **Total Fees** | | | **$ 41,656.03** |

# EXHIBIT 2

EXHIBIT 2

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Professional | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Analysis | Alexander Ware | 1/14/2020 | 1.30 | $ 110.00 | 143.00 | Analysis, Bank Statements & Transactions |
| Analysis | Alexander Ware | 1/16/2020 | 0.80 | 110.00 | 88.00 | Analysis, MOR Expense Categories |
| Analysis | Alexander Ware | 1/23/2020 | 3.50 | 110.00 | 385.00 | Analysis, MOR Expenses |
| Analysis | Alexander Ware | 1/27/2020 | 6.60 | 110.00 | 726.00 | Analysis, Amended MOR Expenses |
| Analysis | Lia Tonietti | 1/15/2020 | 2.10 | 215.00 | 451.50 | Analysis of monthly bank statements and expenses |
| Analysis | Lia Tonietti | 2/18/2020 | 1.20 | 215.00 | 258.00 | Analysis of 2020 and 2019 financials provided |
| Analysis | Lia Tonietti | 2/18/2020 | 0.80 | 215.00 | 172.00 | Analysis of 2020 vs 2019 financials provided |
| **Category Subtotal** | | | **16.30** | | **$ 2,223.50** | |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 2/7/2020 | 0.30 | $ 460.00 | $ 138.00 | Fee App review |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 2/10/2020 | 0.90 | 460.00 | 414.00 | Update fee application |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 2/11/2020 | 0.40 | 460.00 | 184.00 | Update Fee Application |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 2/12/2020 | 0.40 | 460.00 | 184.00 | Bankruptcy - Fee Applications |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 3/11/2020 | 2.10 | 110.00 | 231.00 | Update Fee Application |
| Bankruptcy - Fee Applications | Alexander Ware | 3/11/2020 | 1.10 | 110.00 | 121.00 | Update Fee Application |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 5/8/2020 | 1.00 | 460.00 | 460.00 | Update Fee Application for March and April |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 5/11/2020 | 1.40 | 460.00 | 644.00 | Update Fee Application for March and April and Send for GBR Review |
| Bankruptcy - Fee Applications | Nitasha Joshi Giardina | 5/13/2020 | 0.60 | 460.00 | 276.00 | Finalize and send fee application to client and trustee |
| **Category Subtotal** | | | **8.20** | | **$ 2,652.00** | |
| Client and/or Attorney Interaction | Gary Rosen | 1/17/2020 | 0.80 | $ 580.00 | 464.00 | Client and/or Attorney Interaction-relating to MOR's various expenses and bank statements needed for filings |
| Client and/or Attorney Interaction | Gary Rosen | 1/20/2020 | 0.80 | 580.00 | 464.00 | Client and/or Attorney Interaction-with emails |
| Client and/or Attorney Interaction | Gary Rosen | 1/21/2020 | 0.30 | 580.00 | 174.00 | Client and/or Attorney Interaction-call with client at 7:30 PM regarding testimony and other issues with the Trustee and counsel |
| Client and/or Attorney Interaction | Gary Rosen | 1/21/2020 | 0.50 | 580.00 | 290.00 | Client and/or Attorney Interaction-tel conferences and email regarding Trustee hearing |
| Client and/or Attorney Interaction | Gary Rosen | 1/27/2020 | 0.80 | 580.00 | 464.00 | Client and/or Attorney Interaction-Discussion with JS and LT regarding MORs and other filings required by the court |
| Client and/or Attorney Interaction | Gary Rosen | 1/29/2020 | 0.10 | 580.00 | 58.00 | Client and/or Attorney Interaction-tel with John Shams regarding various issues |
| Client and/or Attorney Interaction | Gary Rosen | 1/30/2020 | 0.50 | 580.00 | 290.00 | Client and/or Attorney Interaction |
| Client and/or Attorney Interaction | Lia Tonietti | 1/10/2020 | 0.80 | 215.00 | 172.00 | Call with NJG & JS |
| Client and/or Attorney Interaction | Lia Tonietti | 1/14/2020 | 0.40 | 215.00 | 86.00 | Call with JS |
| Client and/or Attorney Interaction | Lia Tonietti | 1/14/2020 | 1.00 | 215.00 | 215.00 | Call with JS & NJG |
| Client and/or Attorney Interaction | Lia Tonietti | 1/17/2020 | 0.90 | 215.00 | 193.50 | Call with JS |
| Client and/or Attorney Interaction | Lia Tonietti | 1/17/2020 | 2.00 | 215.00 | 430.00 | Call with JS & NJG |
| Client and/or Attorney Interaction | Lia Tonietti | 1/17/2020 | 0.80 | 215.00 | 172.00 | Call with JS, NJG, & GBR |
| Client and/or Attorney Interaction | Lia Tonietti | 1/27/2020 | 0.80 | 215.00 | 172.00 | Call with JS and GBR |
| Client and/or Attorney Interaction | Lia Tonietti | 1/29/2020 | 0.30 | 215.00 | 64.50 | Calls with JS |
| Client and/or Attorney Interaction | Lia Tonietti | 1/30/2020 | 0.70 | 215.00 | 150.50 | Call with JS regarding MOR adjustments |
| Client and/or Attorney Interaction | Nitasha Joshi Giardina | 1/10/2020 | 0.80 | 460.00 | 368.00 | Discussion with Client and LT |
| Client and/or Attorney Interaction | Nitasha Joshi Giardina | 1/17/2020 | 1.80 | 460.00 | 828.00 | Discussion with John Shams and LT |

EXHIBIT 2
The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Professional | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Client and/or Attorney Interaction | Nitasha Joshi Giardina | 1/17/2020 | 0.80 | 460.00 | 368.00 | Discussion with John Shams with GBR and LT |
| Client and/or Attorney Interaction | Nitasha Joshi Giardina | 2/7/2020 | 0.40 | 460.00 | 184.00 | Call with client and LT |
| Client and/or Attorney Interaction | Lia Tonietti | 2/7/2020 | 0.40 | 215.00 | 86.00 | Client and/or Attorney Interaction - call with NJG & JS |
| Client and/or Attorney Interaction | Gary Rosen | 2/10/2020 | 0.20 | 580.00 | 116.00 | Client and/or Attorney Interaction |
| Client and/or Attorney Interaction | Lia Tonietti | 2/17/2020 | 0.10 | 215.00 | 21.50 | Follow-up email to JS regarding status of requested information and documentation |
| Client and/or Attorney Interaction | Nitasha Joshi Giardina | 2/18/2020 | 1.20 | 460.00 | 552.00 | Met with JS with GBR and LT |
| Client and/or Attorney Interaction | Gary Rosen | 2/18/2020 | 1.40 | 580.00 | 812.00 | Client and/or Attorney Interaction |
| Client and/or Attorney Interaction | Lia Tonietti | 2/18/2020 | 1.40 | 215.00 | 301.00 | Meeting with JS, NJG, and GBR |
| Client and/or Attorney Interaction | Lia Tonietti | 2/20/2020 | 0.10 | 215.00 | 21.50 | Follow-up email to JS regarding status of outstanding requests |
| Client and/or Attorney Interaction | Lia Tonietti | 3/19/2020 | 0.10 | 215.00 | 21.50 | Send follow-up email to John Shams regarding outstanding requests for list of assets and bank statements |
| Client and/or Attorney Interaction | Lia Tonietti | 3/23/2020 | 0.10 | 215.00 | 21.50 | Follow-up email to Michael Vargas (appraiser) regarding status of appraisal process |
| Client and/or Attorney Interaction | Lia Tonietti | 3/23/2020 | 0.10 | 215.00 | 21.50 | Follow-up email to Sal Lamonica (Trustee) |
| Client and/or Attorney Interaction | Gary Rosen | 4/13/2020 | 0.20 | 580.00 | 116.00 | Call with Attorney |
| Client and/or Attorney Interaction | Gary Rosen | 5/21/2020 | 0.20 | 580.00 | 116.00 | Discussion with client regarding status and need for additional MORs |
| **Category Subtotal** | | | **20.80** | | **$ 7,814.00** | |
| Review and Consulting | Gary Rosen | 1/17/2020 | 0.20 | 580.00 | 116.00 | Consulting |
| Review and Consulting | Gary Rosen | 1/23/2020 | 2.30 | 580.00 | 1,334.00 | Consulting-red through MORs and clients business plan in anticipation of testimony |
| Review and Consulting | Gary Rosen | 1/29/2020 | 1.00 | 580.00 | 580.00 | Consulting-reviewed MOR reports |
| Review and Consulting | Gary Rosen | 1/17/2020 | 0.50 | 580.00 | 290.00 | Review-MOR sub-schedules |
| Review and Consulting | Gary Rosen | 1/22/2020 | 0.50 | 580.00 | 290.00 | Review-data in prep for call with client |
| Review and Consulting | Gary Rosen | 1/31/2020 | 0.70 | 580.00 | 406.00 | Review-final revisions to MORs and Nov MOR |
| Review and Consulting | Nitasha Joshi Giardina | 1/17/2020 | 4.60 | 460.00 | 2,116.00 | Review and update of MOR Addendums and discussion with staff |
| Review and Consulting | Gary Rosen | 2/4/2020 | 0.20 | 580.00 | 116.00 | Consulting-discuss reports and amendments with staff |
| Review and Consulting | Gary Rosen | 2/18/2020 | 0.50 | 580.00 | 290.00 | Consulting-evaluate data provided by client |
| Review and Consulting | Nitasha Joshi Giardina | 2/7/2020 | 0.80 | 460.00 | 368.00 | Review of November and December MOR-1 and MOR-2 and support |
| Review and Consulting | Nitasha Joshi Giardina | 2/13/2020 | 0.80 | 460.00 | 368.00 | Review of budget files for meeting |
| Review and Consulting | Nitasha Joshi Giardina | 2/13/2020 | 0.10 | 460.00 | 46.00 | Review of Pacer Docs |
| Review and Consulting | Nitasha Joshi Giardina | 2/18/2020 | 0.60 | 460.00 | 276.00 | Review of documents and discussion with LT |
| Review and Consulting | Gary Rosen | 3/2/2020 | 0.10 | 580.00 | 58.00 | Planning re: appraiser |
| **Category Subtotal** | | | **12.90** | | **$ 6,654.00** | |
| Case Administration and Planning | Alexander Ware | 1/9/2020 | 2.70 | 110.00 | 297.00 | Information Gathering and Record Inventory, Scorpion Fitness Inc., Pacer Documents |
| Case Administration and Planning | Lia Tonietti | 1/8/2020 | 3.00 | 215.00 | 645.00 | Scorpion Fitness - review bankruptcy information and PACER documentation |
| Case Administration and Planning | Lia Tonietti | 1/9/2020 | 2.00 | 215.00 | 430.00 | Scorpion Fitness - review Pacer documentation |
| Case Administration and Planning | Lia Tonietti | 1/10/2020 | 2.20 | 215.00 | 473.00 | Scorpion Fitness - Review of MORs and preparation for call with JS |
| Case Administration and Planning | Lia Tonietti | 1/13/2020 | 4.25 | 215.00 | 913.75 | Information Gathering and Record Inventory |

EXHIBIT 2

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Professional | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Case Administration and Planning | Lia Tonietti | 1/14/2020 | 3.00 | 215.00 | 645.00 | Information Gathering and Record Inventory - New documentation provided. |
| Case Administration and Planning | Lia Tonietti | 1/22/2020 | 2.00 | 215.00 | 430.00 | Reviewing new documentation provided and updating status of requests |
| Case Administration and Planning | Lia Tonietti | 1/23/2020 | 2.40 | 215.00 | 516.00 | Review documentation and update requests; Company and industry research |
| Case Administration and Planning | Lia Tonietti | 1/27/2020 | 2.30 | 215.00 | 494.50 | Information Gathering and Record Inventory - Revised MOR's and new documentation provided by JS |
| Case Administration and Planning | Alexander Ware | 1/8/2020 | 0.50 | 110.00 | 55.00 | Planning, Meeting with NG & LT |
| Case Administration and Planning | Alexander Ware | 1/15/2020 | 0.80 | 110.00 | 88.00 | Planning, Meeting with NG & LT |
| Case Administration and Planning | Lia Tonietti | 1/8/2020 | 0.60 | 215.00 | 129.00 | Scorpion Fitness - Review with AJG and AW |
| Case Administration and Planning | Lia Tonietti | 1/15/2020 | 0.80 | 215.00 | 172.00 | Meeting with NG & AW |
| Case Administration and Planning | Lia Tonietti | 1/23/2020 | 0.40 | 215.00 | 86.00 | Review with NG |
| Case Administration and Planning | Lia Tonietti | 1/27/2020 | 0.30 | 215.00 | 64.50 | Review with NG |
| Case Administration and Planning | Nitasha Joshi Giardina | 1/8/2020 | 0.60 | 460.00 | 276.00 | Review with LT and AW re: analysis to be performed |
| Case Administration and Planning | Nitasha Joshi Giardina | 1/15/2020 | 0.80 | 460.00 | 368.00 | Discussion with LT and AW re: MOR Prep |
| Case Administration and Planning | Nitasha Joshi Giardina | 1/23/2020 | 0.50 | 460.00 | 230.00 | Review with LT |
| Case Administration and Planning | Nitasha Joshi Giardina | 1/7/2020 | 0.50 | 460.00 | 230.00 | Review and finalization of affidavit and call with attorney |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/4/2020 | 0.10 | 460.00 | 46.00 | Discussion with AW re: fee application prep. |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/4/2020 | 0.10 | 460.00 | 46.00 | Discuss MOR and distributions with LT |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/6/2020 | 0.40 | 460.00 | 184.00 | Review of assets and liabilities with LT |
| Case Administration and Planning | Lia Tonietti | 2/6/2020 | 0.40 | 215.00 | 86.00 | Review with NJG |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/7/2020 | 0.30 | 460.00 | 138.00 | Review of analyses with LT |
| Case Administration and Planning | Lia Tonietti | 2/7/2020 | 0.30 | 215.00 | 64.50 | Review with NJG |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/13/2020 | 0.20 | 460.00 | 92.00 | Review with LT re: assets, budgets and MOR's |
| Case Administration and Planning | Nitasha Joshi Giardina | 2/13/2020 | 0.30 | 460.00 | 138.00 | Correspondence with LT re: client update and emails to trustee |
| **Category Subtotal** | | | **31.75** | | **$ 7,337.25** | |
| Information Gathering and Record Inventory | Lia Tonietti | 2/6/2020 | 0.90 | 215.00 | 193.50 | Information Gathering and Record Inventory |
| Information Gathering and Record Inventory | Lia Tonietti | 2/12/2020 | 0.50 | 215.00 | 107.50 | Organize financial documentation provided to prepare for meeting on 2/13/20 |
| Information Gathering and Record Inventory | Lia Tonietti | 2/13/2020 | 0.20 | 215.00 | 43.00 | Information Gathering and Record Inventory - review of PACER information |
| Information Gathering and Record Inventory | Lia Tonietti | 2/18/2020 | 0.60 | 215.00 | 129.00 | Information Gathering and Record Inventory |
| **Category Subtotal** | | | **2.20** | | **$ 473.00** | |
| Preparation of Exhibits, Schedules and Reports | Alexander Ware | 1/15/2020 | 0.50 | 110.00 | 55.00 | Preparation of Exhibits, Schedules and Reports, MOR Schedules |
| Preparation of Exhibits, Schedules and Reports | Alexander Ware | 1/16/2020 | 3.10 | 110.00 | 341.00 | Preparation of Exhibits, Schedules and Reports |
| Preparation of Exhibits, Schedules and Reports | Alexander Ware | 1/17/2020 | 7.70 | 110.00 | 847.00 | Preparation of Exhibits, Schedules and Reports, Preparation of MOR-1, MOR-2 |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/16/2020 | 3.50 | 215.00 | 752.50 | Preparation of Exhibits, Schedules and Reports - MOR Expenses |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/17/2020 | 11.50 | 215.00 | 2,472.50 | Preparation amended MOR-1 and MOR-2 |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/28/2020 | 2.80 | 215.00 | 602.00 | Preparation of amended MOR reports |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/29/2020 | 7.70 | 215.00 | 1,655.50 | Preparation of Exhibits, Schedules and Reports |

EXHIBIT 2

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Professional | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/30/2020 | 9.60 | 215.00 | 2,064.00 | Preparation of Exhibits, Schedules and Reports - Amended MOR's |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 1/31/2020 | 8.00 | 215.00 | 1,720.00 | Preparation of Exhibits, Schedules and Reports - Amended MOR's |
| Preparation of Exhibits, Schedules and Reports | Tracey Skeete-Somerszaul | 1/15/2020 | 1.50 | 100.00 | 150.00 | Preparation of Exhibits, Schedules and Reports |
| Preparation of Exhibits, Schedules and Reports | Tracey Skeete-Somerszaul | 1/17/2020 | 2.00 | 100.00 | 200.00 | Preparation of Exhibits, Schedules and Reports |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/4/2020 | 3.30 | 215.00 | 709.50 | Preparation of Exhibits, Schedules and Reports - Summary of monthly distributions and update Amended MOR's |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/5/2020 | 2.30 | 215.00 | 494.50 | Preparation of Exhibits, Schedules and Reports of balance sheet items at |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/6/2020 | 1.90 | 215.00 | 408.50 | Preparation of Exhibits, Schedules and Reports |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/7/2020 | 1.40 | 215.00 | 301.00 | Preparation of Exhibits, Schedules and Reports - December 2019 MOR |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/7/2020 | 1.60 | 215.00 | 344.00 | Preparation of Exhibits, Schedules and Reports - November 2019 MOR |
| Preparation of Exhibits, Schedules and Reports | Lia Tonietti | 2/10/2020 | 0.80 | $ 215.00 | 172.00 | Preparation of Exhibits, Schedules and Reports - Prepare template for JS regarding assets |
| Category Subtotal | | | 69.20 | | $ 13,289.00 | |
| Total Fees | | | 161.35 | | $ 40,442.75 | |
| Administrative Fees (3%) | | | | | 1,213.28 | |
| Total Fees | | | | | $ 41,656.03 | |

# APPENDIX I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 11

SCORPION FITNESS, INC., et al.,                           Case No. 19-11231 (MEW)
                                                                   19-11232 (MEW)

                                    Debtors.              (Jointly Administered)
------------------------------------------------------------X

### ORDER AUTHORIZING DEBTOR TO EMPLOY MARCUM LLP AS ACCOUNTANT TO DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JANUARY 6, 2020

Upon the application (the "Application") of Scorpion Fitness, Inc. and Scorpion Club Ventures, LLC, the above-captioned debtors and debtors-in-possession (the "Debtors"), for authority to retain Marcum LLP ("Marcum"), as accountant to the Debtors, the affirmation in support of retention of Nitasha J. Giardina, and the Court being satisfied that (i) the employment of Marcum is necessary and in the best interests of the Debtors, their estate, creditors and equity holders, (ii) Marcum does not hold or represent an interest adverse to the Debtors or their estates, and (iii) Marcum is a "disinterested person" as that term is defined in §101(14) of the Bankruptcy Code; and good and sufficient cause appearing for the relief sought by the Application; it is hereby

**ORDERED**, the Debtors be and hereby are authorized to retain Marcum as their accountant, effective as of January 6, 2020, pursuant to § 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), to provide the Debtors with the accounting services set forth in the Application; and it is further

**ORDERED**, that compensation and reimbursement of expenses shall be paid upon appropriate application to the Bankruptcy Court pursuant to §§ 330 and 331 of the Bankruptcy Code unless otherwise ordered by the Court; and it is further

**ORDERED**, that prior to any increases in the rates of Marcum for any individual employed by Marcum and providing services in these cases, Marcum shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the U.S. Trustee and any parties in interest that have filed a notice of appearance and request for notices. The supplemental affidavit shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code.

Dated: January 8, 2020
      New York, New York

                        **s/Michael E. Wiles**
                        HONORABLE MICHAEL E. WILES
                        UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
Office of the United States Trustee

By:    /s/ Paul Schwartzberg
Dated: January 8, 2020